John Buse (SBN 163156)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800, Oakland, CA 94612
Tel: 510-844-7100
Fax: 510-844-7150
Email: jbuse@biologicaldiversity.org

Attorney for Plaintiff Center for Biological Diversity

E. Robert Wright (SBN 51861)
LAW OFFICE OF E. ROBERT WRIGHT
909 12th Street, Suite 202
Sacramento, California 95814
Tel: (916) 557-1104
Fax: (916) 557-9669
Email: bwrightatty@gmail.com

Attorney for Plaintiffs Restore the Delta and
Planning and Conservation League

Adam Keats (SBN 191157)
LAW OFFICE OF ADAM KEATS, PC
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Tel: (415) 430-9403
Email: adam@keatslaw.org

Attorney for Plaintiffs Restore the Delta and
Planning and Conservation League

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; RESTORE THE DELTA; and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Case No. 1:20-CV-00706-DAD-EPG<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER DOCUMENTS**<br><br>Date: October 20, 2020<br>Time: 10:30 AM<br>Dept.: Courtroom 10 (6th Floor)<br>Judge: Hon. Erica P. Grosjean<br>U.S. Magistrate Judge |

1

Plaintiffs served copies of the following documents:

- Summons in a Civil Case
- Complaint for Declaratory and Injunctive Relief
- Civil Cover Sheet
- Notice of Related Cases
- Order Setting Mandatory Scheduling Conference
- Magistrate Judge Consent in Civil Cases: Know Your Rights!
- Notice of Availability-Voluntary Dispute Resolution
- Order Relating Case and Reassigning District and Magistrate Judges

Pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure via certified mail on June 1, 2020 to the following:

| | |
|---|---|
| Civil Process Clerk<br>Office of the United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 | United States Bureau of Reclamation<br>1849 C Street NW<br>Washington, D.C. 20240 |
| David Bernhardt, Secretary of the Interior<br>1849 C Street NW<br>Washington, D.C. 20240 | United States Department of the Interior<br>1849 C Street NW<br>Washington, D.C. 20240 |

According to the USPS Tracking Results and certification tracking numbers provided by the U.S. Postal Service, the Civil Process Clerk received the documents on June 3, 2020, the United States Bureau of Reclamation and the United States Department of the Interior received the documents on June 5, 2020 and David Bernhardt, Secretary of the Interior, received the documents on June 8, 2020. Copies of the certified mail receipts and USPS Tracking Results confirming delivery are attached as Exhibit 1.

Respectfully submitted,

Dated:  June 23, 2020	/s/ John Buse
John Buse
CENTER FOR BIOLOGICAL DIVERSITY
Attorney for Plaintiff Center for Biological Diversity

Dated: June 23, 2020	/s/ E. Robert Wright
E. Robert Wright
LAW OFFICE OF E. ROBERT WRIGHT

Adam Keats
LAW OFFICE OF ADAM KEATS, PC

Attorneys for Plaintiffs Restore the Delta and
Planning and Conservation League

# **EXHIBIT 1**

Proof of Service of Certified Mail Receipts

Case No. 1:20-CV-00706-DAD-EPG

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CENTER FOR BIOLOGICAL DIVERSITY , ET AL. ,**

V.  **SUMMONS IN A CIVIL CASE**

**UNITED STATES BUREAU OF RECLAMATION , ET AL. ,**

CASE NO:  **1:20–CV–00706–AWI–BAM**

TO:  **David Bernhardt, United States Bureau of Reclamation, United States Department of the Interior**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**John T. Buse**
**Center For Biological Diversity**
**1212 Broadway, Suite 800**
**Oakland, CA 94612**

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**

CLERK

**/s/  T. Lundstrom**

(By) DEPUTY CLERK



Case 1:20-cv-00706-AWI-BAM Document 3 ISSUED ON 2020−05−20 15:09:09.0 , Clerk
USDC EDCA

**RETURN OF SERVICE**

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | June 1, 2020 | |
| NAME OF SERVER *(PRINT)* Theresa Rettinghouse | TITLE Paralegal | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify) : Pursuant to Rule 4 (i)(2) of the Federal Rules of Civil Procedure , sent copies by certified mail to the civil process clerk at the United States Attorney's Office, United States Bureau of Reclamation, David Bernhardt, Secretary of the Interior and United States Department of the Interior.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 22, 2020                    *[signature] Theresa Rettinghouse*
                  Date                          *Signature of Server*

                                                1212 Broadway, Suite 800, Oakland CA  94612
                                                *Address of Server*



ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

## USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70192970000005961222

Remove X

Your item was delivered to the front desk, reception area, or mail room at 11:19 am on June 8, 2020 in WASHINGTON, DC 20240.

### ✓ Delivered

June 8, 2020 at 11:19 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20240

Get Updates ∨

Feedback

---
Text & Email Updates  ∨

---
Tracking History  ∨

---
Product Information  ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

## USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70192970000005960065

Remove X

Your item was delivered to the front desk, reception area, or mail room at 11:03 am on June 5, 2020 in WASHINGTON, DC 20240.

### ✓ Delivered

June 5, 2020 at 11:03 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20240

Feedback

**Get Updates** ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70192970000005961208

Remove X

Your item was delivered to the front desk, reception area, or mail room at 11:03 am on June 5, 2020 in WASHINGTON, DC 20240.

## ✓ Delivered

June 5, 2020 at 11:03 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20240

Feedback

**Get Updates** ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO…

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70192970000005961215

Your item was delivered to the front desk, reception area, or mail room at 10:32 am on June 3, 2020 in FRESNO, CA 93721.

## ✓ Delivered

June 3, 2020 at 10:32 am
Delivered, Front Desk/Reception/Mail Room
FRESNO, CA 93721

**Get Updates** ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⋀

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case.

Dated: June 23, 2020

                                             */s/ John Buse*
                                             John Buse