JEAN E. WILLIAMS
Deputy Assistant Attorney General
DAVID W. GEHLERT
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street
South Terrace, Suite 370.
Denver, CO 80202
Telephone:  (303) 844-1386
Facsimile:  (303) 844-1350
David.gehlert@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNETER FOR BIOLOGICAL DIVERSITY; RESTORE THE DELTA; and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | CASE NO.  1:20-cv-00706-AWI-EPG<br><br>**STIPULATION AND ORDER RE: 28 DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT.** |

This case presents a challenge to contracts issued by the Bureau of Reclamation. On July 24, 2020 Counsel for Defendants contacted counsel for Plaintiffs regarding the prospect of the contract holders participating in this litigation. Counsel have since discussed the matter and desire to continue discussions in an effort resolve the contract holders' participation cooperatively. Because whether the parties can reach agreement may affect the nature of Defendants' response to the Complaint, the parties agree that an extension of the deadline for Defendants to respond to the Complaint is appropriate.

Defendants' response to the Complaint is presently due August 3, 2020. Pursuant to L.R. 144(a), the parties hereby stipulate that the time for Defendants' response to the Complaint be extended by 28 days, up to and including August 31, 2020. This is the first extension of time to respond to the Complaint.

Dated: August 3, 2020

Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General

| */s/ David W. Gehlert* | */s/ John Buse*_____ |
| DAVID W. GEHLERT | JOHN BUSE |
| Trial Attorney | Senior Counsel |
| U.S. Department of Justice | Center for Biological Diversity |
| | |
| Attorney for Defendants | Attorney for Plaintiffs |

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 9), the time for Defendants' response to the Complaint is extended by 28 days, up to and including August 31, 2020.

IT IS SO ORDERED.

Dated: __**August 4, 2020**__          /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE