JEAN E. WILLIAMS
Acting Assistant Attorney General
DAVID W. GEHLERT
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street
South Terrace, Suite 370.
Denver, CO 80202
Telephone:  (303) 844-1386
Facsimile:  (303) 844-1350
David.gehlert@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; RESTORE THE DELTA; and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, *et al.,*<br><br>Defendants. | CASE NO.  1:20-cv-00706-DAD-EPG<br><br>**UNOPPOSED REQUEST FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND TO STAY THIS PROCEEDING**<br><br>Judge:       Hon. Dale A. Drozd |

Federal Defendants respectfully request an extension of time to respond to the Amended Complaint (ECF No. 25) up to and including June 11, 2021.  Plaintiffs do not oppose this request. Good cause exists for the requested continuance for the following reasons:

(1) Under Fed. R. Civ. P. 15(a)(3), Federal Defendants' response to the amended complaint is presently due April 16, 2021.

(2) On April 5, 2021, Federal Defendants filed a motion to stay this case because the new administration is presently reviewing its position in this case and the other two cases before

this Court which challenge the United States' implementation of the Water Infrastructure Improvements for the Nation Act ("WIIN Act"), Pub. L. No. 114-322, § 4011 (2016).[1] ECF No. 26. The purpose of the stay is to allow the new administration to evaluate this litigation. *See* ECF No. 26 at 1.

(3) Federal Defendants' request for an extension of time is intended to allow that evaluation to be completed prior to Federal Defendants' responding to the Amended Complaint.

(4) Plaintiffs initially opposed Federal Defendants' request to stay this proceeding. *See id*. However, subsequent discussions have enabled the parties to resolve their differences over the requested stay.

(5) Federal Defendants have agreed that while the case is stayed, Plaintiffs can continue to serve the parties required to be joined by this Court's Order Granting Motion to Compel. *See* ECF No. 23. Accordingly, Plaintiffs no longer oppose Federal Defendants' motion to stay.

(6) Plaintiffs also do not oppose Federal Defendants having until June 11, 2021 to respond to the Amended Complaint.

(7) Pursuant to Local Rule 144(b), Federal Defendants state that this is the first request for an extension of time to respond to the Amended Complaint.

Therefore, Federal Defendants respectfully request that the Court enter an Order allowing the Federal Defendants until June 11, 2021 to respond to the Amended Complaint, and staying this case until May 12, 2021, with the proviso that Plaintiffs may continue to serve Defendants during the stay. Plaintiffs do not oppose this request. A proposed Order granting this request is being filed contemporaneously.

/

---

[1] The other two cases are *North Coast Rivers Alliance v. United States Department of the Interior*, No. 1:16-cv-00307-DAD-SKO (hereinafter, "*North Coast*") and *Hoopa Valley Tribe v. United States Bureau of Reclamation*, 1:20−cv−01814−DAD-EPG (hereinafter, "*Hoopa Valley*").

Dated: April 7, 2021

                          Respectfully submitted,

                          JEAN E. WILLIAMS
                          Acting Assistant Attorney General

                          */s/ David W. Gehlert*
                          DAVID W. GEHLERT
                          Trial Attorney
                          U.S. Department of Justice

                          Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2021, I electronically filed the foregoing **REQUEST FOR EXTENSION** with the Clerk of Court using the ECF system, which will automatically send email notification to the attorneys of record.

                      */s/ David W. Gehlert*
                      DAVID W. GEHLERT