JEAN E. WILLIAMS
Deputy Assistant Attorney General
DAVID W. GEHLERT
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street
South Terrace, Suite 370.
Denver, CO 80202
Telephone: (303) 844-1386
Facsimile: (303) 844-1350
David.gehlert@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; RESTORE THE DELTA; and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, *et al.,*<br><br>Defendants. | NO. 1:20-cv-00706-DAD-EPG<br><br>**ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT AND STAYING THIS CASE.** |

The matter is before the court on the Federal Defendants' unopposed request to extend time for responding to the Amended Complaint and to stay this case. This court has inherent power to control its own docket. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Good cause having been shown for the request, it is hereby ORDERED that:

1. The Federal Defendants shall respond to the amended Complaint no later than June 11, 2021.

2. This case is STAYED until May 12, 2021.

1:20-cv-00706-DAD-EPG Order – Page 1

3. During the stay, Plaintiffs may continue to serve and join defendants as required by this Court's Order of February 16, 2021.

IT IS SO ORDERED.

Dated:   **April 12, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE