# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

CENTER FOR BIOLOGICAL DIVERSITY;
RESTORE THE DELTA; and PLANNING
AND CONSERVATION LEAGUE,

                     Plaintiffs,

v.

UNITED STATES BUREAU OF
RECLAMATION, *et al.,*

                     Defendants.

CASE NO.  1:20-cv-00706-DAD-EPG

**[PROPOSED] ORDER GRANTING
FEDERAL DEFENDANTS'
MOTION TO CONSOLIDATE**

      The matter is before the court on Federal Defendants' Motion to Consolidate this case with two other closely-related cases: *North Coast Rivers Alliance v. United States Department of the Interior*, No. 1:16-cv-00307-DAD-SKO and *Hoopa Valley Tribe v. United States Bureau of Reclamation*, 1:20-cv-01814‒DAD-EPG.  This Court possesses broad discretion under Federal Rule of Civil Procedure 42(a) to consolidate cases. *See Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008).  Here, the three cases involve common parties and common issues of fact and law. Further, the benefits of consolidation outweigh any concerns of "inconvenience, delay, confusion, or prejudice that may result." *See Hanks v. Briad Rest. Grp.*, LLC, No. 214CV00786GMNPAL, 2017 WL 1650024, at *1 (D. Nev. May 1, 2017).  The three cases are essentially at the same stage of litigation and consolidation will help avoid duplicative efforts by the Court and the attorneys. *See Turney v. Atencio*, No. 1:18-CV-00001-BLW, 2019 WL 254238, at *1 (D. Idaho Jan. 17, 2019) (citing 9 Wright & Miller, Federal Practice and Procedure § 2383 (2006)); *Rollolazo v. BMW of N. Am., LLC*, No. CV1600966BROSSX, 2016 WL 9173465, at *3 (C.D. Cal. Sept. 15, 2016).

1

2

Accordingly, it is hereby ORDERED that Federal Defendants' motion to consolidate is GRANTED.

3

4

Dated:_____

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28