1  JEANNE M. ZOLEZZI (SBN 121282)
**HERUM\CRABTREE\SUNTAG**
2  *A California Professional Corporation*
5757 Pacific Avenue, Suite 222
3  Stockton, CA 95207
Telephone: (209) 472-7700
4  Email: jzolezzi@herumcrabtree.com

*Exempt from filing fee*
*per Gov. Code §6103*
*Public Agency Exception*

5  Attorneys for Defendants
**STOCKTON EAST WATER DISTRICT**
6  **BANTA-CARBONA IRRIGATION DISTRICT**
**PATTERSON IRRIGATION DISTRICT**
7  **WEST STANISLAUS IRRIGATION DISTRICT**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, RESTORE THE DELTA and PLANNING AND CONSERVATION LEAGUE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF RECLAMATION, ET AL., <br><br> Defendants. | Civil Action No. 1:20-CV-00706 DAD-EPG <br><br> STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L. R. 144) <br><br> Hon. Dale A. Drozd |

Pursuant to Local Rule 144, Defendants Stockton East Water District, Banta-Carbona Irrigation District, Patterson Irrigation District and West Stanislaus Irrigation District ("Defendants') and Plaintiffs Center for Biological Diversity, Restore the Delta, and Planning and Conservation League ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs served their First Amended and Supplemental Complaint for Declaratory and Injunctive Relief ("Complaint") on the Defendants on the dates set forth in the table below, and the table also provides the date by which each Defendant currently has to answer or respond to the Complaint:

| PARTY | SERVED | DUE DATE |
|---|---|---|
| Banta-Carbona Irrigation District | 5/21/2021 | 6/11/2021 |
| Patterson Irrigation District | 5/25/2021 | 6/15/2021 |
| West Stanislaus Irrigation District | 5/20/2021 | 6/10/2021 |
| Stockton East Water District | 5/21/2021 | 6/11/2021 |

WHEREAS, Defendants have requested, and Plaintiffs have consented to, an additional 28 days for Plaintiffs' answer or responsd to the Complaint;

WHEREAS, an additional 28 days for Defendants' answer or response to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that Defendants shall answer or otherwise respond to the Complaint by **July 8, 2021**.

DATED:  June 3, 2021        HERUM\CRABTREE\SUNTAG
                            *A California Professional Corporation*

                            By: _____
                                JEANNE M. ZOLEZZI
                                Attorneys for Defendants
                                STOCKTON EAST WATER DISTRICT
                                BANTA-CARBONA IRRIGATION DISTRICT
                                PATTERSON IRRIGATION DISTRICT
                                WEST STANISLAUS IRRIGATION DISTRICT

| | | |
|---|---|---|
| 1 | DATED: June 3, 2021 | /s/ Ross Middlemiss |
| 2 | | ROSS MIDDLEMISS |
| | | CENTER FOR BIOLOGICAL DIVERSITY |
| 3 | | Attorney for Plaintiff Center for Biological Diversity |

DATED: June 3, 2021        /s/ E. Robert Wright
                           E. ROBERT WRIGHT
                           LAW OFFICE OF E. ROBERT WRIGHT

DATED: June 3, 2021        /s/ Adam Keats
                           ADAM KEATS
                           LAW OFFICE OF ADAM KEATS, PC

Attorneys for Plaintiffs Restore the Delta and Planning and Conservation League