BOLD, POLISNER, MADDOW, NELSON & JUDSON
Sharon M. Nagle, Bar No. 179124
Douglas E. Coty, Bar No. 227006
Morgan S. Biggerstaff, Bar No. 318419
2125 Oak Grove Road, Suite 210
Walnut Creek, CA 94598
(925) 933-7777 – Telephone
Email: snagle@bpmnj.com

Attorneys for Defendant Intervenor
CONTRA COSTA WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, RESTORE THE DELTA, and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00706 DAD-EPG<br><br>**FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiffs Center for Biological Diversity, Restore the Delta, and Planning and Conservation League ("Plaintiffs"), and Defendant Contra Costa Water District ("CCWD"), by and through their respective counsel, that CCWD may have additional time to answer or otherwise respond to the operative complaint on file herein.

On May 24, 2021, Plaintiffs served the First Amended and Supplemental Complaint for Declaratory and Injunctive Relief ("FAC") on CCWD and therefore CCWD's response is due June 14, 2021. Pursuant to Local Rule 144, Plaintiffs and CCWD, by and through their respective counsel, hereby stipulate that CCWD may have an additional 28 days in which to file

an answer or other responsive pleading to the FAC. Thus, CCWD shall answer or otherwise respond to the FAC on or before July 12, 2021.

Date: June 7, 2021

BY: /s/ Sharon M. Nagle
Sharon M. Nagle

BOLD, POLISNER, MADDOW, NELSON & JUDSON, Attorneys for Defendant CONTRA COSTA WATER DISTRICT

Date: June 7, 2021

BY: /s/ Ross Middlemiss
Ross Middlemiss

Attorneys for Plaintiff CENTER FOR BIOLOGICAL DIVERSITY

Date: June 7, 2021

BY: /s/ E. Robert Wright
E. Robert Wright

LAW OFFICE OF E. ROBERT WRIGHT, Attorneys for Plaintiffs RESTORE THE DELTA and PLANNING AND CONSERVATION LEAGUE

Date: June 7, 2021

BY: /s/ Adam Keats
Adam Keats

LAW OFFICE OF ADAM KEATS, Attorneys for Plaintiffs RESTORE THE DELTA and PLANNING AND CONSERVATION LEAGUE