Regina A. Garza, SBN 250780
Madera County Counsel
Michael R. Linden, SBN 192485
Deputy County Counsel
LOZANO SMITH
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone:   (559) 431-5600
Facsimile:   (559) 261-9366

Attorneys for Defendant
COUNTY OF MADERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, RESTORE THE DELTA, and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00706-DAD-EPG<br><br>**ANSWER OF DEFENDANT COUNTY OF MADERA TO PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**<br><br>FAC Filed:  April 2, 2021<br>FAC Served:  May 21, 2021 |

Defendant COUNTY OF MADERA ("County") hereby submit the following Answer to the First Amended and Supplemental Complaint ("FAC") of Plaintiffs CENTER FOR BIOLOGICAL DIVERSITY, et al. ("Plaintiffs").

**RESPONSES TO ALLEGATIONS**

1. Responding to Paragraph 1 in the FAC, the County admits that Plaintiffs have brought the instant action in this Court.

2. Responding to Paragraph 2 in the FAC, the County admits that Plaintiffs have brought the instant action in this Court.  The County is without sufficient information to admit or deny the remaining averments contained in Paragraph 2, and on this basis denies said averments.

1   Defendants admit that venue for the above-captioned action is proper in this Court.

2   3. The County is without sufficient information to admit or deny the averments contained in
3   Paragraph 3 of the FAC, and on this basis denies said averments.

4   4. The County is without sufficient information to admit or deny the averments contained in
5   Paragraph 4 of the FAC, and on this basis denies said averments.

6   5. The County is without sufficient information to admit or deny the averments contained in
7   Paragraph 5 of the FAC, and on this basis denies said averments.

8   6. The County is without sufficient information to admit or deny the averments contained in
9   Paragraph 6 of the FAC, and on this basis denies said averments.

10  7. The County is without sufficient information to admit or deny the averments contained in
11  Paragraph 7 of the FAC, and on this basis denies said averments.

12  8. The County is without sufficient information to admit or deny the averments contained in
13  Paragraph 8 of the FAC, and on this basis denies said averments.

14  9. The County is without sufficient information to admit or deny the averments contained in
15  Paragraph 9 of the FAC, and on this basis denies said averments.

16  10. The County is without sufficient information to admit or deny the averments contained in
17  Paragraph 10 of the FAC, and on this basis denies said averments.

18  11. The County is without sufficient information to admit or deny the averments contained in
19  Paragraph 11 of the FAC, and on this basis denies said averments.

20  12. The County is without sufficient information to admit or deny the averments contained in
21  Paragraph 12 of the FAC, and on this basis denies said averments.

22  13. The County is without sufficient information to admit or deny the averments contained in
23  Paragraph 13 of the FAC, and on this basis denies said averments.

24  14. The County is without sufficient information to admit or deny the averments contained in
25  Paragraph 14 of the FAC, and on this basis denies said averments.

26  15. The County is without sufficient information to admit or deny the averments contained in
27  Paragraph 15 of the FAC, and on this basis denies said averments.

28  16. The County is without sufficient information to admit or deny the averments contained in

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600  Fax 559-261-9366

1   Paragraph 16 of the FAC, and on this basis denies said averments.

2     17. The County admits that the United States Bureau of Reclamation is charged with the duty
3   of managing Central Valley Project contracts.  The County is without sufficient information to admit or
4   deny the remaining averments contained in Paragraph 17 of the FAC, and on this basis denies said
5   averments.

6     18. The County admits that Deb Haaland is the Secretary of the Interior.  The County is without
7   sufficient information to admit or deny the remaining averments contained in Paragraph 18 of the FAC,
8   and on this basis denies said averments.

9     19. The County admits that United States Department of the Interior is a federal agency.  The
10  County is without sufficient information to admit or deny the remaining averments contained in Paragraph
11  19 of the FAC, and on this basis denies said averments.

12    20. The County is without sufficient information to admit or deny the averments contained in
13  Paragraph 20 of the FAC, and on this basis denies said averments.

14    21. The County is without sufficient information to admit or deny the averments contained in
15  Paragraph 21 of the FAC, and on this basis denies said averments.

16    22. The County is without sufficient information to admit or deny the averments contained in
17  Paragraph 22 of the FAC, and on this basis denies said averments.

