JEAN E. WILLIAMS, Acting Assistant Attorney General
Environment & Natural Resources Division
DAVID W. GEHLERT, Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-9032
Facsimile: (202) 305-0506
Email: david.gehlert@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, RESTORE THE DELTA, and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DEB HAALAND, in her official capacity as Secretary of the Interior; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Federal Defendants,<br><br>CITY OF FOLSOM, CITY OF ROSEVILLE, EAST BAY MUNICIPAL UTILITY DISTRICT, PLACER COUNTY WATER AGENCY, *et. al.,*<br><br>Defendants. | No. 20-cv-00706-DAD-EPG<br><br>**FEDERAL DEFENDANTS' NOTICE OF ERRATA** |

Defendants United States Department of the Interior; United States Bureau of Reclamation; and Deb Haaland, Secretary of the Interior (collectively, Federal Defendants) provide notice that FEDERAL DEFENDANTS' ANSWER TO FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF (ECF No. 57) contained typographical errors in paragraphs 13 and 138 which resulted in incomplete responses.  A Corrected Answer providing complete responses to the allegations in those paragraphs is being filed concurrently with this Notice.

Dated: June 14, 2021

Respectfully submitted,

JEAN E. WILLIAMS
Acting Assistant Attorney General

/s/ David W. Gehlert
DAVID W. GEHLERT
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division

*Attorneys for Federal Defendants*