# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00706-DAD-EPG<br><br>ORDER GRANTING FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THE MOTION TO CONSOLIDATE<br><br>(ECF No. 70) |

Before the Court is the Federal Defendants' motion to extend the deadline to file a reply in support of their motion to consolidate. (ECF No. 70.) According to the motion, counsel for the Federal Defendants requests an additional seven days to file a reply due to a large number of pressing matters, including a response to a motion for preliminary injunction. (*Id.*) The motion states that Plaintiffs do not oppose this request. (*Id.*)

Having considered the motion, the Court will grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defendants' motion for an extension of time (ECF No. 70) is GRANTED; and

///

///

1

2. The Federal Defendants shall file a reply in support of their motion to consolidate on or before July 6, 2021.

IT IS SO ORDERED.

Dated: **June 24, 2021**

/s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE