John Buse (SBN 163156)
Ross Middlemiss (SBN 323737)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800, Oakland, CA 94612
Tel: 510-844-7100
Fax: 510-844-7150
Email: jbuse@biologicaldiversity.org
        rmiddlemiss@biologicaldiversity.org
Attorney for Plaintiff Center for Biological Diversity

E. Robert Wright (SBN 51861)
LAW OFFICE OF E. ROBERT WRIGHT
909 12th Street, Suite 202
Sacramento, California 95814
Tel: (916) 557-1104
Fax: (916) 557-9669
Email: bwrightatty@gmail.com
Attorney for Plaintiffs Restore the Delta and
Planning and Conservation League

Adam Keats (SBN 191157)
LAW OFFICE OF ADAM KEATS, PC
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Tel: (415) 430-9403
Email: adam@keatslaw.org
Attorney for Plaintiffs Restore the Delta and
Planning and Conservation League

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, RESTORE THE DELTA, and PLANNING AND CONSERVATION LEAGUE,<br><br>     Plaintiffs,<br><br>     v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DEB HAALAND, in her official capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; CITY OF FOLSOM; CITY OF ROSEVILLE; EAST BAY MUNICIPAL UTILITY DISTRICT; PLACER COUNTY WATER AGENCY; SACRAMENTO COUNTY | **No: 1:20-cv-00706 DAD-EPG**<br><br>**PROOF OF SERVICE OF FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, SUMMONS AND OTHER DOCUMENTS ON CONTRACTOR DEFENDANTS** |

WATER AGENCY; SACRAMENTO
MUNICIPAL UTILITY DISTRICT; SAN JUAN
WATER DISTRICT; WESTLANDS WATER
DISTRICT; WESTLANDS WATER DISTRICT
DISTRIBUTION DISTRICT NO. 1;
WESTLANDS WATER DISTRICT
DISTRIBUTION DISTRICT NO. 2;
WESTLANDS WATER DISTRICT
FINANCING CORPORATION; CITY OF
WEST SACRAMENTO; CITY OF SHASTA
LAKE; MOUNTAIN GATE COMMUNITY
SERVICES DISTRICT; SHASTA
COMMUNITY SERVICES DISTRICT;
SHASTA COUNTY WATER AGENCY; CITY
OF REDDING; 4-M WATER DISTRICT;
BELLA VISTA WATER DISTRICT; COLUSA
COUNTY WATER DISTRICT; CORNING
WATER DISTRICT; CORTINA WATER
DISTRICT; DUNNIGAN WATER DISTRICT;
GLIDE WATER DISTRICT; KANAWHA
WATER DISTRICT; LA GRANDE WATER
DISTRICT; STONY CREEK WATER
DISTRICT; CENTERVILLE COMMUNITY
SERVICES DISTRICT; CENTRAL SAN
JOAQUIN WATER CONSERVATION
DISTRICT; DAVIS WATER DISTRICT; DEL
PUERTO WATER DISTRICT; GLENN
VALLEY WATER DISTRICT; MYERS-
MARSH MUTUAL WATER COMPANY;
ORLAND-ARTOIS WATER DISTRICT;
STOCKTON EAST WATER DISTRICT;
WESTSIDE WATER DISTRICT; BANTA-
CARBONA IRRIGATION DISTRICT; BYRON
BETHANY IRRIGATION DISTRICT; EAGLE
FIELD WATER DISTRICT; FRESNO
SLOUGH WATER DISTRICT; HOLTHOUSE
WATER DISTRICT; JAMES IRRIGATION
DISTRICT; PAJARO VALLEY WATER
MANAGEMENT AGENCY; SANTA CLARA
VALLEY WATER DISTRICT; PROBERTA
WATER DISTRICT; RECLAMATION
DISTRICT 1606; THE WEST SIDE
IRRIGATION DISTRICT; TRANQUILITY
IRRIGATION DISTRICT; WEST
STANISLAUS IRRIGATION DISTRICT;
PATTERSON IRRIGATION DISTRICT;
TRANQUILITY PUBLIC UTILITY DISTRICT;
CLEAR CREEK COMMUNITY SERVICES

DISTRICT; CONTRA COSTA WATER
DISTRICT; PACHECO WATER DISTRICT;
SAN LUIS WATER DISTRICT; COUNTY OF
COLUSA; EL DORADO IRRIGATION
DISTRICT; PANOCHE WATER DISTRICT;
CITY OF AVENAL; CITY OF COALINGA;
CITY OF HURON; SAN BENITO COUNTY
WATER DISTRICT; CALIFORNIA
DEPARTMENT OF FISH AND WILDLIFE;
MERCY SPRINGS WATER DISTRICT;
CARTER MUTUAL WATER COMPANY;
CITY OF LINDSAY; CITY OF ORANGE
COVE; CITY OF TRACY; CONAWAY
PRESERVATION GROUP; COUNTY OF
FRESNO; COUNTY OF MADERA; COUNTY
OF TULARE; FEATHER WATER DISTRICT;
HILLS VALLEY IRRIGATION DISTRICT;
INTERNATIONAL WATER DISTRICT;
KERN-TULARE WATER DISTRICT;
KIRKWOOD WATER DISTRICT; LAGUNA
WATER DISTRICT; LOWER TULE RIVER
IRRIGATION DISTRICT; MAXWELL
IRRIGATION DISTRICT; PIXLEY
IRRIGATION DISTRICT; RECLAMATION
DISTRICT NO. 1004; SYCAMORE MUTUAL
WATER COMPANY; THE COELHO FAMILY
TRUST; TRI VALLEY WATER DISTRICT,

Defendants.

Plaintiffs served copies of the following documents on the Central Valley Project water contractors joined in this action ("Contractor Defendants"), as described below:

- Summons in a Civil Case

- First Amended and Supplemental Complaint for Declaratory and Injunctive Relief

- Civil Cover Sheet

- Notice of Related Cases

- Notice of Availability-Voluntary Dispute Resolution

- Order Relating Case and Reassigning District and Magistrate Judges

- Order Granting Motion to Compel Joinder of Absent Contractors; And Granting
    Unopposed Motion to Amend

Copies of the service documents, certified mail receipts and USPS Tracking Results confirming delivery are attached as Exhibit 1.

Defendant WESTLANDS WATER DISTRICT was served on May 19, 2021 by serving Tom Birmingham, General Manager, person authorized to accept service of process by substitute service on Jose Gutierrez, CEO, person authorized to accept, on behalf of Defendant.

Defendant WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 1 was served on May 19, 2021 by serving Tom Birmingham, General Manager, person authorized to accept service of process by substitute service on Jose Gutierrez, CEO, person authorized to accept, on behalf of Defendant.

Defendant WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 2 was served on May 19, 2021 by serving Tom Birmingham, General Manager, person authorized to accept service of process by substitute service on Jose Gutierrez, CEO, person authorized to accept, on behalf of Defendant.

Defendant WESTLANDS WATER DISTRICT FINANCING CORPORATION was served on May 19, 2021 by serving Bobbie Ormonde, CFO, person authorized to accept service

of process by substitute service on Jose Gutierrez, CEO, Person authorized to accept, on behalf of Defendant.

Defendant DEL PUERTO WATER DISTRICT was served on May 20, 2021 by serving Anthea G Hansen, General Manager, person authorized to accept service of process for Defendant.

Defendant EAST BAY MUNICIPAL UTILITY DISTRICT was served on May 20, 2021 by serving Michael Tognolini, Director of Water and Natural Resources, person authorized to accept service of process by substitute service on Julie Cadigan, person in charge of office, on behalf of Defendant.

Defendant EL DORADO IRRIGATION DISTRICT was served on May 20, 2021 by serving Jennifer Sullivan, Clerk to the Board, person authorized to accept service of process by substitute service on Allison Costa, person authorized to accept on behalf of Defendant.

Defendant BANTA-CARBONA IRRIGATION DISTRICT was served on May 21, 2021 by serving David Weisenberger, General Manager, person authorized to accept service of process by substitute service on Margaret Howe, Secretary-Treasurer, person authorized to accept, on behalf of Defendant.

Defendant BELLA VISTA WATER DISTRICT was served on May 21, 2021 by serving Wayne Ohlin, person authorized to accept service of process on behalf of Defendant.

Defendant CENTERVILLE COMMUNITY SERVICES DISTRICT was served on May 21, 2021 by serving Chris Muehlbacher, District Manager, person authorized to accept service of process for Defendant.

Defendant CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT was served on May 21, 2021 by serving Reid Roberts, person authorized to accept service of process for Defendant.

Defendant CITY OF AVENAL was served on May 21, 2021 by serving Antony V. Lopez, City Manager, person authorized to accept service of process by substitute service on Angie, person authorized to accept, on behalf of Defendant.

Defendant CITY OF FOLSOM was served on May 21, 2021 by serving Marcus Yasutake, Director of Environmental and Water Resources, person authorized to accept service of process by substitute service on Jennifer Jimenez, City Clerk Tech, person authorized to accept, on behalf of Defendant.

Defendant CITY OF HURON was served on May 21, 2021 by serving Jack Castro, City Manager, person authorized to accept service of process by substitute service on Jocelyn Distancia, person authorized to accept, on behalf of Defendant.

Defendant CITY OF LINDSAY was served on May 21, 2021 by serving Michael Camarena, Director of City Services, person authorized to accept service of process by substitute service on Carmen Wilson, Admin. Secretary and person in charge of office, authorized to accept, on behalf of Defendant.

Defendant CITY OF ORANGE COVE was served on May 21, 2021 by serving Rudy Hernandez, Interim City Manager, person authorized to accept service of process by substitute service on Rafael Herrera, Acct. Clerk and person in charge of office, as person authorized to accept on behalf of Defendant.

Defendant CITY OF SHASTA LAKE was served on May 21, 2021 by serving Kathy Reid, person authorized to accept service of process for Defendant.

Defendant CITY OF WEST SACRAMENTO was served on May 21, 2021 by serving Paulina Benner, Environmental Services Manager, Person authorized to accept service of process by substitute service on Renee A, Admin Clerk, person authorized to accept service of process for Defendant.

Defendant COLUSA COUNTY WATER DISTRICT was served on May 21, 2021 by serving Shelly Murphy, General Manager, person authorized to accept service of process by substitute service on John, Air Control, person authorized to accept service of process for Defendant.

Defendant COUNTY OF COLUSA was served on May 21, 2021 by serving Ann Nordyke, Clerk of the Board of Supervisors, person authorized to accept service of process for Defendant.

Defendant COUNTY OF MADERA was served on May 21, 2021 by serving Ahmad Alkhayyat, Public Works Director, person authorized to accept service of process by substitute service on Angela Grandov, Deputy Clerk I, person authorized to accept service of process for Defendant.

Defendant GLENN VALLEY WATER DISTRICT was served on May 21, 2021 by serving John Alvernaz, Vice-President/Manager, person authorized to accept service of process by substitute service on Kelsy Alvernaz, Daughter, person authorized to accept service of process for Defendant.

Defendant PLACER COUNTY WATER AGENCY was served on May 21, 2021 by serving Lori Young, Clerk to the Board of Directors, person authorized to accept service of process for Defendant.

Defendant RECLAMATION DISTRICT NO. 1004 was served on May 21, 2021 by serving Terry Bressler, District Manager, person authorized to accept service of process by substitute service on Vanessa Piediah, Administrative Assistant, person authorized to accept service of process for Defendant.

Defendant SAN BENITO COUNTY WATER DISTRICT was served on May 21, 2021 by serving Jeff Cattaneo, District Manager, person authorized to accept service of process by substitute service on Barbara Mauro, Office Specialist and person in charge of office, as person authorized to accept service of process for Defendant.

Defendant SAN JUAN WATER DISTRICT was served on May 21, 2021 by serving Paul Helliker, General Manager, person authorized to accept service of process by substitute service on Lisa Brown, person in charge of office, authorized to accept service of process for Defendant.

Defendant SAN LUIS WATER DISTRICT was served on May 21, 2021 by serving Lon Martin, General Manager, person authorized to accept service of process by substitute service on

May Vaz, Administrative Assistant, person authorized to accept service of process for Defendant.

Defendant SHASTA COMMUNITY SERVICES DISTRICT was served on May 21, 2021 by serving Dave Cross, President of the Board of Directors, person authorized to accept service of process by substitute service on Kristina, Front Desk Receptionist and person in charge of office, as person authorized to accept service of process for Defendant.

Defendant SHASTA COUNTY WATER AGENCY was served on May 21, 2021 by serving Patrick J Minturn, Director-Department of Public Works, person authorized to accept service of process for Defendant.

Defendant STOCKTON EAST WATER DISTRICT was served on May 21, 2021 by serving Scot A Moody, General Manager, person authorized to accept service of process by substitute service on Kristan Carido, Admin Service Manager, person authorized to accept service of process for Defendant.

Defendant WESTSIDE WATER DISTRICT was served on May 21, 2021 by serving Daniel Ruiz, General Manager, person authorized to accept service of process by substitute service on Jennifer Manhatten, person authorized to accept service of process for Defendant.

Defendant WEST STANISLAUS IRRIGATION DISTRICT was served on May 21, 2021 by serving Robert Pierce, General Manager, person authorized to accept service of process by substitute service on Lisa Lee, Office Manager, person authorized to accept service of process for Defendant.

Defendant 4-M WATER DISTRICT was served on May 24, 2021 by serving Glen E Mathis, Jr., President, person authorized to accept service of process by substitute service on Marion Mathis, Wife and person Authorized to Accept, on behalf of Defendant.

Defendant CITY OF TRACY was served on May 24, 2021 by serving Jenny Haruyama, City Manager, person authorized to accept service of process by substitute service on Adrienne Richardson, City Clerk and person authorized to accept on behalf of Defendant.

Defendant CONTRA COSTA WATER DISTRICT was served on May 24, 2021 by serving Steve Welch, General Manager, person authorized to accept service of process by substitute service on Shelly Wise as person in charge of office, on behalf of Defendant.

Defendant CORTINA WATER DISTRICT was served on May 24, 2021 by serving Chuck Grimmer, person authorized to accept service of process by substitute service on Shelly, person authorized to accept on behalf of Defendant.

Defendant DAVIS WATER DISTRICT was served on May 24, 2021 by serving Board of Directors c/o Ms. Jamie Traynham, person authorized to accept service of process by substitute service on Juan Hosiarah as person authorized to accept service of process for Defendant.