18    23. The County is without sufficient information to admit or deny the averments contained in
19  Paragraph 23 of the FAC, and on this basis denies said averments.

20    24. The County is without sufficient information to admit or deny the averments contained in
21  Paragraph 24 of the FAC, and on this basis denies said averments.

22    25. The County is without sufficient information to admit or deny the averments contained in
23  Paragraph 25 of the FAC, and on this basis denies said averments.

24    26. The County is without sufficient information to admit or deny the averments contained in
25  Paragraph 26 of the FAC, and on this basis denies said averments.

26    27. The County is without sufficient information to admit or deny the averments contained in
27  Paragraph 27 of the FAC, and on this basis denies said averments.

28    28. The County is without sufficient information to admit or deny the averments contained in

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600  Fax 559-261-9366

1  Paragraph 28 of the FAC, and on this basis denies said averments.

2  29. The County is without sufficient information to admit or deny the averments contained in
3  Paragraph 29 of the FAC, and on this basis denies said averments.

4  30. The County is without sufficient information to admit or deny the averments contained in
5  Paragraph 30 of the FAC, and on this basis denies said averments.

6  31. The County is without sufficient information to admit or deny the averments contained in
7  Paragraph 31 of the FAC, and on this basis denies said averments.

8  32. The County is without sufficient information to admit or deny the averments contained in
9  Paragraph 32 of the FAC, and on this basis denies said averments.

10 33. The County is without sufficient information to admit or deny the averments contained in
11 Paragraph 33 of the FAC, and on this basis denies said averments.

12 34. The County is without sufficient information to admit or deny the averments contained in
13 Paragraph 34 of the FAC, and on this basis denies said averments.

14 35. The County is without sufficient information to admit or deny the averments contained in
15 Paragraph 35 of the FAC, and on this basis denies said averments.

16 36. The County is without sufficient information to admit or deny the averments contained in
17 Paragraph 36 of the FAC, and on this basis denies said averments.

18 37. The County is without sufficient information to admit or deny the averments contained in
19 Paragraph 37 of the FAC, and on this basis denies said averments.

20 38. The County is without sufficient information to admit or deny the averments contained in
21 Paragraph 38 of the FAC, and on this basis denies said averments.

22 39. The County is without sufficient information to admit or deny the averments contained in
23 Paragraph 39 of the FAC, and on this basis denies said averments.

24 40. The County is without sufficient information to admit or deny the averments contained in
25 Paragraph 40 of the FAC, and on this basis denies said averments.

26 41. The County is without sufficient information to admit or deny the averments contained in
27 Paragraph 41 of the FAC, and on this basis denies said averments.

28 42. The County is without sufficient information to admit or deny the averments contained in

Paragraph 42 of the FAC, and on this basis denies said averments.

43. The County is without sufficient information to admit or deny the averments contained in Paragraph 43 of the FAC, and on this basis denies said averments.

44. The County is without sufficient information to admit or deny the averments contained in Paragraph 44 of the FAC, and on this basis denies said averments.

45. The County is without sufficient information to admit or deny the averments contained in Paragraph 45 of the FAC, and on this basis denies said averments.

46. The County is without sufficient information to admit or deny the averments contained in Paragraph 46 of the FAC, and on this basis denies said averments.

47. The County is without sufficient information to admit or deny the averments contained in Paragraph 47 of the FAC, and on this basis denies said averments.

48. The County is without sufficient information to admit or deny the averments contained in Paragraph 48 of the FAC, and on this basis denies said averments.

49. The County is without sufficient information to admit or deny the averments contained in Paragraph 49 of the FAC, and on this basis denies said averments.

50. The County is without sufficient information to admit or deny the averments contained in Paragraph 50 of the FAC, and on this basis denies said averments.

51. The County is without sufficient information to admit or deny the averments contained in Paragraph 51 of the FAC, and on this basis denies said averments.

52. The County is without sufficient information to admit or deny the averments contained in Paragraph 52 of the FAC, and on this basis denies said averments.

53. The County is without sufficient information to admit or deny the averments contained in Paragraph 53 of the FAC, and on this basis denies said averments.