Defendant DUNNIGAN WATER DISTRICT was served on May 24, 2021 by serving William Vanderwall, General Manager, person authorized to accept service of process by substitute service on Steve S., Operations Manager and person in charge of office, on behalf of Defendant.

Defendant EAGLE FIELD WATER DISTRICT was served on May 24, 2021 by serving Board of Directors, person authorized to accept service of process by substitute service on Janet Jimenez, person in charge of office, on behalf of Defendant.

Defendant GLIDE WATER DISTRICT was served on May 24, 2021 by serving Michael Alves, District Manager, person authorized to accept service of process for Defendant.

Defendant KANAWHA WATER DISTRICT was served on May 24, 2021 by serving Michael Alves, District Manager, person authorized to accept service of process for Defendant.

Defendant KERN-TULARE WATER DISTRICT was served on May 24, 2021 by serving Steven C. Dalke, General Manager, person authorized to accept service of process by substitute service on Skye Grass, Resource Manager, Person authorized to accept, on behalf of Defendant.

Defendant MOUNTAIN GATE COMMUNITY SERVICES DISTRICT was served on May 24, 2021 by serving Jeff Cole, District Manager, person authorized to accept service of process for Defendant.

Defendant CORNING WATER DISTRICT was served on May 25, 2021 by serving Mr. Mitch Hardwick, person authorized to accept service of process for Defendant.

Defendant LOWER TULE RIVER IRRIGATION DISTRICT was served on May 25, 2021 by serving Eric Limas, General Manager, person authorized to accept service of process for Defendant.

Defendant ORLAND-ARTOIS WATER DISTRICT was served on May 25, 2021 by serving Mr. Emil Cavagnolo, General Manager, person authorized to accept service of process for Defendant.

Defendant PATTERSON IRRIGATION DISTRICT was served on May 25, 2021 by serving Vince Lucchesi, General Manager, person authorized to accept service of process for Defendant.

Defendant PIXLEY IRRIGATION DISTRICT was served on May 25, 2021 by serving Eric Limas, General Manager, person authorized to accept service of process for Defendant.

Defendant SYCAMORE MUTUAL WATER COMPANY was served on May 25, 2021 by serving Daniel W. Griffith, person authorized to accept service of process by substitute service on Larry Diaz, Person authorized to accept, on behalf of Defendant.

Defendant BYRON BETHANY IRRIGATION DISTRICT was served on May 26, 2021 by serving Rick Gilmore, General Manager, person authorized to accept service of process by substitute service on Julia Gavirlenko, person in charge of office, authorized to accept, on behalf of Defendant.

Defendant CITY OF COALINGA was served on May 26, 2021 by serving Marissa Trejo, City Manager, person authorized to accept service of process by substitute service on Shannon Jensen, person in charge of office and person authorized to accept, on behalf of Defendant.

Defendant CITY OF REDDING was served on May 26, 2021 by serving Pamela Mize, City Clerk, person authorized to accept service of process for Defendant.

Defendant CITY OF ROSEVILLE was served on May 26, 2021 by serving City Attorney, person authorized to accept service of process by substitute service on Blair Hutchison, Deputy City Clerk, person authorized to accept, on behalf of Defendant.

Defendant CLEAR CREEK COMMUNITY SERVICES DISTRICT was served on May 26, 2021 by serving Kurt Born, General Manager, person authorized to accept service of process for Defendant.

Defendant MYERS-MARSH MUTUAL WATER COMPANY was served on May 26, 2021 by serving Annamarie Marsh-Louie, person authorized to accept service of process by substitute service on Jane, Co-Occupant, Person authorized to accept, on behalf of Defendant.

Defendant SACRAMENTO MUNICIPAL UTILITY DISTRICT was served on May 26, 2021 by serving Ansel Lundberg, Energy Commodity Contracts Specialist, person authorized to accept service of process by substitute service on Marilyn King, Paralegal, person authorized to accept, on behalf of Defendant.

Defendant SANTA CLARA VALLEY WATER DISTRICT was served on May 26, 2021 by serving Rick Callender, Chief Executive Officer-Board of Directors, person authorized to accept service of process by substitute service on Eva Sans, person in charge of the office, on behalf of Defendant.

Defendant TRANQUILITY IRRIGATION DISTRICT was served on May 26, 2021 by serving Danny M Wade, General Manager, person authorized to accept service of process by substitute service on Liz Reeves, Office Supervisor, on behalf of Defendant.

Defendant THE WEST SIDE IRRIGATION DISTRICT was served on May 26, 2021 by serving Rick Gilmore, General Manager, person authorized to accept service of process by substitute service on Julia Gavirlenko, person in charge of office, on behalf of Defendant.

Defendant CARTER MUTUAL WATER COMPANY was served on May 27, 2021 by serving Benjamin F. Carter, person authorized to accept service of process by substitute service on Denise Carter, Spouse, on behalf of Defendant.

Defendant FEATHER WATER DISTRICT was served on May 27, 2021 by serving Dan Duncan, Manager, person authorized to accept service, on behalf of Defendant.

Defendant HILLS VALLEY IRRIGATION DISTRICT was served on May 27, 2021 by serving Dennis Keller, person authorized to accept service of process by substitute service on Dennis, Office Manager and person in charge of office, on behalf of Defendant.

Defendant INTERNATIONAL WATER DISTRICT was served on May 27, 2021 by serving Floyd Harlan, person authorized to accept service of process by substitute service on LaVonne Harlan, Board member and person in charge of office, on behalf of Defendant.

Defendant JAMES IRRIGATION DISTRICT was served on May 27, 2021 by serving Manny Armorelli, General Manager, person authorized to accept service, on behalf of Defendant.

Defendant LAGUNA WATER DISTRICT was served on May 27, 2021 by serving Sue Redfern-West, President of Board of Directors, person authorized to accept service of process by substitute service on Angelica Fuentes, Secretary, person authorized to accept service of process for Defendant.

Defendant MERCY SPRINGS WATER DISTRICT was served on May 27, 2021 by serving Ara Azhderian, person authorized to accept service of process on behalf of the Defendant.

Defendant PAJARO VALLEY WATER MANAGEMENT AGENCY was served on May 27, 2021 by serving Brian Lockwood, General Manager, person authorized to accept service of process by substitute service on Lupe Lizaola, person in charge of office, on behalf of Defendant.

Defendant PANOCHE WATER DISTRICT was served on May 27, 2021 by serving Ara Azhderian, General Manager, person authorized to accept service of process on behalf of the Defendant.

Defendant RECLAMATION DISTRICT 1606 was served on May 27, 2021 by serving Manny Armorelli, Manager, person authorized to accept service of process on behalf of Defendant.

Defendant SACRAMENTO COUNTY WATER AGENCY was served on May 27, 2021 by serving Dave Underwood, Senior Civil Engineer, person authorized to accept service of process by substitute service on Tom Pasterski, person in charge of office, on behalf of Defendant.

Defendant CONAWAY PRESERVATION GROUP was served on May 28, 2021 by serving Kyriakos Tsakopoulos person authorized to accept service of process by substitute service on Monica, Mail Clerk, on behalf of Defendant.

Defendant LA GRANDE WATER DISTRICT was served on June 1, 2021 by serving Zach Dennis, District Director, person authorized to accept service of process by substitute service on Doris Pearson, person authorized to accept service of process for Defendant.

Defendant MAXWELL IRRIGATION DISTRICT was served on June 1, 2021 by serving John Maxwell, person authorized to accept service of process by substitute service on Kathleen Bautista, person authorized to accept on behalf of Defendant.

Defendant PACHECO WATER DISTRICT was served on June 1, 2021 by serving Lauren D. Layne, General Counsel, person authorized to accept service of process by substitute service on Susan Grecp, Secretary and person in charge of office, on behalf of Defendant.

Defendant COUNTY OF FRESNO was served on June 2, 2021 by serving Bernice E. Seidel, Clerk of the Board of Supervisors, person authorized to accept service of process by substitute service on Dean, person in charge of office, on behalf of Defendant.

Defendant STONY CREEK WATER DISTRICT was served on June 2, 2021 by serving Jessie Westcamp, Secretary-Board of Directors, person authorized to accept service of process by substitute service on George Bendle, person in charge of office, on behalf of Defendant.

Defendant HOLTHOUSE WATER DISTRICT was served on June 4, 2021 by serving Ron Lee, President, person authorized to accept service of process for Defendant, by certified

mail according to the USPS Tracking Results and certification tracking numbers provided by the U.S. Postal Service.

Defendant FRESNO SLOUGH WATER DISTRICT was served on June 7, 2021 by serving Elizabeth Reeves, Manager, person authorized to accept service of process for Defendant, by certified mail according to the USPS Tracking Results and certification tracking numbers provided by the U.S. Postal Service.

Defendant COUNTY OF TULARE was served on June 8, 2021 by serving Melissa Lopez, Clerk, person authorized to accept service of process for Defendant.

Defendant TRANQUILITY PUBLIC UTILITY DISTRICT was served on June 8, 2021 by serving Elizabeth Reeves, Manager, person authorized to accept service of process for Defendant, by certified mail according to the USPS Tracking Results and certification tracking numbers provided by the U.S. Postal Service.

Defendant TRI VALLEY WATER DISTRICT was served on June10, 2021 by serving Carol as person in charge of office and authorized to accept service of process for Defendant.

Defendant PROBERTA WATER DISTRICT was served on June 17, 2021 by serving Tyler Lalaguna, attorney, person authorized to accept service of process for Defendant, by certified mail according to the USPS Tracking Results and certification tracking numbers provided by the U.S. Postal Service.

Respectfully submitted,

Dated: July 1, 2021                    /s/ John Buse
                                        John Buse
                                        CENTER FOR BIOLOGICAL DIVERSITY
                                        Attorney for Plaintiff Center for Biological Diversity

Dated: July 1, 2021                    /s/ E. Robert Wright
                                        E. Robert Wright
                                        LAW OFFICE OF E. ROBERT WRIGHT

                                        Adam Keats
                                        LAW OFFICE OF ADAM KEATS, PC

                                        Attorneys for Plaintiffs Restore the Delta and
                                        Planning and Conservation League

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2021, I electronically filed PROOF OF SERVICE OF FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, SUMMONS AND OTHER DOCUMENTS ON CONTRACTOR DEFENDANTS with the Clerk of Court using the ECF system, such that email notification will automatically be sent to the attorneys of record.

/s/ John Buse_____

John Buse

# Exhibit 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**CENTER FOR BIOLOGICAL DIVERSITY , ET AL. ,**

V.                                    **SUMMONS IN A CIVIL CASE**

**UNITED STATES BUREAU OF RECLAMATION , ET AL. ,**

CASE NO:  **1:20–CV–00706–DAD–EPG**

TO:  **4–M Water District, Banta–Carbona Irrigation District, Bella Vista Water District, Byron Bethany Irrigation District, California Department of Fish and Wildlife, Carter Mutual Water Company, Centerville Community Services District, Central San Joaquin Water Conservation District, City of Avenal, City of Coalinga, City of Folsom, City of Huron, City of Lindsay, City of Orange Cove, City of Redding, City of Roseville, City of Shasta Lake, City of Tracy, City of West Sacramento, Clear Creek Community Services District**

Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**John T. Buse
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**

CLERK

**/s/  E. Flores**

(By) DEPUTY CLERK



**ISSUED ON 2021–04–07 08:28:47** , Clerk
USDC EDCA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**CENTER FOR BIOLOGICAL DIVERSITY , ET AL. ,**

V.                    **SUMMONS IN A CIVIL CASE**

**UNITED STATES BUREAU OF RECLAMATION , ET AL. ,**

CASE NO:  **1:20–CV–00706–DAD–EPG**

TO:  **Coelho Family Trust, Colusa County Water District, Conaway Preservation Group, Contra Costa Water District, Corning Water District, Cortina Water District, County of Colusa, County of Fresno, County of Madera, County of Tulare, Davis Water District, Del Puerto Water District, Dunnigan Water District, Eagle Field Water District, East Bay Municipal Utility District, El Dorado Irrigation District, Feather Water District, Fresno Slough Water District, Glenn Valley Water District, Glide Water District**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**John T. Buse**
**Center for Biological Diversity**
**1212 Broadway, Suite 800**
**Oakland, CA 94612**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**

CLERK



**/s/  E. Flores**

(By) DEPUTY CLERK

**ISSUED ON 2021–04–07 08:49:13** , Clerk
USDC EDCA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**CENTER FOR BIOLOGICAL DIVERSITY , ET AL. ,**

V.                                          **SUMMONS IN A CIVIL CASE**

**UNITED STATES BUREAU OF RECLAMATION , ET AL. ,**

CASE NO:  **1:20–CV–00706–DAD–EPG**

TO:  **Hills Valley Irrigation District, Holthouse Water District, International Water District, James Irrigation District, Kanawha Water District, Kern–Tulare Water District, Kirkwood Water District, La Grande Water District, Laguna Water District, Lower Tule River Irrigation District, Maxwell Irrigation District, Mercy Springs Water District, Mountain Gate Community Services District, Myers–Marsh Mutual Water Company, Orland–Artois Water District, Pacheco Water District, Pajaro Valley Water Management Agency, Panoche Water District, Patterson Irrigation District, Pixley Irrigation District**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**John T. Buse**
**Center for Biological Diversity**
**1212 Broadway, Suite 800**
**Oakland, CA 94612**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**

CLERK

**/s/  E. Flores**

(By) DEPUTY CLERK



**ISSUED ON 2021–04–07 08:53:43** , Clerk
USDC EDCA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**CENTER FOR BIOLOGICAL DIVERSITY , ET AL. ,**

V.                                    **SUMMONS IN A CIVIL CASE**

**UNITED STATES BUREAU OF RECLAMATION , ET AL. ,**

CASE NO:  **1:20–CV–00706–DAD–EPG**

TO:  **Placer County Water Agency, Proberta Water District, Reclamation District 1606, Reclamation District No. 1004, Sacramento County Water Agency, Sacramento Municipal Utility District, San Benito County Water District, San Juan Water District, San Luis Water District, Santa Clara Valley Water District, Shasta Community Services District, Shasta County Water Agency, Stockton East Water District, Stony Creek Water District, Sycamore Mutual Water Company, The West Side Irrigation District, Tranquility Irrigation District, Tranquility Public Utility District, Tri Valley Water District, West Stanislaus Irrigation District, Westlands Water District, Westlands Water District Distribution District No. 1, Westlands Water District Distribution District No. 2, Westlands Water District Financing Corporation, Westside Irrigation District, Westside Water District**

Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**John T. Buse**
**Center for Biological Diversity**
**1212 Broadway, Suite 800**
**Oakland, CA 94612**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**

CLERK

**/s/  E. Flores**



(By) DEPUTY CLERK

**ISSUED ON 2021–04–07 09:00:20** , Clerk
USDC EDCA

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| John Buse, 163156<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center for Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-cv-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, SUMMONS IN A CIVIL CASE, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served:    WESTLANDS WATER DISTRICT FINANCING CORPORATION

3. Person Served:    Bobbie Ormonde, CFO - Person Authorized to Accept Service of Process

   a. Left with:    JOSE GUTIERREZ/CEO - Person In Charge Of Office

4. Date & Time of Delivery:    05/19/2021        4:20PM

5. Address, City and State:    3130 N Fresno St
Fresno, CA 93703

6. Manner of Service:    By leaving the copies with or in the presence of JOSE GUTIERREZ/CEO , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 58.30

Registered California process server.
County:  Fresno
Registration No.: S202010000002

Paul Eddings
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/20/2021 at Petaluma, California.