54. The County is without sufficient information to admit or deny the averments contained in Paragraph 54 of the FAC, and on this basis denies said averments.

55. The County is without sufficient information to admit or deny the averments contained in Paragraph 55 of the FAC, and on this basis denies said averments.

56. The County is without sufficient information to admit or deny the averments contained in

1  Paragraph 56 of the FAC, and on this basis denies said averments.

2      57.    The County is without sufficient information to admit or deny the averments contained in
3  Paragraph 57 of the FAC, and on this basis denies said averments.

4      58.    The County is without sufficient information to admit or deny the averments contained in
5  Paragraph 58 of the FAC, and on this basis denies said averments.

6      59.    The County is without sufficient information to admit or deny the averments contained in
7  Paragraph 59 of the FAC, and on this basis denies said averments.

8      60.    The County is without sufficient information to admit or deny the averments contained in
9  Paragraph 60 of the FAC, and on this basis denies said averments.

10      61.    The County is without sufficient information to admit or deny the averments contained in
11  Paragraph 61 of the FAC, and on this basis denies said averments.

12      62.    The County is without sufficient information to admit or deny the averments contained in
13  Paragraph 62 of the FAC, and on this basis denies said averments.

14      63.    The County is without sufficient information to admit or deny the averments contained in
15  Paragraph 63 of the FAC, and on this basis denies said averments.

16      64.    The County is without sufficient information to admit or deny the averments contained in
17  Paragraph 64 of the FAC, and on this basis denies said averments.

18      65.    The County is without sufficient information to admit or deny the averments contained in
19  Paragraph 65 of the FAC, and on this basis denies said averments.

20      66.    The County is without sufficient information to admit or deny the averments contained in
21  Paragraph 66 of the FAC, and on this basis denies said averments.

22      67.    The County is without sufficient information to admit or deny the averments contained in
23  Paragraph 67 of the FAC, and on this basis denies said averments.

24      68.    The County is without sufficient information to admit or deny the averments contained in
25  Paragraph 68 of the FAC, and on this basis denies said averments.

26      69.    The County is without sufficient information to admit or deny the averments contained in
27  Paragraph 69 of the FAC, and on this basis denies said averments.

28      70.    The County is without sufficient information to admit or deny the averments contained in

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600  Fax 559-261-9366

1  Paragraph 70 of the FAC, and on this basis denies said averments.

2  71. The County is without sufficient information to admit or deny the averments contained in
3  Paragraph 71 of the FAC, and on this basis denies said averments.

4  72. The County is without sufficient information to admit or deny the averments contained in
5  Paragraph 72 of the FAC, and on this basis denies said averments.

6  73. The County is without sufficient information to admit or deny the averments contained in
7  Paragraph 73 of the FAC, and on this basis denies said averments.

8  74. The County is without sufficient information to admit or deny the averments contained in
9  Paragraph 74 of the FAC, and on this basis denies said averments.

10 75. The County is without sufficient information to admit or deny the averments contained in
11 Paragraph 75 of the FAC, and on this basis denies said averments.

12 76. The County is without sufficient information to admit or deny the averments contained in
13 Paragraph 76 of the FAC, and on this basis denies said averments.

14 77. The County is without sufficient information to admit or deny the averments contained in
15 Paragraph 77 of the FAC, and on this basis denies said averments.

16 78. The County is without sufficient information to admit or deny the averments contained in
17 Paragraph 78 of the FAC, and on this basis denies said averments.

18 79. The County is without sufficient information to admit or deny the averments contained in
19 Paragraph 79 of the FAC, and on this basis denies said averments.

20 80. The County is without sufficient information to admit or deny the averments contained in
21 Paragraph 80 of the FAC, and on this basis denies said averments.

22 81. The County is without sufficient information to admit or deny the averments contained in
23 Paragraph 81 of the FAC, and on this basis denies said averments.

24 82. The County is without sufficient information to admit or deny the averments contained in
25 Paragraph 82 of the FAC, and on this basis denies said averments.

26 83. The County is without sufficient information to admit or deny the averments contained in
27 Paragraph 83 of the FAC, and on this basis denies said averments.

28

84. The County is without sufficient information to admit or deny the averments contained in Paragraph 84 of the FAC, and on this basis denies said averments.