Signature: _____

Paul Eddings

OL#:  16335913

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| John Buse, 163156<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name):  Plaintiff | Ref. No. or File No.<br>Central Valley | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Eastern District of California<br>2500 Tulare Street, Rm 5000 (Entrance is located o<br>Fresno, CA 93721 |

| PLAINTIFF: |
|---|
| Center for Biological Diversity et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-cv-00706-DAD-EPG |
|---|---|---|---|---|

BY FAX

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/21/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, SUMMONS IN A CIVIL CASE, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

WESTLANDS WATER DISTRICT FINANCING CORPORATION

Bobbie Ormonde, CFO

3130 N Fresno St

Fresno, CA 93703

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 58.30

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:    16335913

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| John Buse, 163156<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center for Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-cv-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, SUMMONS IN A CIVIL CASE, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party  Served:          Westlands Water District

3. Person Served:          Tom Birmingham, General Manager - Person Authorized to Accept Service of Process

   a. Left with:          JOSE GUTIERREZ/CEO - Person In Charge Of Office

4. Date & Time of Delivery:          05/19/2021          4:20PM

5. Address, City and State:          3130 N Fresno St
                                     Fresno, CA 93703

6. Manner of Service:          By leaving the copies with or in the presence of JOSE GUTIERREZ/CEO , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

---

Registered California process server.
County:  Fresno
Registration No.: S202010000002

Paul Eddings
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/20/2021 at Petaluma, California.

Signature: _____

Paul Eddings

OL#:  16335910

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| John Buse, 163156<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center for Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-cv-00706-DAD-EPG |
|---|---|---|---|---|

BY FAX

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/21/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, SUMMONS IN A CIVIL CASE, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Westlands Water District

Tom Birmingham, General Manager

3130 N Fresno St

Fresno, CA 93703

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California. |
|---|---|
| | Travis Carpenter |

OL#:    16335910

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| John Buse, 163156<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center for Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-cv-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, SUMMONS IN A CIVIL CASE, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served:  Westlands Water District Distribution District No. 1

3. Person Served:  Tom Birmingham, General Manager - Person Authorized to Accept Service of Process

a. Left with:  JOSE GUTIERREZ/CEO - Person In Charge Of Office

4. Date & Time of Delivery:  05/19/2021        4:20PM

5. Address, City and State:  3130 N Fresno St
Fresno, CA 93703

6. Manner of Service:  By leaving the copies with or in the presence of JOSE GUTIERREZ/CEO , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 58.30

Registered California process server.
County:  Fresno
Registration No.: S202010000002

Paul Eddings
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/20/2021 at Petaluma, California.

Signature: _____

Paul Eddings

OL#:  16335911

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| John Buse, 163156<br>Center for Biological Diversity<br>1212 Broadway<br><sub>Oakland, CA 94612</sub> | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center for Biological Diversity et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-cv-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/21/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, SUMMONS IN A CIVIL CASE, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Westlands Water District Distribution District No. 1

Tom Birmingham, General Manager

3130 N Fresno St

Fresno, CA 93703

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 58.30

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.<br><br>_____<br>Travis Carpenter |

OL#:    16335911

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| John Buse, 163156<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.
Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center for Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-cv-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, SUMMONS IN A CIVIL CASE, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served: Westlands Water District Distribution District No. 2

3. Person Served: Tom Birmingham, General Manager - Person Authorized to Accept Service of Process

a. Left with: JOSE GUTIERREZ/CEO - Person In Charge Of Office

4. Date & Time of Delivery: 05/19/2021          4:20PM

5. Address, City and State: 3130 N Fresno St
Fresno, CA 93703

6. Manner of Service: By leaving the copies with or in the presence of JOSE GUTIERREZ/CEO , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 58.30

Registered California process server.
County:  Fresno
Registration No.: S202010000002

Paul Eddings
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/20/2021 at Petaluma, California.

Signature: _____

Paul Eddings

OL#:  16335912

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| John Buse, 163156 <br> Center for Biological Diversity <br> 1212 Broadway <br> Oakland, CA 94612 | | (510)844-7100 | | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | Central Valley | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Eastern District of California |
| 2500 Tulare Street, Rm 5000 (Entrance is located o |
| Fresno, CA 93721 |

| PLAINTIFF: |
|---|
| Center for Biological Diversity et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 1:20-cv-00706-DAD-EPG |

BY FAX

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/21/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, SUMMONS IN A CIVIL CASE, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Westlands Water District Distribution District No. 2

Tom Birmingham, General Manager

3130 N Fresno St

Fresno, CA 93703

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 58.30

| | |
|---|---|
| Travis Carpenter <br> One Legal - P-000618-Sonoma <br> 1400 North McDowell Blvd, Ste 300 <br> Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California. <br><br> Travis Carpenter |

OL#:    16335912

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 313137<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510) 844-7100 | |

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.: Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:
Center For Biological Diversity, et al.

DEFENDANT:
United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 120-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, Notice of Availability-Voluntary Dispute Resolution, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served: Del Puerto Water District

3. Person Served: Anthea G Hansen - General Manager - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/20/2021          10:00AM

5. Address, City and State: 17840 Ward Ave
Patterson. CA 95363

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

Registered California process server.
County:
Registration No.:
ALBERT ARIAS
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.

Signature: 

ALBERT ARIAS

OL# 16338620

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, Notice of Availability-Voluntary Dispute Resolution, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND,

2. Party Served: East Bay Municipal Utility District

3. Person Served: Michael Tognolini, Director of Water & N.Resource - Person Authorized to Accept Serv

   a. Left with: Julie Cadigan - Person In Charge Of Office

4. Date & Time of Delivery: 05/20/2021      1:20PM

5. Address, City and State: 375 11th St. MS 901
   Oakland, CA 94607

6. Manner of Service: By leaving the copies with or in the presence of Julie Cadigan , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County: Alameda
Registration No.: 1484

Hector Hernandez
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.

Signature: _____

Hector Hernandez

OL#: 16338621

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Ross Middlemiss, 323737 Center for Biological Diversity 1212 Broadway Oakland, CA 94612 | | (510)844-7100 | | |
| ATTORNEY FOR (Name): Plaintiff | | Ref. No. or File No. Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/24/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, Notice of Availability-Voluntary Dispute Resolution, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND,

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

East Bay Municipal Utility District

Michael Tognolini, Director of Water & N.Resource

375 11th St, MS 901

Oakland, CA 94607

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter One Legal - P-000618-Sonoma 1400 North McDowell Blvd, Ste 300 Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Petaluma, California.  Travis Carpenter |

OL#:    16338621

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

TELEPHONE NO.: (510)844-7100

FOR COURT USE ONLY

Ref. No. or File No.

ATTORNEY FOR (Name): Plaintiff

Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:  El Dorado Irrigation District

3. Person Served:  Jennifer Sullivan, Clerk to the Board - Person Authorized to Accept Service of Process

   a. Left with:  Allison Costa - Person Authorized to Accept

4. Date & Time of Delivery:  05/20/2021    3:31PM

5. Address, City and State:  2890 Mosquito Rd
   Placerville, CA 95667

6. Manner of Service:  By leaving the copies with or in the presence of Allison Costa , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 112.50

Registered California process server.
County:  El Dorado
Registration No.:  P17-28

Kathleen Fritz

One Legal - P-000618-Sonoma

1400 North McDowell Blvd. Ste 300

Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/20/2021 at Petaluma, California.

Signature: *Kathleen Fritz*

Kathleen Fritz

OL#:  16338622

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br><span style="font-size:small">Oakland, CA 94612</span> | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:          Banta-Carbona Irrigation District

3. Person Served:         David Weisenberger, General Manager - Person Authorized to Accept Service of Proce

   a. Left with:          Margaret Howe - Secretary Treasurer - Person Authorized to Accept

4. Date & Time of Delivery:   05/21/2021          1:45PM

5. Address, City and State:   3514 W Lehman Rd
                              Tracy, CA 95304

6. Manner of Service:     By leaving the copies with or in the presence of Margaret Howe - Secretary Treasurer ,
                          (business) a person at least 18 years of age apparently in charge of the office or usual place of
                          business of the person served. I informed him/her of the general nature of the papers. I caused
                          the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| | |
|---|---|
| Registered California process server.<br>County:  San Joaquin<br>Registration No.:  PS107<br>Krystal Hurst<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd. Ste 300<br>Petaluma, CA 94954<br><span style="font-size:small">415-491-0606</span> | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.<br><br>Signature:  _KH_____<br><br>                    Krystal Hurst<br><br>OL#:  16348464 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/24/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Banta-Carbona Irrigation District

David Weisenberger, General Manager

3514 W Lehman Rd

Tracy, CA 95304

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Petaluma, California.<br><br><br>_____<br>Travis Carpenter<br><br>OL#:      16348464 |

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

TELEPHONE NO.:
(510)844-7100

Ref.No. or File No.
Central Valley

ATTORNEY FOR (Name): Plaintiff

FOR COURT USE ONLY

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:
Center For Biological Diversity, et al.

DEFENDANT:
United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 1:20-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: Bella Vista Water District

3. Person Served: Wayne Ohlin - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:  05/21/2021        2:15PM

5. Address, City and State:  11368 E Stillwater Way
   Redding, CA 96003

6. Manner of Service:  Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

Registered California process server.
County: SHASTA
Registration No.: 179
Stephen Wilson
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.

Signature: _____
Stephen Wilson

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: Centerville Community Services District

3. Person Served: Chris Muehlbacher, District Manager - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:      05/21/2021            2:40PM

5. Address, City and State:      8930 Placer Rd
                                 Redding, CA 96001

6. Manner of Service:            Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

Registered California process server.
County: SHASTA
Registration No.: 179
Stephen Wilson
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Sacramento, California.

Signature: _____

Stephen Wilson

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 313137<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: | Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 1:20-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: Central San Joaquin Water Conservation District

3. Person Served: Reid Roberts - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/21/2021          1:39PM

5. Address, City and State: 11 S San Joaquin St
Stockton. CA 95202

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

Registered California process server.
County: San Joaquin
Registration No.: PS-609
Stephanie Hernandez Chavez
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.

Signature: _____

Stephanie Hernandez Chavez

OL# 16348468

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.
Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:                    City of Avenal

3. Person Served:        Antony V. Lopez, City Manager - Person Authorized to Accept Service of Process

   a. Left with:         Angie DOE (Hisp/F/40/5'6/160#) - Person Authorized to Accept

4. Date & Time of Delivery:    05/21/2021          4:15PM

5. Address, City and State:     919 Skyline Blvd
                                Avenal, CA 93204

6. Manner of Service:        By leaving the copies with or in the presence of Angie DOE (Hisp/F/40/5'6/160#) , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| | |
|---|---|
| Registered California process server.<br>County:  Fresno<br>Registration No.:  S201110000035<br><br>Herbie Thornton<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd. Ste 300<br>Petaluma, CA 94954<br>415-491-0606 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.<br><br>Signature:  _Herbie Thornton_<br><br>                    Herbie Thornton<br>OL#:  16348469 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name):  Plaintiff | Ref. No. or File No. | Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/24/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

City of Avenal

Antony V. Lopez, City Manager

919 Skyline Blvd

Avenal, CA 93204

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $  125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Petaluma, California. |
| | Travis Carpenter |

OL#:     16348469

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |

Ref. No. or File No.

ATTORNEY FOR (Name): Plaintiff

Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party  Served:          City of Folsom

3. Person Served:          Marcus Yasutake, Director of Env. & Water Resource - Person Authorized to Accept S

   a. Left with:            Jennifer Jimenez - City Clerk Tech - Person Authorized to Accept

4. Date & Time of Delivery:  05/21/2021          4:20PM

5. Address, City and State:  50 Natoma St
                             Folsom, CA 95630

6. Manner of Service:       By leaving the copies with or in the presence of Jennifer Jimenez - City Clerk Tech , (business)
                            a person at least 18 years of age apparently in charge of the office or usual place of business
                            of the person served. I informed him/her of the general nature of the papers. I caused the
                            copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Sacramento
Registration No.:  2012-37

Brandon Lee Ortiz

One Legal - P-000618-Sonoma

1400 North McDowell Blvd. Ste 300

Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Petaluma, California.

Signature:

Brandon Lee Ortiz

OL#:  16348471

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF:<br>Center For Biological Diversity, et al. | | | | |
|---|---|---|---|---|
| DEFENDANT:<br>United States Bureau of Reclamation, et al. | | | | |
| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/25/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

City of Folsom

Marcus Yasutake, Director of Env. & Water Resource

50 Natoma St

Folsom, CA 95630

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California. |
|---|---|
| | Travis Carpenter |
| | OL#:   16348471 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss: 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.

Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

## BY FAX

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:   City of Huron

3. Person Served:   Jack Castro, City Manager - Person Authorized to Accept Service of Process

   a. Left with:   Jocelyn Distancia - Person Authorized to Accept

4. Date & Time of Delivery:   05/21/2021        3:45PM

5. Address, City and State:   36311 Lassen Ave
   Huron, CA 93234

6. Manner of Service:   By leaving the copies with or in the presence of Jocelyn Distancia , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Fresno
Registration No.:  S201110000035

Herbie Thornton
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.