85. The County is without sufficient information to admit or deny the averments contained in Paragraph 85 of the FAC, and on this basis denies said averments.

86. The County is without sufficient information to admit or deny the averments contained in Paragraph 86 of the FAC, and on this basis denies said averments.

87. The County admits the averments contained in Paragraph 87 of the FAC.

88. The County is without sufficient information to admit or deny the averments contained in Paragraph 88 of the FAC, and on this basis denies said averments.

89. The County is without sufficient information to admit or deny the averments contained in Paragraph 89 of the FAC, and on this basis denies said averments.

90. The County is without sufficient information to admit or deny the averments contained in Paragraph 90 of the FAC, and on this basis denies said averments.

91. The County is without sufficient information to admit or deny the averments contained in Paragraph 90 of the FAC, and on this basis denies said averments.

92. The County is without sufficient information to admit or deny the averments contained in Paragraph 90 of the FAC, and on this basis denies said averments.

93. The County is without sufficient information to admit or deny the averments contained in Paragraph 90 of the FAC, and on this basis denies said averments.

94. The County is without sufficient information to admit or deny the averments contained in Paragraph 90 of the FAC, and on this basis denies said averments.

95. The County is without sufficient information to admit or deny the averments contained in Paragraph 90 of the FAC, and on this basis denies said averments.

96. The County is without sufficient information to admit or deny the averments contained in Paragraph 90 of the FAC, and on this basis denies said averments.

97. The County is without sufficient information to admit or deny the averments contained in Paragraph 90 of the FAC, and on this basis denies said averments.

98. The County is without sufficient information to admit or deny the averments contained in

Paragraph 90 of the FAC, and on this basis denies said averments.

99. The County is without sufficient information to admit or deny the averments contained in Paragraph 90 of the FAC, and on this basis denies said averments.

100. The County is without sufficient information to admit or deny the averments contained in Paragraph 100 of the FAC, and on this basis denies said averments.

101. The County is without sufficient information to admit or deny the averments contained in Paragraph 101 of the FAC, and on this basis denies said averments.

102. The County alleges that Paragraph 102 of the FAC contains a statement of law to which no response is required.

103. The County alleges that Paragraph 103 of the FAC contains a statement of law to which no response is required.

104. The County alleges that Paragraph 104 of the FAC contains a statement of law to which no response is required.

105. The County alleges that Paragraph 105 of the FAC contains a statement of law to which no response is required.

106. The County alleges that Paragraph 106 of the FAC contains a statement of law to which no response is required.

107. The County alleges that Paragraph 107 of the FAC contains a statement of law to which no response is required.

108. The County alleges that Paragraph 108 of the FAC contains a statement of law to which no response is required.

109. The County alleges that Paragraph 109 of the FAC contains a statement of law to which no response is required.

110. The County alleges that Paragraph 110 of the FAC contains a statement of law to which no response is required.

111. The County alleges that Paragraph 111 of the FAC contains a statement of law to which no response is required.

112. The County alleges that Paragraph 112 of the FAC contains a statement of law to which

no response is required.

113. The County alleges that Paragraph 113 of the FAC contains a statement of law to which no response is required.

114. The County alleges that Paragraph 114 of the FAC contains a statement of law to which no response is required.

115. The County alleges that Paragraph 115 of the FAC contains a statement of law to which no response is required.

116. The County alleges that Paragraph 116 of the FAC contains a statement of law to which no response is required.

117. The County alleges that Paragraph 117 of the FAC contains a statement of law to which no response is required.

118. The County alleges that Paragraph 118 of the FAC contains a statement of law to which no response is required.

119. The County alleges that Paragraph 119 of the FAC contains a statement of law to which no response is required.

120. The County alleges that Paragraph 120 of the FAC contains a statement of law to which no response is required.

121. The County alleges that Paragraph 121 of the FAC contains a statement of law to which no response is required.

122. The County alleges that Paragraph 122 of the FAC contains a statement of law to which no response is required.

123. The County alleges that Paragraph 123 of the FAC contains a statement of law to which no response is required.

124. The County alleges that Paragraph 124 of the FAC contains a statement of law to which no response is required.

125. The County alleges that Paragraph 125 of the FAC contains a statement of law to which no response is required.

126. The County alleges that Paragraph 126 of the FAC contains a statement of law to which

1   no response is required.