Signature:   

Herbie Thornton

OL#:  16348472

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/24/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

City of Huron

Jack Castro, City Manager

PO Box 339
Huron, CA 93234

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Petaluma, California.<br><br>Travis Carpenter<br><br>OL#:    16348472 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.

Central Vallev

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:        City of Lindsay

3. Person Served:       Michael Camarena, Director of City Services - Person Authorized to Accept Service of

a. Left with:           Carmen Wilson - Admin. Secretary - Person In Charge of Office

4. Date & Time of Delivery:   05/21/2021        4:45PM

5. Address, City and State:   150 N Mirage Ave
                              Lindsay, CA 93247

6. Manner of Service:    By leaving the copies with or in the presence of Carmen Wilson - Admin. Secretary , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Fresno
Registration No.:  S202010000002

Paul Eddings
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.

Signature: _____

Paul Eddings

OL#:  16348473

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, California 94954.

On 05/27/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

City of Lindsay

Michael Camarena, Director of City Services

150 N Mirage Ave

Lindsay, CA 93247

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:    16348473

**ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):**

Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

**TELEPHONE NO.:** (510)844-7100

**FOR COURT USE ONLY**

Ref. No. or File No.

**ATTORNEY FOR (Name):** Plaintiff

Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

**PLAINTIFF:**

Center For Biological Diversity, et al.

**DEFENDANT:**

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 1:20-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: City of Orange Cove

3. Person Served: Rudy Hernandez, Interim City Manager - Person Authorized to Accept Service of Proce

   a. Left with: Rafael Herrera - Acct. Clerk - Person In Charge of Office

4. Date & Time of Delivery: 05/21/2021   4:00PM

5. Address, City and State: 633 6th St
   Orange Cove, CA 93646

6. Manner of Service: By leaving the copies with or in the presence of Rafael Herrera - Acct. Clerk , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County: Fresno
Registration No.: S202010000002

Paul Eddings
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.

Signature:

Paul Eddings

OL#: 16348474

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |

| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley |
|---|---|

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/27/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

City of Orange Cove

Rudy Hernandez, Interim City Manager

633 6th St

Orange Cove, CA 93646

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:    16348474

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737 | | (510)844-7100 | |

Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.
Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:
Center For Biological Diversity, et al.

DEFENDANT:
United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 1:20-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: City of Shasta Lake

3. Person Served: Kathy Reid - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/21/2021      1:50PM

5. Address, City and State: 4477 Main St
Shasta Lake. CA 96019

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

Registered California process server.
County: SHASTA
Registration No.: 179
Stephen Wilson
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.

Signature: _____
Stephen Wilson

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

TELEPHONE NO.: (510)844-7100

FOR COURT USE ONLY

Ref. No. or File No.

ATTORNEY FOR (Name): Plaintiff                                    Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | 1:20-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:          City of West Sacramento

3. Person Served:          Paulina Benner, Environmental Services Manager - Person Authorized to Accept Servi

   a. Left with:          Renee A (B/F/50s/5'6/160#) - Admin Clerk - Person Authorized to Accept

4. Date & Time of Delivery:          05/21/2021          1:55PM

5. Address, City and State:          1110 W Capitol Ave
                                     West Sacramento, CA 95691

6. Manner of Service:          By leaving the copies with or in the presence of Renee A (B/F/50s/5'6/160#) - Admin Clerk , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County: Sacramento
Registration No.: 2012-37

Brandon Lee Ortiz
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Petaluma, California.

Signature: _____

Brandon Lee Ortiz

OL#: 16348477

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/25/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

City of West Sacramento

Paulina Benner, Environmental Services Manager

1110 W Capitol Ave

West Sacramento, CA 95691

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.<br><br><br><br>Travis Carpenter |

OL#: 16348477

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:          Colusa County Water District

3. Person Served:         Shelly Murphy, General Manager - Person Authorized to Accept Service of Process

  a. Left with:           John DOE (W/M/35-45/5'9/210-220#) - Air Control - Person In Charge of Office

4. Date & Time of Delivery:  05/21/2021          1:00PM

5. Address, City and State:  100 Sunrise Blvd, Suite A
                             Colusa, CA 95932

6. Manner of Service:     By leaving the copies with or in the presence of John DOE (W/M/35-45/5'9/210-220#) - Air Control , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| Registered California process server.<br>County:  Shasta<br>Registration No.:  PS252<br><br>Barbara Alves<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd. Ste 300<br>Petaluma, CA 94954<br>415-491-0606 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Sacramento, California.<br><br>Signature: <br><br>                    Barbara Alves<br>                    OL#:  16338615 |
|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Ross Middlemiss, 323737 | | (510)844-7100 | | |
| Center for Biological Diversity | | | | |
| 1212 Broadway | | | | |
| Oakland, CA 94612 | | Ref. No. or File No. | | |
| ATTORNEY FOR (Name): Plaintiff | | Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 1:20-CV-00706-DAD-EPG |

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/24/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Colusa County Water District

Shelly Murphy, General Manager

100 Sunrise Blvd, Suite A

Colusa, CA 95932

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Sacramento, California. |
| One Legal - P-000618-Sonoma | |
| 1400 North McDowell Blvd, Ste 300 | |
| Petaluma, CA 94954 | |
| | Travis Carpenter |
| | OL#:   16338615 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Ross Middlemiss, 313137 | | (510)844-7100 | | |

Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.: Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 1:20-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: County of Colusa

3. Person Served: Ann Nordyke, Clerk of the Board of Supervisors - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/21/2021          12:30PM

5. Address, City and State: 547 Market St, Suite #102
Colusa. CA 95932

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

Registered California process server.
County:  Shasta
Registration No.: PS252
Barbara Alves
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.

Signature: _____

Barbara Alves

OL# 16338618

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

TELEPHONE NO.:
(510)844-7100

Ref. No. or File No.

Central Valley

ATTORNEY FOR (Name): Plaintiff

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 1:20-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:          County of Madera

3. Person Served:        Ahmad Alkhayyat, Public Works Director - Person Authorized to Accept Service of Proc

  a. Left with:           Angela Grandov - Deputy Clerk I - Person Authorized to Accept

4. Date & Time of Delivery:    05/21/2021        3:30PM

5. Address, City and State:    200 W 4th St
                               Madera, CA 93637

6. Manner of Service:     By leaving the copies with or in the presence of Angela Grandov - Deputy Clerk I , (business) a
                          person at least 18 years of age apparently in charge of the office or usual place of business of
                          the person served. I informed him/her of the general nature of the papers. I caused the copies
                          to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Fresno
Registration No.: S200510000007

John Paul Dies
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of
America and the State of California that the foregoing is true and correct and
that this declaration was executed on 05/25/2021 at Petaluma, California.

Signature: _John Dies_

John Paul Dies

OL#:  16338619

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/26/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

County of Madera

Ahmad Alkhayyat, Public Works Director

200 W 4th St

Madera, CA 93637

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.<br><br>Travis Carpenter<br><br>OL#:    16338619 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss: 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Eastern District of California |
| 2500 Tulare Street, Rm 5000 (Entrance is located o |
| Fresno, CA 93721 |

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party  Served:          Glenn Valley Water District

3. Person Served:          John Alvernaz, Vice-President/Manager - Person Authorized to Accept Service of Proc

  a. Left with:            Kelsy Alvernaz - Daughter - Person Authorized to Accept

4. Date & Time of Delivery:    05/21/2021          10:45AM

5. Address, City and State:    4165 La Grande Rd
                               Williams, CA 95987

6. Manner of Service:      By leaving the copies with or in the presence of Kelsy Alvernaz - Daughter , (business) a
                           person at least 18 years of age apparently in charge of the office or usual place of business of
                           the person served. I informed him/her of the general nature of the papers. I caused the copies
                           to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| Registered California process server.<br>County:  Shasta<br>Registration No.:  PS252<br>Barbara Alves<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd. Ste 300<br>Petaluma, CA 94954<br>415-491-0606 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.<br><br>Signature: <br><br>Barbara Alves<br>OL#:  16338623 |
|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: | Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, California 94954.

On 05/24/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Glenn Valley Water District

John Alvernaz, Vice-President/Manager

4165 La Grande Rd

Williams, CA 95987

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Petaluma, California. |

Travis Carpenter

OL#:    16338623

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 313137 | (510)844-7100 | |

Ross Middlemiss, 313137
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

ATTORNEY FOR (Name):  Plaintiff

Ref. No. or File No.

Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 120-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party  Served: Placer County Water Agency

3. Person Served:  Lori Young, Clerk to the Board of Directors - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:      05/21/2021          4:35PM

5. Address, City and State:      144 Ferguson Rd
                                  Auburn. CA 95603

6. Manner of Service:      Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

Registered California process server.
County:  Nevada
Reaistration No.: 2019-001
Cara Wasilewski
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.

Signature: _____
                    Cara Wasilewski

OL#  16342874

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Eastern District of California |
| 2500 Tulare Street, Rm 5000 (Entrance is located o |
| Fresno, CA 93721 |

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party  Served:                Reclamation District No. 1004

3. Person Served:               Terry Bressler, District Manager - Person Authorized to Accept Service of Process

  a. Left with:                 Vanessa Piediah - Administrative Assistant - Person Authorized to Accept

4. Date & Time of Delivery:     05/21/2021          1:15PM

5. Address, City and State:     317 4th St
                                Colusa, CA 95932

6. Manner of Service:           By leaving the copies with or in the presence of Vanessa Piediah - Administrative Assistant ,
                                (business) a person at least 18 years of age apparently in charge of the office or usual place of
                                business of the person served. I informed him/her of the general nature of the papers. I caused
                                the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Sacramento, California. |
|---|---|
| Registered California process server.<br>County:  Shasta<br>Registration No.:  PS252<br>Barbara Alves<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd. Ste 300<br>Petaluma, CA 94954<br>415-491-0606 | Signature: *Barbara Alves*<br><br>Barbara Alves<br>OL#:  16342875 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: | |
|---|---|
| Center For Biological Diversity, et al. | |
| DEFENDANT: | |
| United States Bureau of Reclamation, et al. | |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 1:20-CV-00706-DAD-EPG |

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/24/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Reclamation District No. 1004

Terry Bressler, District Manager

317 4th St

Colusa, CA 95932

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Sacramento, California. |
| | Travis Carpenter |

OL#:    16342875

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:    San Benito County Water District

3. Person Served:    Jeff Cattaneo, District Manager - Person Authorized to Accept Service of Process

a. Left with:    Barbara Mauro - Office Specialist - Person In Charge Of Office

4. Date & Time of Delivery:    05/21/2021        3:43PM

5. Address, City and State:    30 Mansfield Rd
Hollister, CA 95023

6. Manner of Service:    By leaving the copies with or in the presence of Barbara Mauro - Office Specialist , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Monterey
Registration No.:  100

Hector Garcia
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.

Signature: _____

Hector Garcia

OL#:  16342876

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/26/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

San Benito County Water District

Jeff Cattaneo, District Manager

30 Mansfield Rd

Hollister, CA 95023

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:     16342876

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:  San Juan Water District

3. Person Served:  Paul Helliker, General Manager - Person Authorized to Accept Service of Process

   a. Left with:  Lisa Brown - Person In Charge of Office

4. Date & Time of Delivery:  05/21/2021       3:20PM

5. Address, City and State:  9935 Auburn Folsom Rd
   Granite Bay, CA 95746

6. Manner of Service:  By leaving the copies with or in the presence of Lisa Brown , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Sacramento
Registration No.:  2008-05
Shawn F. Sardia
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.

Signature: 

Shawn F. Sardia

OL#:  16342877

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, California 94954.

On 05/24/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

San Juan Water District

Paul Helliker, General Manager

9935 Auburn Folsom Rd

Granite Bay, CA 95746

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:    16342877

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br><span style="font-size:small">Oakland, CA 94612</span> | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party  Served:          San Luis Water District

3. Person Served:          Lon Martin - General Manager - Person Authorized to Accept Service of Process

  a. Left with:             MAY VAZ  - ADMINISTRATIVE ASSISTANT

4. Date & Time of Delivery:    05/21/2021          9:08AM

5. Address, City and State:    1015 6th St
                               Los Banos, CA 93635

6. Manner of Service:      By leaving the copies with or in the presence of MAY VAZ  , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| Registered California process server.<br>County:<br>Registration No.:<br><br>ALBERT ARIAS<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd. Ste 300<br>Petaluma, CA 94954<br><span style="font-size:small">415-491-0606</span> | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.<br><br>Signature: _____<br><br>ALBERT ARIAS<br><br>OL#:  16342883 |
|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/25/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

San Luis Water District

Lon Martin - General Manager

1015 6th St

Los Banos, CA 93635

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.<br><br><br><br>Travis Carpenter |

OL#:     16342883

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

(510)844-7100

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.

Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 1:20-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party  Served:            Shasta Community Services District

3. Person Served:          Dave Cross, President of Board of Directors - Person Authorized to Accept Service of P

 a. Left with:               Kristina (F/5'9/129#/Blind) - Front Desk Reception - Person In Charge Of Office

4. Date & Time of Delivery:   05/21/2021          8:30AM

5. Address, City and State:   15611 Rock Creek Rd
                              Shasta, CA 96087

6. Manner of Service:        By leaving the copies with or in the presence of Kristina (F/5'9/129#/Blind) - Front Desk
                             Reception , (business) a person at least 18 years of age apparently in charge of the office or
                             usual place of business of the person served. I informed him/her of the general nature of the
                             papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 130.00

Registered California process server.
County:  Shasta
Registration No.: PS270

Daniel Buchanan Boyer

One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of
America and the State of California that the foregoing is true and correct and
that this declaration was executed on 05/21/2021 at Petaluma, California.

Signature: _____

Daniel Buchanan Boyer

OL#:  16342878

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/24/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

> Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Shasta Community Services District

Dave Cross, President of Board of Directors

15611 Rock Creek Rd

Shasta, CA 96087

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 130.00

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:    16342878

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

TELEPHONE NO.: (510)844-7100

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.: Central Valley

FOR COURT USE ONLY

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:
Center For Biological Diversity, et al.