2   127.    The County alleges that Paragraph 127 of the FAC contains a statement of law to which
3   no response is required.

4   128.    The County alleges that Paragraph 128 of the FAC contains a statement of law to which
5   no response is required.

6   129.    The County alleges that Paragraph 129 of the FAC contains a statement of law to which
7   no response is required.

8   130.    The County alleges that Paragraph 130 of the FAC contains a statement of law to which
9   no response is required.

10   131.    The County alleges that Paragraph 131 of the FAC contains a statement of law to which
11   no response is required.

12   132.    The County alleges that Paragraph 132 of the FAC contains a statement of law to which
13   no response is required.

14   133.    The County alleges that Paragraph 133 of the FAC contains a statement of law to which
15   no response is required.

16   134.    The County alleges that Paragraph 134 of the FAC contains a statement of law to which
17   no response is required.

18   135.    The County alleges that Paragraph 135 of the FAC contains a statement of law to which
19   no response is required.

20   136.    The County alleges that Paragraph 136 of the FAC contains a statement of law to which
21   no response is required.

22   137.    The County is without sufficient information to admit or deny the averments contained in
23   Paragraph 137 of the FAC, and on this basis denies said averments.

24   138.    The County is without sufficient information to admit or deny the averments contained in
25   Paragraph 138 of the FAC, and on this basis denies said averments.

26   139.    The County is without sufficient information to admit or deny the averments contained in
27   Paragraph 139 of the FAC, and on this basis denies said averments.

28

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600  Fax 559-261-9366

140. The County is without sufficient information to admit or deny the averments contained in Paragraph 140 of the FAC, and on this basis denies said averments.

141. The County is without sufficient information to admit or deny the averments contained in Paragraph 141 of the FAC, and on this basis denies said averments.

142. The County is without sufficient information to admit or deny the averments contained in Paragraph 142 of the FAC, and on this basis denies said averments.

143. The County is without sufficient information to admit or deny the averments contained in Paragraph 143 of the FAC, and on this basis denies said averments.

144. The County is without sufficient information to admit or deny the averments contained in Paragraph 144 of the FAC, and on this basis denies said averments.

145. The County is without sufficient information to admit or deny the averments contained in Paragraph 145 of the FAC, and on this basis denies said averments.

146. The County is without sufficient information to admit or deny the averments contained in Paragraph 146 of the FAC, and on this basis denies said averments.

147. The County is without sufficient information to admit or deny the averments contained in Paragraph 147 of the FAC, and on this basis denies said averments.

148. The County is without sufficient information to admit or deny the averments contained in Paragraph 148 of the FAC, and on this basis denies said averments.

149. The County is without sufficient information to admit or deny the averments contained in Paragraph 149 of the FAC, and on this basis denies said averments.

150. The County is without sufficient information to admit or deny the averments contained in Paragraph 150 of the FAC, and on this basis denies said averments.

151. The County is without sufficient information to admit or deny the averments contained in Paragraph 151 of the FAC, and on this basis denies said averments.

152. The County is without sufficient information to admit or deny the averments contained in Paragraph 152 of the FAC, and on this basis denies said averments.

153. The County is without sufficient information to admit or deny the averments contained in Paragraph 153 of the FAC, and on this basis denies said averments.

154. The County is without sufficient information to admit or deny the averments contained in Paragraph 154 of the FAC, and on this basis denies said averments.

155. The County is without sufficient information to admit or deny the averments contained in Paragraph 145 of the FAC, and on this basis denies said averments.

156. The County is without sufficient information to admit or deny the averments contained in Paragraph 156 of the FAC, and on this basis denies said averments.

157. The County is without sufficient information to admit or deny the averments contained in Paragraph 157 of the FAC, and on this basis denies said averments.

158. The County is without sufficient information to admit or deny the averments contained in Paragraph 158 of the FAC, and on this basis denies said averments.

159. The County is without sufficient information to admit or deny the averments contained in Paragraph 159 of the FAC, and on this basis denies said averments.

160. The County is without sufficient information to admit or deny the averments contained in Paragraph 160 of the FAC, and on this basis denies said averments.