DEFENDANT:
United States Bureau of Reclamation, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: Shasta County Water Agency

3. Person Served: Patrick J Minturn, Director-Dept. of Public Works - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:   05/21/2021        8:06AM

5. Address, City and State:   1855 Placer St
Redding, CA 96001

6. Manner of Service:   Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

Registered California process server.
County: Shasta
Registration No.: PS270
Daniel Buchanan Boyer
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Petaluma, California.

Signature: _____
Daniel Buchanan Boyer

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |

Ref. No. or File No.

ATTORNEY FOR (Name): Plaintiff                 Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party  Served:          Stockton East Water District

3. Person Served:          Scot A Moody, General Manager  - Person Authorized to Accept Service of Process

   a. Left with:           Kristan Carido - Admin Service Manager - Person Authorized to Accept

4. Date & Time of Delivery:     05/21/2021          10:45AM

5. Address, City and State:     6767 E Main St
                                Stockton, CA 95215

6. Manner of Service:      By leaving the copies with or in the presence of Kristan Carido - Admin Service Manager , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  San Joaquin
Registration No.:  PS-609

Stephanie Hernandez Chavez

One Legal - P-000618-Sonoma

1400 North McDowell Blvd. Ste 300

Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.

Signature: 

Stephanie Hernandez Chavez

OL#:  16342879

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, California 94954.

On 05/24/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Stockton East Water District

Scot A Moody, General Manager

PO Box 5157
Stockton, CA 95205

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:    16342879

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served:  West Stanislaus Irrigation District

3. Person Served:  Robert Pierce, General Manager - Person Authorized to Accept Service of Process

 a. Left with:  LISA LEE - OFFICE MANAGER

4. Date & Time of Delivery:  05/21/2021     10:00AM

5. Address, City and State:  116 E St
 Westley, CA 95387

6. Manner of Service:  By leaving the copies with or in the presence of LISA LEE , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| Registered California process server.<br>County:<br>Registration No.:<br>ALBERT ARIAS<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd. Ste 300<br>Petaluma, CA 94954<br><br>415-491-0606 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.<br><br>Signature: _____<br><br>ALBERT ARIAS<br>OL#:  16342880 |
|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, California 94954.

On 05/25/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at petaluma, California, addressed as follows:

West Stanislaus Irrigation District

Robert Pierce, General Manager

116 E St

Westley, CA 95387

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.<br><br><br><br>Travis Carpenter |

OL#:     16342880

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.

Central Vallev

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party  Served:  Westside Water District

3. Person Served:  Daniel Ruiz, General Manager - Person Authorized to Accept Service of Process

   a. Left with:  Jennifer Manhatten - Person Authorized to Accept

4. Date & Time of Delivery:  05/21/2021      11:15PM

5. Address, City and State:  5005 State Hwy 20
   Williams, CA 95987

6. Manner of Service:  By leaving the copies with or in the presence of Jennifer Manhatten , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Shasta
Registration No.:  PS252
Barbara Alves
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/21/2021 at Petaluma, California.

Signature: 

Barbara Alves

OL#:  16342881

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, California 94954.

On 05/24/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Westside Water District

Daniel Ruiz, General Manager

5005 State Hwy 20

Williams, CA 95987

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Petaluma, California.<br><br>_____<br>Travis Carpenter<br>OL#:    16342881 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: 4-M Water District

3. Person Served: Glen E Mathis, Jr., President - Person Authorized to Accept Service of Process

   a. Left with: Marion Mathis - Wife - Person Authorized to Accept

4. Date & Time of Delivery: 05/24/2021       11:35AM

5. Address, City and State: 3707 Mills Orchard Rd
   Maxwell, CA 95955

6. Manner of Service: By leaving the copies with or in the presence of Marion Mathis - Wife , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| | |
|---|---|
| Registered California process server.<br>County:  Shasta<br>Registration No.:  PS252<br><br>Barbara Alves<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd. Ste 300<br>Petaluma, CA 94954<br>415-491-0606 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.<br><br>Signature:  *Barbara Alves*<br><br>                    Barbara Alves<br><br>OL#:  16348463 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Eastern District of California |
| 2500 Tulare Street, Rm 5000 (Entrance is located o |
| Fresno, CA 93721 |

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/27/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

4-M Water District

Glen E Mathis, Jr., President

3707 Mills Orchard Rd

Maxwell, CA 95955

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California. |
|---|---|
| | Travis Carpenter |
| | OL#:      16348463 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

TELEPHONE NO.:
(510)844-7100

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.
Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 1:20-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party  Served:

City of Tracy

3. Person Served:       Jenny Haruyama, City Manager - Person Authorized to Accept Service of Process

   a. Left with:       Adrienne Richardson - City Clerk - Person Authorized to Accept

4. Date & Time of Delivery:       05/24/2021          12:40PM

5. Address, City and State:       333 Civic Center Plaza
   Tracy, CA 95376

6. Manner of Service:       By leaving the copies with or in the presence of Adrienne Richardson - City Clerk , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| | |
|---|---|
| Registered California process server.<br>County:  San Joaquin<br>Registration No.:  PS107<br>Krystal Hurst<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd. Ste 300<br>Petaluma, CA 94954<br>415-491-0606 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.<br><br>Signature: _KH_____<br><br>Krystal Hurst<br><br>OL#:  16348476 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/27/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

City of Tracy

Jenny Haruyama, City Manager

333 Civic Center Plaza

Tracy, CA 95376

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:    16348476

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Summons in a Civil Case for Kanawha Water District, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served:     Contra Costa Water District

3. Person Served:     Steve Welch, General Manager - Person Authorized to Accept Service of Process

   a. Left with:     SHELLY WISE - Person In Charge Of Office

4. Date & Time of Delivery:     05/24/2021       4:51PM

5. Address, City and State:     1331 Concord Ave
                            Concord, CA 94520

6. Manner of Service:     By leaving the copies with or in the presence of SHELLY WISE , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 126.37

| | |
|---|---|
| Registered California process server.<br>County: SANTA CLARA<br>Registration No.: 1135<br><br>Paul H. Norman<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954<br>415-491-0606 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.<br><br>Signature: <br>                 Paul H. Norman<br>                            OL#: 16351814 |

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway
Oakland, CA 94612

TELEPHONE NO.:
(510)844-7100

FOR COURT USE ONLY

ATTORNEY FOR (Name):  Plaintiff

Ref. No. or File No.

Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| PROOF OF SERVICE BY MAIL | | | | -EPG |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/26/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

**FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Summons in a Civil Case for Kanawha Water District, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND**

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Contra Costa Water District

Steve Welch, General Manager

1331 Concord Ave

Concord, CA 94520

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 126.37

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California. |

Travis Carpenter

OL#:   16351814

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: Cortina Water District

3. Person Served: Mr. Chuck Grimmer - Person Authorized to Accept Service of Process

   a. Left with: Shelly DOE (W/F/30-40/170-180#/Blonde) - Person Authorized to Accept

4. Date & Time of Delivery: 05/24/2021    1:25PM

5. Address, City and State: 436 Market St
   Colusa, CA 95932

6. Manner of Service: By leaving the copies with or in the presence of Shelly DOE (W/F/30-40/170-180#/Blonde) , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Shasta
Registration No.:  PS252

Barbara Alves

One Legal - P-000618-Sonoma

1400 North McDowell Blvd. Ste 300

Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.

Signature: 

Barbara Alves

OL#:  16338617


| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway
Oakland, CA 94612

TELEPHONE NO.: (510)844-7100

Ref. No. or File No.

ATTORNEY FOR (Name): Plaintiff

Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/26/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Cortina Water District

Mr. Chuck Grimmer

436 Market St

Colusa, CA 95932

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

Travis Carpenter
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.

Travis Carpenter

OL#:    16338617

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: Davis Water District

3. Person Served: Board of Directors c/o Ms. Jamie Traynham - Person Authorized to Accept Service of F

   a. Left with: Juan Hosiarah - Person Authorized to Accept

4. Date & Time of Delivery: 05/24/2021     12:30PM

5. Address, City and State: 1241 Putnam Way
   Arbuckle, CA 95912

6. Manner of Service: By leaving the copies with or in the presence of Juan Hosiarah , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Shasta
Registration No.: PS252

Barbara Alves

One Legal - P-000618-Sonoma

1400 North McDowell Blvd. Ste 300

Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/28/2021 at Petaluma, California.

Signature: _Barbara Alves_

Barbara Alves

OL#: 16351813

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 06/01/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Davis Water District

Board of Directors c/o Ms. Jamie Traynham

1241 Putnam Way

Arbuckle, CA 95912

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/01/2021 at Petaluma, California. |

Travis Carpenter

OL#:    16351813

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Summons in a Civil Case for Kanawha Water District, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served:  Dunnigan Water District

3. Person Served:  William Vanderwall, General Manager - Person Authorized to Accept Service

   a. Left with:  Steve S. (W/M/60y/6'1/200lb) - operations manager  - Person In Charge Of Office

4. Date & Time of Delivery:  05/24/2021        3:39PM

5. Address, City and State:  3817 1st St
   Dunnigan, CA 95937

6. Manner of Service:  By leaving the copies with or in the presence of Steve S. (W/M/60y/6'1/200lb) - operations manager  , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 126.37

Registered California process server.
County:  Sacramento
Registration No.: 2012-37

Brandon Lee Ortiz

One Legal - P-000618-Sonoma

1400 North McDowell Blvd, Ste 300

Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.

Signature:

Brandon Lee Ortiz

OL#:  16351812

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/26/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Summons in a Civil Case for Kanawha Water District, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Dunnigan Water District

William Vanderwall, General Manager

3817 1st St

Dunnigan, CA 95937

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 126.37

Travis Carpenter

One Legal - P-000618-Sonoma

1400 North McDowell Blvd, Ste 300

Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.

Travis Carpenter

OL#:   16351812

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Summons in a Civil Case for Kanawha Water District, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served:  Eagle Field Water District

3. Person Served:  Board of Directors - Person Authorized to Accept Service of Process

a. Left with:  Janet Jimenez  - Person In Charge of Office

4. Date & Time of Delivery:  05/24/2021      1:40PM

5. Address, City and State:  51170 W Althea Ave
Firebaugh, CA 93622

6. Manner of Service:  By leaving the copies with or in the presence of Janet Jimenez , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 126.37

Registered California process server.
County:  Fresno
Registration No.: S202010000002

Paul Eddings
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.

Signature: _____

Paul Eddings

OL#:  16351815

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/26/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Summons in a Civil Case for Kanawha Water District, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Eagle Field Water District

Board of Directors

51170 W Althea Ave

Firebaugh, CA 93622

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 126.37

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.<br><br><br><br>Travis Carpenter |

OL#:    16351815

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Summons in a Civil Case for Kanawha Water District, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served: Glide Water District

3. Person Served: Michael Alves, District Manager - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/24/2021        11:55AM

5. Address, City and State: 360 Co Rd G
Willows, CA 95988

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 126.37

Registered California orocess server.
County: SHASTA
Registration No.: 179
Stephen Wilson
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.

Signature: _____
Stephen Wilson

OL# 16351818

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737 Center for Biological Diversity 1212 Broadway Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/25/2021, after personal service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Summons in a Civil Case for Kanawha Water District, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Glide Water District

Michael Alves, District Manager

360 Co Rd G

Willows, CA 95988

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 126.37

Travis Carpenter

One Legal - P-000618-Sonoma

1400 North McDowell Blvd, Ste 300

Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.

Travis Carpenter

OL#:    16351818

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Summons in a Civil Case for Kanawha Water District, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served: Kanawha Water District

3. Person Served: Michael Alves, District Manager - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/24/2021    11:55AM

5. Address, City and State: 360 Co Rd G
   Willows, CA 95988

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 30

Registered California process server.
County: SHASTA
Registration No.: 179
Stephen Wilson
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Petaluma, California.

Signature: _____

Stephen Wilson

OL# 16351817

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served: Kern-Tulare Water District

3. Person Served: Steven C. Dalke, General Manager - Person Authorized to Accept Service of Process

a. Left with: Skye Grass (Resource Manager) - Person In Charge Of Office

4. Date & Time of Delivery: 05/24/2021     1:38PM

5. Address, City and State: 5001 California Ave
Bakersfield, CA 93309

6. Manner of Service: By leaving the copies with or in the presence of Skye Grass (Resource Manager) , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

---

Registered California process server.
County:  Kern
Registration No.:  707

Cheyenne B. Safley
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/24/2021 at Petaluma, California.

Signature: 

Cheyenne B. Safley

OL#:  16356552

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/25/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Kern-Tulare Water District

Steven C. Dalke, General Manager

5001 California Ave

Bakersfield, CA 93309

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.<br><br><br><br>Travis Carpenter |

OL#:   16356552

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case,
Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT
AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED
MOTION TO AMEND

2. Party Served: Mountain Gate Community Services District

3. Person Served: Jeff Cole, District Manager  - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:      05/24/2021              4:48PM

5. Address, City and State:      14508 Wonderland Blvd
                                 Redding, CA 96003

6. Manner of Service:      Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

Registered California orocess server.
County:  SHASTA
Registration No.: 179
Stephen Wilson
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of
America and the State of California that the foregoing is true and correct and
that this declaration was executed on 05/25/2021 at Petaluma, California.

Signature:

Stephen Wilson

OL# 16356556

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323734 | | (510)844-7100 | |
| Center for Biological Diversity | | | |
| 1212 Broadway, Suite 800 | | | |
| Oakland, CA 94612 | | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Plaintiff | | Central Valley | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Eastern District of California |
| 2500 Tulare Street, Rm 5000 (Entrance is located o |
| Fresno, CA 93721 |

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 1:20-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief,  Summons in a Civil Case, Notice of Related Cases, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors; And Granting Unopposed Motion to Amend

2. Party Served: Corning Water District

3. Person Served: Mr. Mitch Hardwick - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/25/2021          11:50AM

5. Address, City and State: 22240 Gallagher Ave
   Corning, CA 96021

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

Registered California process server.
County:  Shasta
Registration No.: PS252
Barbara Alves
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.

Signature: _Barbara Alves_

Barbara Alves

OL# 16338616

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 328734<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

  Center For Biological Diversity et al.

DEFENDANT:

  United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 120-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: Lower Tule River Irrigation District

3. Person Served: Eric Limas, General Manager - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/25/2021        4:30PM

5. Address, City and State: 357 E Olive Ave
Tipton. CA 93272

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 30

Registered California process server.
County: Fresno
Registration No.: S201110000035
Herbie Thornton
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/01/2021 at Petaluma, California.