141. The County is without sufficient information to admit or deny the averments contained in Paragraph 161 of the FAC, and on this basis denies said averments.

142. The County is without sufficient information to admit or deny the averments contained in Paragraph 162 of the FAC, and on this basis denies said averments.

163. The County is without sufficient information to admit or deny the averments contained in Paragraph 163 of the FAC, and on this basis denies said averments.

164. The County is without sufficient information to admit or deny the averments contained in Paragraph 164 of the FAC, and on this basis denies said averments.

165. The County is without sufficient information to admit or deny the averments contained in Paragraph 165 of the FAC, and on this basis denies said averments.

166. The County is without sufficient information to admit or deny the averments contained in Paragraph 166 of the FAC, and on this basis denies said averments.

167. The County is without sufficient information to admit or deny the averments contained in Paragraph 167 of the FAC, and on this basis denies said averments.

168. The County is without sufficient information to admit or deny the averments contained in Paragraph 168 of the FAC, and on this basis denies said averments.

169. The County is without sufficient information to admit or deny the averments contained in Paragraph 169 of the FAC, and on this basis denies said averments.

170. The County is without sufficient information to admit or deny the averments contained in Paragraph 170 of the FAC, and on this basis denies said averments.

171. The County is without sufficient information to admit or deny the averments contained in Paragraph 171 of the FAC, and on this basis denies said averments.

172. The County is without sufficient information to admit or deny the averments contained in Paragraph 172 of the FAC, and on this basis denies said averments.

173. The County is without sufficient information to admit or deny the averments contained in Paragraph 173 of the FAC, and on this basis denies said averments.

174. The County is without sufficient information to admit or deny the averments contained in Paragraph 174 of the FAC, and on this basis denies said averments.

175. The County is without sufficient information to admit or deny the averments contained in Paragraph 175 of the FAC, and on this basis denies said averments.

176. The County is without sufficient information to admit or deny the averments contained in Paragraph 176 of the FAC, and on this basis denies said averments.

177. The County is without sufficient information to admit or deny the averments contained in Paragraph 177 of the FAC, and on this basis denies said averments.

178. The County is without sufficient information to admit or deny the averments contained in Paragraph 178 of the FAC, and on this basis denies said averments.

179. The County is without sufficient information to admit or deny the averments contained in Paragraph 179 of the FAC, and on this basis denies said averments.

180. The County is without sufficient information to admit or deny the averments contained in Paragraph 180 of the FAC, and on this basis denies said averments.

181. The County is without sufficient information to admit or deny the averments contained in Paragraph 181 of the FAC, and on this basis denies said averments.

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600  Fax 559-261-9366

**RESPONSE TO PRAYER FOR RELIEF**

The County denies that Plaintiffs are entitled to any of the relief that they seek in their Prayer for Relief, or any relief whatsoever.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

(Failure to State a Claim)

As for a First Affirmative Defense, the County alleges that the FAC fails to state facts constituting a claim for relief under federal law.

**SECOND AFFIRMATIVE DEFENSE**

(Statute of Limitations)

As for a Second Affirmative Defense, the County alleges that the FAC, either in whole or in part, is barred by the applicable statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**

(Failure to Exhaust Administrative Remedies)

As for a Third Affirmative Defense, the County alleges that Plaintiffs have failed to exhaust the required administrative remedies necessary in order to prevail upon any of the causes of action alleged in the FAC.

**RESERVATION OF RIGHT**

Defendants reserve the right to assert additional affirmative defenses should they become aware of any such additional defenses during the course of discovery in this action.

//
//
//
//
//
//
//
//

**PRAYER FOR RELIEF**

WHEREFORE, the County prays for judgment as follows:

1. That Plaintiffs take nothing by reason of their FAC, and that judgment be entered in favor of the County and the defendants.

2. That the County be awarded costs, including attorney fees, if appropriate.

3. That the County be awarded such other and further relief as the Court deems just and proper.

Dated: June 14, 2021                    **LOZANO SMITH**

                                                      /s/ Michael Linden
                                      MICHAEL R. LINDEN
                                      Deputy County Counsel
                                      County of Madera

J:\wdocs\01247\001\PLD\00879388.DOC

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600   Fax 559-261-9366

17