Signature: _____
                         Herbie Thornton

OL# 16356555

| ATTORNEY OR PARTY WITHOUT AN ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served: Orland-Artois Water District

3. Person Served: Mr. Emil Cavagnolo, General Manager - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/25/2021          9:11AM

5. Address, City and State: 6505 County Rd 27

Orland. CA 95963

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 125.8

Registered California orocess server.
County: Shasta
Reqistration No.: PS270
Daniel Buchanan Bover
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/25/2021 at Petaluma, California.

Signature: _____

Daniel Buchanan Bover

OL# 16356558

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.:<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/26/2021, after personal service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Orland-Artois Water District

Mr. Emil Cavagnolo, General Manager

6505 County Rd 27

Orland, CA 95963

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

Travis Carpenter

One Legal - P-000618-Sonoma

1400 North McDowell Blvd, Ste 300

Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.

Travis Carpenter

OL#:   16356558

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323734<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Eastern District of California |
| 2500 Tulare Street, Rm 5000 (Entrance is located o |
| Fresno, CA 93721 |

| PLAINTIFF: |
|---|
| Center For Biological Diversity et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation et al. |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served: Patterson Irrigation District

3. Person Served: Vince Lucchesi, General Manager - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/25/2021          12:11PM

5. Address, City and State: 948 Orange Ave
Patterson, CA 95363

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 125.8

| Registered California process server.<br>County:<br>Registration No.: PI27342<br>Rigoberto Pulido<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California.<br><br>Signature: _____<br>                           Rigoberto Pulido |
|---|---|

OL# 16356559

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |

| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley |
|---|---|

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/28/2021, after personal service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Patterson Irrigation District

Vince Lucchesi, General Manager

948 Orange Ave

Patterson, CA 95363

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/28/2021 at Petaluma, California. |
|---|---|

Travis Carpenter

OL#:   16356559

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 328734 | | (510)844-7100 | |
| Center for Biological Diversity | | | |
| 1212 Broadway, Suite 800 | | | |
| Oakland, CA 94612 | | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Plaintiff | | Central Valley | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Eastern District of California |
| 2500 Tulare Street, Rm 5000 (Entrance is located o |
| Fresno, CA 93721 |

| PLAINTIFF: |
|---|
| Center For Biological Diversity et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation et al. |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 120-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: Pixley Irrigation District

3. Person Served: Eric Limas, General Manager - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/25/2021       4:30PM

5. Address, City and State: 357 E Olive Ave
   Tipton. CA 93272

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

Registered California process server.
County: Fresno
Registration No.: S201110000035
Herbie Thornton
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/01/2021 at Petaluma, California.

Signature: _____
Herbie Thornton

OL# 16356554

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served: Sycamore Mutual Water Company

3. Person Served: Daniel W. Griffith - Person Authorized to Accept Service of Process

 a. Left with: Larry Diaz - Person Authorized to Accept

4. Date & Time of Delivery: 05/25/2021       2:50PM

5. Address, City and State: 7681 Sycamore Slough Rd
Colusa, CA 95932

6. Manner of Service: By leaving the copies with or in the presence of Larry Diaz , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Shasta
Registration No.:  PS252

Barbara Alves

One Legal - P-000618-Sonoma

1400 North McDowell Blvd, Ste 300

Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.

Signature: _____

Barbara Alves

OL#:  16360513

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |

| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: Central Valley |
|---|---|

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/27/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at PETALUMA, California, addressed as follows:

Sycamore Mutual Water Company

Daniel W. Griffith

7681 Sycamore Slough Rd

Colusa, CA 95932

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California. |

Travis Carpenter

OL#:    16360513

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party  Served:                    Byron Bethany Irrigation District

3. Person Served:            Rick Gilmore, General Manager - Person Authorized to Accept Service of Process

  a. Left with:              JULIA GAVIRLENKO - Person In Charge Of Office

4. Date & Time of Delivery:        05/26/2021          3:27PM

5. Address, City and State:        7995 Bruns Rd
                                   Byron, CA 94514

6. Manner of Service:        By leaving the copies with or in the presence of JULIA GAVIRLENKO , (business) a person at
                             least 18 years of age apparently in charge of the office or usual place of business of the person
                             served. I informed him/her of the general nature of the papers. I caused the copies to be
                             mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| Registered California process server.<br>County:  SANTA CLARA<br>Registration No.:  1135<br>Paul H. Norman<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954<br>415-491-0606 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California.<br><br>Signature: _Paul Norman_<br><br>Paul H. Norman<br>OL#: 16367523 |
|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/28/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Byron Bethany Irrigation District

Rick Gilmore, General Manager

7995 Bruns Rd

Byron, CA 94514

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/28/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:   16367523

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.

Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: City of Coalinga

3. Person Served: Marissa Trejo, City Manage - Person Authorized to Accept Service of Process

   a. Left with: Shannon Jensen - Person In Charge of Office

4. Date & Time of Delivery: 05/26/2021    11:30AM

5. Address, City and State: 155 W Durian Ave
   Coalinga, CA 93210

6. Manner of Service: By leaving the copies with or in the presence of Shannon Jensen , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Kings
Registration No.: 18-145
Jonas T. Williams, Jr.
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.

Signature: _____

Jonas T. Williams, Jr.

OL#:  16348470

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/27/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

City of Coalinga

Marissa Trejo, City Manage

155 W Durian Ave

Coalinga, CA 93210

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $  125.80

Travis Carpenter
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California.

Travis Carpenter

OL#:      16348470

| ATTORNEY OR PARTY WITHOUT ATTORNEY: (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |

ATTORNEY FOR (Name):  Plaintiff

Ref. No. or File No.

Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case,
Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT
AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED
MOTION TO AMEND

2. Party Served:  City of Redding

3. Person Served:  Pamela Mize, City Clerk - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:   05/26/2021          1:30PM

5. Address, City and State:   777 Cypress Ave, 3rd Floor
Redding, CA 96001

6. Manner of Service:   Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

Registered California process server.
County:  SHASTA
Registration No.: 179
Stephen Wilson
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of
America and the State of California that the foregoing is true and correct and
that this declaration was executed on 05/26/2021 at Petaluma, California.

Signature: _____

Stephen Wilson

OL# 16367521

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served:          City of Roseville

3. Person Served:          City Attorney - Person Authorized to Accept Service of Process

   a. Left with:            Blair Hutchison - Deputy City Clerk   - Person In Charge Of Office

4. Date & Time of Delivery:     05/26/2021          12:20PM

5. Address, City and State:     311 Vernon St
                                Roseville, CA 95678

6. Manner of Service:        By leaving the copies with or in the presence of  Blair Hutchison - Deputy City Clerk   ,
                             (business) a person at least 18 years of age apparently in charge of the office or usual place of
                             business of the person served. I informed him/her of the general nature of the papers. I caused
                             the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Placer
Registration No.:  16-003

Kenneth Woo
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.

Signature:  *Kenneth Woo*

Kenneth Woo

OL#:  16367520

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway
Oakland, CA 94612

TELEPHONE NO.:
(510)844-7100

FOR COURT USE ONLY

Ref. No. or File No.

ATTORNEY FOR (Name): Plaintiff

Insert name of court, judicial district or branch court, if any:                    Central Valley

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| PROOF OF SERVICE BY MAIL | | | | -EPG |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/27/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

**FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND**

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

City of Roseville

City Attorney

311 Vernon St

Roseville, CA 95678

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

Travis Carpenter
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California.

Travis Carpenter

OL#:    16367520

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |

| ATTORNEY FOR (Name): Plaintiff | Ref.No. or File No.<br>Central Valley |
|---|---|

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: Clear Creek Community Services District

3. Person Served: Kurt Born, General Manager - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/26/2021          10:45AM

5. Address, City and State: 5880 Oak St
Anderson. CA 96007

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

Registered California process server.
County: SHASTA
Registration No.: 179
Stephen Wilson
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/01/2021 at Petaluma, California.

Signature: _____

Stephen Wilson

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br><span style="font-size:smaller">Oakland, CA 94612</span> | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Eastern District of California<br>2500 Tulare Street, Rm 5000 (Entrance is located o<br>Fresno, CA 93721 |

| PLAINTIFF: |
|---|
| Center For Biological Diversity et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation et al. |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:       Myers-Marsh Mutual Water Company

3. Person Served:      Annamarie Marsh-Louie - Person Authorized to Accept Service of Process

 a. Left with:         Jane DOE (W/F/50/5'5/120#) - Co-Occupant

4. Date & Time of Delivery:   05/26/2021          2:00PM

5. Address, City and State:   580 University Terrace
                              Los Altos, CA 94022

6. Manner of Service:   By leaving the copies with or in the presence of Jane DOE (W/F/50/5'5/120#) , a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

---

Registered California process server.
County:  Santa Clara
Registration No.:  1560

Gary Genest
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/01/2021 at Petaluma, California.

Signature: 

Gary Genest

OL#:  16356557

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/28/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Myers-Marsh Mutual Water Company

Annamarie Marsh-Louie

580 University Terrace

Los Altos, CA 94022

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/01/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:     16356557

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served:  Sacramento Municipal Utility District

3. Person Served:  Ansel Lundberg, Energy Commodity Contracts Special - Person Authorized to Accept S

   a. Left with:  Marilyn King - paralegal - Person In Charge Of Office

4. Date & Time of Delivery:  05/26/2021        12:50PM

5. Address, City and State:  6201 S St. MS B308
   Sacramento, CA 95817

6. Manner of Service:  By leaving the copies with or in the presence of Marilyn King - paralegal , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Sacramento
Registration No.: 2012-37

Brandon Lee Ortiz
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California.

Signature: _____

Brandon Lee Ortiz

OL#:  16360511

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/28/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Sacramento Municipal Utility District

Ansel Lundberg, Energy Commodity Contracts Special

6201 S St, MS B308

Sacramento, CA 95817

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/28/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:   16360511

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

TELEPHONE NO.:
(510)844-7100

FOR COURT USE ONLY

Ref. No. or File No.

ATTORNEY FOR (Name): Plaintiff

Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil
Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY
DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES,
ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING
UNOPPOSED MOTION TO AMEND

2. Party Served:        Santa Clara Valley Water District

3. Person Served:       Rick Callender Chief Exec. Officer-Board of Direct - Person Authorized to Accept Servi

a. Left with:        Eva Sans - Person In Charge Of Office

4. Date & Time of Delivery:   05/26/2021        3:08PM

5. Address, City and State:   5750 Almaden Expy
                              San Jose, CA 95123

6. Manner of Service:     By leaving the copies with or in the presence of Eva Sans , (business) a person at least 18
                          years of age apparently in charge of the office or usual place of business of the person served.
                          I informed him/her of the general nature of the papers. I caused the copies to be mailed (if
                          applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Santa Clara
Registration No.:  ps1611

Joseph Hussey
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of
America and the State of California that the foregoing is true and correct and
that this declaration was executed on 05/27/2021 at Sacramento, California.

Signature: _____

Joseph Hussey

OL#:  16367667

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/28/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Santa Clara Valley Water District

Rick Callender Chief Exec. Officer-Board of Direct

5750 Almaden Expy

San Jose, CA 95123

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/28/2021 at Sacramento, California.<br><br>Travis Carpenter |

OL#:   16367667

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.: Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 120-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party  Served:       The West Side Irrigation District

3. Person Served:        Rick Gilmore, General Manager - Person Authorized to Accept Service of Process

a. Left with:        JULIA GAVIRLENKO - Person In Charge Of Office

4. Date & Time of Delivery:    05/26/2021         3:27PM

5. Address, City and State:    7995 Bruns Rd
Byron, CA 94514

6. Manner of Service:        By leaving the copies with or in the presence of JULIA GAVIRLENKO , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 58.30

Registered California process server.
County:  SANTA CLARA
Registration No.:  1135

Paul H. Norman
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California.

Signature: _Paul Norman_

Paul H. Norman

OL#:  16367668

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/28/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

The West Side Irrigation District

 Rick Gilmore, General Manager

7995 Bruns Rd

Byron, CA 94514

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 58.30

| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/28/2021 at Petaluma, California.<br><br>Travis Carpenter |
|---|---|

OL#:    16367668

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served: Tranquility Irrigation District

3. Person Served: Danny M Wade, General Manager - Person Authorized to Accept Service of Process

   a. Left with: Liz Reeves/Office Supervisor - Person In Charge of Office

4. Date & Time of Delivery: 05/26/2021    11:15AM

5. Address, City and State: 25390 W Silveria Ave
   Tranquillity, CA 93668

6. Manner of Service: By leaving the copies with or in the presence of Liz Reeves/Office Supervisor , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Fresno
Registration No.: S202010000002

Paul Eddings
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/26/2021 at Petaluma, California.

Signature: _____

Paul Eddings

OL#: 16367669

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/27/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Tranquility Irrigation District

Danny M Wade, General Manager

25390 W Silveria Ave

Tranquillity, CA 93668

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California.<br><br><br><br>Travis Carpenter<br>OL#:    16367669 |
|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br><span style="font-size:small">Oakland, CA 94612</span> | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Eastern District of California<br>2500 Tulare Street, Rm 5000 (Entrance is located o<br>Fresno, CA 93721 |

| PLAINTIFF: |
|---|
| Center For Biological Diversity et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation et al. |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

# BY FAX

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party  Served:          Carter Mutual Water Company

3. Person Served:          Benjamin F. Carter - Person Authorized to Accept Service of Process

  a. Left with:            Denise Carter - Spouse - Co-Occupant

4. Date & Time of Delivery:   05/27/2021          2:15PM

5. Address, City and State:   4245 River Rd
                              Colusa, CA 95932

6. Manner of Service:       By leaving the copies with or in the presence of Denise Carter - Spouse , (business) a person
                            at least 18 years of age apparently in charge of the office or usual place of business of the
                            person served. I informed him/her of the general nature of the papers. I caused the copies to
                            be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| | I declare under penalty of perjury under the laws of the United States of<br>America and the State of California that the foregoing is true and correct and<br>that this declaration was executed on 06/02/2021 at Petaluma, California. |
|---|---|
| Registered California process server.<br>County:  Shasta<br>Registration No.:  PS252<br>Tyler James Pochop<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd. Ste 300<br>Petaluma, CA 94954<br><span style="font-size:small">415-491-0606</span> | Signature:   Tyler James Pochop<br><br>OL#:  16367522 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name):  Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, California 94954.

On 06/03/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Carter Mutual Water Company

Benjamin F. Carter

4245 River Rd

Colusa, CA 95932

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/03/2021 at Petaluma, California. |
| | Travis Carpenter |
| | OL#:     16367522 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 325734<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |

| ATTORNEY FOR (Name): Plaintiff | | |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: | Ref. No. or File No.<br>Central Valley | |

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: Feather Water District

3. Person Served: Dan Duncan, Manager - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/27/2021          3:30PM

5. Address, City and State: 280 Wilkie Ave
Yuba City. CA 95991

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 125.8

Registered California process server.
County: Shasta
Registration No.: PS252
Tyler James Pochop
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/01/2021 at Sacramento, California.

Signature: _____
Tyler James Pochop

OL# 16351816

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Ross Middlemiss, 323720 **Center for Biological Diversity** **1212 Broadway** Oakland, CA 94612 | | (510) 844-7100 | | |
| ATTORNEY FOR (Name): **Plaintiff** | | Ref. No. or File No. **Central Valley** | | |

Insert name of court, judicial district or branch court, if any:

**United States District Court, Eastern District of California**

**2500 Tulare Street, Rm 5000 (Entrance is located o**

**Fresno, CA 93721**

PLAINTIFF:

**Center For Biological Diversity et al.**

DEFENDANT:

**United States Bureau of Reclamation et al.**

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 120-CV-00706-DAD-EPG |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd., Petaluma, CA 94954.

**On 06/02/2021, after personal service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:**

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

**to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:**

**Feather Water District**

**Dan Duncan, Manager**

**280 Wilkie Ave**

**Yuba City, CA 95991**

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ **125.80**

Tyler James Pochop

One Legal - P-000618-Sonoma

1400 North McDowell Blvd, Ste 300

Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/02/2021 at Petaluma, California.

**Travis Carpenter**

OL# 16351816

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemental Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party  Served:          Hills Valley Irrigation District

3. Person Served:          Dennis Keller  - Person Authorized to Accept Service of Process

 a. Left with:          Dennis DOE (W/M/70/5'5/155#) - Office Manager - Person In Charge of Office

4. Date & Time of Delivery:          05/27/2021          4:00PM

5. Address, City and State:          209 S Locust St
                                     Visalia, CA 93291

6. Manner of Service:          By leaving the copies with or in the presence of Dennis DOE (W/M/70/5'5/155#) - Office Manager , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Kings
Registration No.: 18-145
Jonas T. Williams, Jr.
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/02/2021 at Sacramento, California.

Signature:  _____

Jonas T. Williams, Jr.

OL#:  16371496

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 06/03/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Hills Valley Irrigation District

Dennis Keller

209 S Locust St

Visalia, CA 93291

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/03/2021 at Sacramento, California.<br><br><br><br>Travis Carpenter |

OL#:    16371496

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND,

2. Party Served:     International Water District

3. Person Served:     Floyd Harlan  - Person Authorized to Accept Service of Process

   a. Left with:     LaVonne Harlan/Board member - Person In Charge Of Office

4. Date & Time of Delivery:     05/27/2021          12:51PM

5. Address, City and State:     9010 Tollhouse Rd
                                Clovis, CA 93619

6. Manner of Service:     By leaving the copies with or in the presence of LaVonne Harlan/Board member , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| | |
|---|---|
| Registered California process server.<br>County:  Fresno<br>Registration No.:  201710000050<br><br>Brian Turner<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California.<br><br>Signature: _____<br>Brian Turner |

415-491-0606

OL#:  16371500

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737 Center for Biological Diversity 1212 Broadway Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |
| DEFENDANT: |
| United States Bureau of Reclamation, et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/28/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND,

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

International Water District

Floyd Harlan

9010 Tollhouse Rd

Clovis, CA 93619

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter One Legal - P-000618-Sonoma 1400 North McDowell Blvd, Ste 300 Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/28/2021 at Petaluma, California. |
| | Travis Carpenter |

OL#:    16371500

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:   James Irrigation District

3. Person Served:   General Manager Manny Amorelli - Person Authorized to Accept Service of Process

  a. Left with:   Manny Armorelli - Person Authorized to Accept

4. Date & Time of Delivery:   05/27/2021       4:35PM

5. Address, City and State:   8749 9th St<br>San Joaquin, CA 93660

6. Manner of Service:   By leaving the copies with or in the presence of Manny Armorelli , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Fresno
Registration No.: S201110000035

Herbie Thornton

One Legal - P-000618-Sonoma

1400 North McDowell Blvd. Ste 300

Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/02/2021 at Petaluma, California.

Signature: _Herbie Thornton_

Herbie Thornton

OL#:  16371497

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway
Oakland, CA 94612

(510)844-7100

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.

Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 1:20-CV-00706-DAD-EPG |

BY FAX

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, California 94954.

On 06/03/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

James Irrigation District

General Manager Manny Amorelli

8749 9th St

San Joaquin, CA 93660

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/03/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:    16371497

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:       Laguna Water District

3. Person Served:      Sue Redfern-West, President of Board of Directors - Person Authorized to Accept Serv

  a. Left with:        Angelica Fuentes - Secretary - Person Authorized to Accept

4. Date & Time of Delivery:   05/27/2021        3:26PM

5. Address, City and State:   14664 N Brannon Ave
                              Dos Palos, CA 93620

6. Manner of Service:   By leaving the copies with or in the presence of Angelica Fuentes - Secretary , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:
  Registration No.: PI27342
Rigoberto Pulido
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/02/2021 at Petaluma, California.

Signature: _____

Rigoberto Pulido

OL#:  16371498

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |
| DEFENDANT: |
| United States Bureau of Reclamation, et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, California 94954.

On 06/01/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Laguna Water District

Sue Redfern-West, President of Board of Directors

14664 N Brannon Ave

Dos Palos, CA 93620

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/02/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:    16371498

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323734 | | (510)844-7100 | |
| Center for Biological Diversity | | | |
| 1212 Broadway, Suite 800 | | | |
| Oakland, CA 94612 | | | |
| ATTORNEY FOR (Name): Plaintiff | | Ref. No. or File No. Central Valley | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Eastern District of California |
| 2500 Tulare Street, Rm 5000 (Entrance is located o |
| Fresno, CA 93721 |

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: Mercy Springs Water District

3. Person Served: Ara Azhderian - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/27/2021          3:01PM

5. Address, City and State: 52027 W Althea Ave
Firebaugh, CA 93622

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

| Registered California process server. | I declare under penalty of perjury under the laws of the United States of |
|---|---|
| County: Fresno | America and the State of California that the foregoing is true and correct and |
| Registration No.: S201110000016 | that this declaration was executed on 05/28/2021 at Petaluma, California. |
| Brandon Allison | |
| One Legal - P-000618-Sonoma | |
| 1400 North McDowell Blvd, Ste 300 | Signature: _____ |
| Petaluma, CA 94954 | Brandon Allison |

OL# 16376030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND,

2. Party Served:  Pajaro Valley Water Management Agency

3. Person Served:  Brian Lockwood, General Manager - Person Authorized to Accept Service of Process

a. Left with:  Lupe Lizaola - Person In Charge Of Office

4. Date & Time of Delivery:  05/27/2021      9:53AM

5. Address, City and State:  36 Brennan St<br>Watsonville, CA 95076

6. Manner of Service:  By leaving the copies with or in the presence of Lupe Lizaola , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Monterey
Registration No.: PS0232

Thomas Rodriquez
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California.

Signature: _____

Thomas Rodriquez

OL#: 16371501

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity, et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation, et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/28/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND,

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Pajaro Valley Water Management Agency

Brian Lockwood, General Manager

36 Brennan St

Watsonville, CA 95076

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/28/2021 at Petaluma, California. |
|---|---|
| | Travis Carpenter |

OL#:   16371501

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323734 Center for Biological Diversity 1212 Broadway, Suite 800 Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 1:20-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: Panoche Water District

3. Person Served: Ara Azhderian, General Manager - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 05/27/2021        3:01PM

5. Address, City and State: 52027 W Althea Ave
Firebaugh, CA 93622

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 30

Registered California process server.
County: Fresno
Registration No.: S201110000016
Brandon Allison
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/28/2021 at Petaluma, California.

Signature: _Brandon Allison_

Brandon Allison

OL# 16376031

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| | Ref. No. or File No. | | |
| ATTORNEY FOR (Name): Plaintiff | | Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:      Reclamation District No. 1606

3. Person Served:      Manager Manny Amorelli  - Person Authorized to Accept Service of Process

  a. Left with:      Manny Armorelli - Manager - Person In Charge Of Office

4. Date & Time of Delivery:      05/27/2021      4:35PM

5. Address, City and State:      8749 9th St
                           San Joaquin, CA 93660

6. Manner of Service:      By leaving the copies with or in the presence of Manny Armorelli - Manager , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| | |
|---|---|
| Registered California process server.<br>County:  Fresno<br>Registration No.:  S201110000035<br>Herbie Thornton<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd. Ste 300<br>Petaluma, CA 94954<br>415-491-0606 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/02/2021 at Petaluma, California.<br><br>Signature: _Herbie Thornton_<br><br>Herbie Thornton<br>OL#:  16371662 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation et al. |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 06/03/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Reclamation District No. 1606

Manager Manny Amorelli

8749 9th St

San Joaquin, CA 93660

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $  125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/03/2021 at Petaluma, California. |

Travis Carpenter

OL#:    16371662

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served:           Sacramento County Water Agency

3. Person Served:          Dave Underwood, Senior Civil Engineer - Person Authorized to Accept Service of Proc

   a. Left with:            Tom Pasterski - Person In Charge of Office

4. Date & Time of Delivery:   05/27/2021        10:45AM

5. Address, City and State:   10151 Florin Rd
                              Sacramento, CA 95829

6. Manner of Service:        By leaving the copies with or in the presence of Tom Pasterski , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/27/2021 at Petaluma, California. |
|---|---|
| Registered California process server.<br>County:  Sacramento<br>Registration No.: 2006-06<br><br>Tyler Anthony DiMaria<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954<br>415-491-0606 | Signature: _____<br><br>Tyler Anthony DiMaria<br>OL#:  16370417 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway
Oakland, CA 94612

TELEPHONE NO.: (510)844-7100

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.: Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 120-CV-00706-DAD-EPG |

BY FAX

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 05/28/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Sacramento County Water Agency

Dave Underwood, Senior Civil Engineer

10151 Florin Rd

Sacramento, CA 95829

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

Travis Carpenter
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/28/2021 at Petaluma, California.

Travis Carpenter

OL#:   16370417

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: Conaway Preservation Group

3. Person Served: Kyriakos Tsakopoulos  - Person Authorized to Accept Service of Process

   a. Left with: Monica DOE (ME-Hisp/F/30/5'6/160#) - Mail Clerk - Person Authorized to Accept

4. Date & Time of Delivery: 05/28/2021          4:15PM

5. Address, City and State: 1296 E Gibson Rd, Ste A361
   Woodland, CA 95776

6. Manner of Service: By leaving the copies with or in the presence of Monica DOE (ME-Hisp/F/30/5'6/160#) - Mail Clerk , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Sacramento
Registration No.:  2012-37

Brandon Lee Ortiz

One Legal - P-000618-Sonoma

1400 North McDowell Blvd. Ste 300

Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/03/2021 at Petaluma, California.

Signature: _____

Brandon Lee Ortiz

OL#:  16383272

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, California 94954.

On 06/04/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Conaway Preservation Group

Kyriakos Tsakopoulos

1296 E Gibson Rd, Ste A361

Woodland, CA 95776

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/04/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:      16383272

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):

Ross Middlemiss, 323737
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

TELEPHONE NO.: (510)844-7100

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.
Central Valley

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:   La Grande Water District

3. Person Served:   Zach Dennis, District Director - Person Authorized to Accept Service of Process

a. Left with:   Doris Pearson - Person Authorized to Accept

4. Date & Time of Delivery:   06/01/2021        11:45AM

5. Address, City and State:   2005 Husted Rd
Williams, CA 95987

6. Manner of Service:   By leaving the copies with or in the presence of Doris Pearson , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Shasta
Registration No.:  PS252
Tyler James Pochop
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/03/2021 at Sacramento, California.

Signature: _____

Tyler James Pochop

OL#:  16356553

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | | |
| | Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 120-CV-00706-DAD-EPG |

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, California 94954.

On 06/04/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

La Grande Water District

Zach Dennis, District Director

2005 Husted Rd

Williams, CA 95987

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/04/2021 at Sacramento, California.<br><br>Travis Carpenter<br><br>OL#:    16356553 |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br><span style="font-size:smaller">Oakland, CA 94612</span> | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Vallev | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:           Maxwell Irrigation District

3. Person Served:          John Maxwell - Person Authorized to Accept Service of Process

   a. Left with:            Kathleen Bautista - Person Authorized to Accept

4. Date & Time of Delivery:   06/01/2021        11:30AM

5. Address, City and State:   3999 2 Mile Rd
                              Maxwell, CA 95955

6. Manner of Service:      By leaving the copies with or in the presence of Kathleen Bautista , (business) a person at
                           least 18 years of age apparently in charge of the office or usual place of business of the person
                           served. I informed him/her of the general nature of the papers. I caused the copies to be
                           mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

| Registered California process server.<br>County:  Shasta<br>Registration No.:  PS252<br>Tyler James Pochop<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd. Ste 300<br>Petaluma, CA 94954<br><span style="font-size:smaller">415-491-0606</span> | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/03/2021 at Petaluma, California.<br><br>Signature: <br><br>Tyler James Pochop<br>OL#:  16371499 |
|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, California 94954.

On 06/04/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Maxwell Irrigation District

John Maxwell

3999 2 Mile Rd

Maxwell, CA 95955

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $  125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/04/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:    16371499

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served: Pacheco Water District

3. Person Served: Lauren D. Layne, General Counsel - Person Authorized to Accept Service of Process

a. Left with: Susan Grecp (Secretary) - Person In Charge Of Office

4. Date & Time of Delivery: 06/01/2021 2:32PM

5. Address, City and State: 5260 N Palm Ave. Suite 421
Fresno, CA 93704

6. Manner of Service: By leaving the copies with or in the presence of Susan Grecp (Secretary) , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County: Fresno
Registration No.: 201710000050
Brian Turner
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/02/2021 at Petaluma, California.

Signature: _____

Brian Turner

OL#: 16390429

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 06/03/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

FIRST AMENDED AND SUPPLEMENAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Pacheco Water District

Lauren D. Layne, General Counsel

5260 N Palm Ave, Suite 421

Fresno, CA 93704

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/03/2021 at Petaluma, California. |

Travis Carpenter

OL#:   16390429

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:            County of Fresno

3. Person Served:          Bernice E. Seidel-Clerk of the Board of Supervisor

   a. Left with:            Dean Doe (F/A/140lb/5'5/25y) - Person In Charge Of Office

4. Date & Time of Delivery:  06/02/2021          10:27AM

5. Address, City and State:  2281 Tulare St, Rm 301
                             Fresno, CA 93724

6. Manner of Service:        By leaving the copies with or in the presence of Dean Doe (F/A/140lb/5'5/25y) , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 126.37

| Registered California process server.<br>County:  Madera<br>Registration No.:  (R) 63<br>Albert Moles<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954<br>415-491-0606 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/02/2021 at Petaluma, California.<br><br>Signature: _____<br>Albert Moles<br>OL#:  16394749 |
|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: | Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity, et al.

DEFENDANT:

United States Bureau of Reclamation, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>1:20-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 06/03/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

County of Fresno

Bernice E. Seidel-Clerk of the Board of Supervisor

2281 Tulare St, Rm 301

Fresno, CA 93724

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 126.37

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/03/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:   16394749

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served: Stony Creek Water District

3. Person Served: Jessie Westcamp, Secretary:Board of Directors - Person Authorized to Accept Service

   a. Left with: George Bendle - Person In Charge Of Office

4. Date & Time of Delivery: 06/02/2021      12:40PM

5. Address, City and State: 259 Co Rd 306
   Elk Creek, CA 95939

6. Manner of Service: By leaving the copies with or in the presence of George Bendle , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Shasta
Registration No.: PS252

Barbara Alves

One Legal - P-000618-Sonoma

1400 North McDowell Blvd, Ste 300

Petaluma, CA 94954

415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/03/2021 at Petaluma, California.

Signature: _____

Barbara Alves

OL#:  16360512

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 06/04/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Stony Creek Water District

Jessie Westcamp, Secretary:Board of Directors

259 Co Rd 306

Elk Creek, CA 95939

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/04/2021 at Petaluma, California.<br><br>Travis Carpenter |

OL#:   16360512



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Tualatin, OR 97062

| Certified Mail Fee | $3.60 | 0143 |
| $ | $2.85 | 03 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage  $3.40

Total Postage and Fees  $

06/01/2021

Sent To   Legal service to Ron Lee, President
For: Holthouse Water District
Street and Apt. No.  PO Box 776
City, State, ZIP+4®  Tualatin, Oregon 97062-0776

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 2970 0000 0596 0058

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Legal service to Ron Lee, President
For: Holthouse Water District
PO Box 776
Tualatin, Oregon 97062-0776

9590 9402 5787 0034 7708 68

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cerena Lee*          ☐ Agent
                         ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
*Cerena Lee*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☒ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

2. Article Number *(Transfer from service label)*
7019 2970 0000 0596 0058

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

# USPS Tracking®

## Track Another Package +

**Tracking Number:** 70192970000005960058

Remove ✕

Your item was delivered at 1:19 pm on June 4, 2021 in TUALATIN, OR 97062.

## ⊘ Delivered

June 4, 2021 at 1:19 pm
TUALATIN, OR 97062

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**June 4, 2021, 1:19 pm**
Delivered
TUALATIN, OR 97062
Your item was delivered at 1:19 pm on June 4, 2021 in TUALATIN, OR 97062.

---

**June 4, 2021, 9:17 am**
Available for Pickup
TUALATIN, OR 97062

---

**June 4, 2021, 8:55 am**
Arrived at Post Office
TUALATIN, OR 97062

**June 3, 2021, 8:06 pm**
Departed USPS Destination Facility
PORTLAND, OR 97215

**June 3, 2021, 7:54 am**
Arrived at USPS Destination Facility
PORTLAND, OR 97215

**June 2, 2021**
In Transit to Next Facility

**June 1, 2021, 9:26 pm**
Arrived at USPS Regional Origin Facility
OAKLAND CA DISTRIBUTION CENTER

**June 1, 2021, 2:47 pm**
USPS in possession of item
ALAMEDA, CA 94501



**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**

For delivery information, visit our website at www.usps.com®.

Tranquillity, CA 93668

Certified Mail Fee

$   $3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $   $0.00
☐ Return Receipt (electronic)       $   $0.00
☐ Certified Mail Restricted Delivery $  $0.00
☐ Adult Signature Required          $   $0.00
☐ Adult Signature Restricted Delivery $

Postage
$   $3.40

Total Postage      06/01/2021
$   $9.85

Sent To

Street and Apt.

City, State, ZIP+

PS Form 3800

7019 2970 0000 0596 0034

Legal service to Elizabeth Reeves, Manager
For: Fresno Slough Water District
P.O. Box 689
Tranquillity, CA 93668

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Legal service to Elizabeth Reeves, Manager
For: Fresno Slough Water District
P.O. Box 689

Tranquillity, CA 93668

9590 9402 5787 0034 7708 99

2. Article Number (Transfer from service label)

7019 2970 0000 0596 0034

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

JUN 7 2021

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt

# USPS Tracking®

## Track Another Package **+**

**Tracking Number:** 70192970000005960034

Remove ✕

Your item was picked up at the post office at 9:48 am on June 7, 2021 in TRANQUILLITY, CA 93668.

## ✓ Delivered, Individual Picked Up at Post Office

June 7, 2021 at 9:48 am
TRANQUILLITY, CA 93668

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**June 7, 2021, 9:48 am**
Delivered, Individual Picked Up at Post Office
TRANQUILLITY, CA 93668
Your item was picked up at the post office at 9:48 am on June 7, 2021 in TRANQUILLITY, CA 93668.

---

**June 3, 2021, 9:17 am**
Available for Pickup
TRANQUILLITY, CA 93668

---

**June 3, 2021, 8:24 am**
Arrived at Post Office

TRANQUILLITY, CA 93668

**June 2, 2021, 8:59 am**
Arrived at USPS Regional Facility
FRESNO CA DISTRIBUTION CENTER

**June 1, 2021, 9:26 pm**
Arrived at USPS Regional Origin Facility
OAKLAND CA DISTRIBUTION CENTER

**June 1, 2021, 2:47 pm**
USPS in possession of item
ALAMEDA, CA 94501

## Product Information ⌄

See Less ⌃

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323734<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

| PLAINTIFF: |
|---|
| Center For Biological Diversity et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation et al. |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 120-CV-00706-DAD-EPG |

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, Civil Cover Sheet, Summons in a Civil Case, Notice of Related Cases, NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION, ORDER RELATING CASE AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES, ORDER GRANTING MOTION TO COMPEL JOINDER OF ABSENT CONTRACTORS; AND GRANTING UNOPPOSED MOTION TO AMEND

2. Party Served: County of Tulare

3. Person Served: Melissa Lopez - Clerk - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 06/08/2021      3:00PM

5. Address, City and State: 2800 W Burrel Ave
Visalia. CA 93291

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 97.5

Registered California process server.
County: Fresno
Registration No.: S201110000035
Herbie Thornton
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/09/2021 at Petaluma, California.

Signature: _Herbie Thornton_

Herbie Thornton

OL# 16367202



**U.S. Postal Service™**
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Tranquillity, CA 93668

| Certified Mail Fee | $3.60 |
| | $2.85 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $3.40 |
| Total Postage and | $9.85 |

0143
03
Postmark
Here
JUN
06/01/2021

7019 2970 0000 0596 0041

Sent To
Legal service to Robert Pierce, G.Manager
Street and Apt. No.
Tranquility Public Utility District
PO Box 622
City, State, ZIP+4®
Tranquillity, CA 93668

PS Form 3800, A

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Legal service to Robert Pierce, G.Manager
Tranquility Public Utility District
PO Box 622
Tranquillity, CA 93668

9590 9402 5787 0034 7708 75

2. Article Number *(Transfer from service label)*

7019 2970 0000 0596 0041

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Beth E...                        ☐ Agent
                                   ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

TRANQUIL CA 93668
8 2021
USPS

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ured Mail
☐ ...ured Mail Restricted Delivery (...r $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70192970000005960041

Remove ✕

Your item was picked up at the post office at 3:15 pm on June 8, 2021 in TRANQUILLITY, CA 93668.

## ⊘ Delivered, Individual Picked Up at Post Office

June 8, 2021 at 3:15 pm
TRANQUILLITY, CA 93668



## Get Updates ⌄

---

### Text & Email Updates   ⌄

---

### Tracking History   ⌃

**June 8, 2021, 3:15 pm**
Delivered, Individual Picked Up at Post Office
TRANQUILLITY, CA 93668
Your item was picked up at the post office at 3:15 pm on June 8, 2021 in TRANQUILLITY, CA 93668.

---

Reminder to Schedule Redelivery of your item

---

**June 3, 2021, 9:17 am**
Available for Pickup
TRANQUILLITY, CA 93668

**June 3, 2021, 8:24 am**
Arrived at Post Office
TRANQUILLITY, CA 93668

---

**June 2, 2021, 8:59 am**
Arrived at USPS Regional Facility
FRESNO CA DISTRIBUTION CENTER

---

**June 1, 2021, 9:26 pm**
Arrived at USPS Regional Origin Facility
OAKLAND CA DISTRIBUTION CENTER

---

**June 1, 2021, 2:47 pm**
USPS in possession of item
ALAMEDA, CA 94501

---

**Product Information**                                    ⌄

Feedback

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Eastern District of California |
| 2500 Tulare Street, Rm 5000 (Entrance is located o |
| Fresno, CA 93721 |

| PLAINTIFF: |
|---|
| Center For Biological Diversity et al. |

| DEFENDANT: |
|---|
| United States Bureau of Reclamation et al. |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

2. Party Served:  Tri Valley Water District

3. Person Served:   - Person Authorized to Accept Service of Process

a. Left with:  Carol DOE (W/F/60/5'6/165#) - Person In Charge of Office

4. Date & Time of Delivery:  06/10/2021        4:25PM

5. Address, City and State:  209 S Locust St
Visalia, CA 93291

6. Manner of Service:  By leaving the copies with or in the presence of Carol DOE (W/F/60/5'6/165#) , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 125.80

Registered California process server.
County:  Kings
Registration No.: 18-145
Jonas T. Williams, Jr.
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/11/2021 at Petaluma, California.

Signature: 

Jonas T. Williams, Jr.

OL#:  16371661

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Ross Middlemiss, 323737<br>Center for Biological Diversity<br>1212 Broadway<br>Oakland, CA 94612 | | (510)844-7100 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Central Valley | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California

2500 Tulare Street, Rm 5000 (Entrance is located o

Fresno, CA 93721

PLAINTIFF:

Center For Biological Diversity et al.

DEFENDANT:

United States Bureau of Reclamation et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>120-CV-00706-DAD-EPG |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 06/14/2021, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Cover Sheet, First Amended and Supplemenal Complaint for Declaratory and Injunctive Relief, Summons in a Civil Case, Notice of Related Case, Notice of Availability Voluntary Dispute Resolution, Order Relating Case and Reassigning District and Magistrate Judges, Order Granting Motion to Compel Joinder of Absent Contractors, And Granting Unopposed Motion to Amend

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Tri Valley Water District


209 S Locust St

Visalia, CA 93291

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.


Fee for Service: $  125.80

| | |
|---|---|
| Travis Carpenter<br>One Legal - P-000618-Sonoma<br>1400 North McDowell Blvd, Ste 300<br>Petaluma, CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 06/14/2021 at Petaluma, California.<br><br>_____<br>Travis Carpenter<br><br>OL#:    16371661 |



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT

For delivery information, visit our website at *www.usps.com*®.

Proberta, CA 96078

| | |
|---|---|
| Certified Mail Fee | $3.60 |
| $ | $2.85 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ $0.00 |
| Postage | $3.40 |
| $ | |
| Total Postage and | 06/01/2021 |

Postmark Here

Sent To   Legal service to Tyler Lalaguna

Street and Apt. No.   For: Proberta Water District
PO Box 134

City, State, ZIP+4   Proberta, CA 96078-0134

PS Form 3800,

7020 1290 0002 0908 4437

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *Cherea*   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
*Cherea*

1. Article Addressed to:

Legal service to Tyler Lalaguna
For: Proberta Water District
PO Box 134
Proberta, CA 96078-0134

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

PO Box 134
Proberta CA 96073

9590 9402 5787 0034 7708 82

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7020 1290 0002 0908 4437

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

# USPS Tracking®

FAQs ⟩

## Track Another Package  +

**Tracking Number:** 70201290000209084437                    Remove ✕

Your item was picked up at the post office at 12:40 pm on June 17, 2021 in PROBERTA, CA 96078.

## ⊘ Delivered, Individual Picked Up at Post Office

June 17, 2021 at 12:40 pm
PROBERTA, CA 96078

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                   ⌄

---

**Tracking History**                                       ⌃

**June 17, 2021, 12:40 pm**
Delivered, Individual Picked Up at Post Office
PROBERTA, CA 96078
Your item was picked up at the post office at 12:40 pm on June 17, 2021 in PROBERTA, CA 96078.

---

**June 8, 2021, 12:49 pm**
Available for Pickup
PROBERTA, CA 96078

---

Reminder to Schedule Redelivery of your item

**June 3, 2021, 12:23 pm**
Available for Pickup
PROBERTA, CA 96078

---

**June 3, 2021, 12:19 pm**
Arrived at Post Office
PROBERTA, CA 96078

---

**June 3, 2021, 1:34 am**
Departed USPS Regional Facility
REDDING CA DISTRIBUTION CENTER

---

**June 2, 2021, 11:50 pm**
Arrived at USPS Regional Facility
REDDING CA DISTRIBUTION CENTER

---

**June 2, 2021**
In Transit to Next Facility

---

**June 1, 2021, 9:26 pm**
Arrived at USPS Regional Origin Facility
OAKLAND CA DISTRIBUTION CENTER

---

**June 1, 2021, 2:47 pm**
USPS in possession of item
ALAMEDA, CA 94501

---

Feedback

## Product Information ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.