UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00706-DAD-EPG<br><br>ORDER RE: NOTICE OF DISMISSAL OF DEFENDANTS CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE, KIRKWOOD WATER DISTRICT, AND THE COELHO FAMILY TRUST WITHOUT PREJUDICE<br><br>(ECF No. 124) |

On July 21, 2021, Plaintiffs Center for Biological Diversity, Restore the Delta, and Planning and Conservation League filed a notice of voluntary dismissal of Defendants California Department of Fish and Wildlife, Kirkwood Water District, and the Coelho Family Trust without prejudice. (ECF No. 124.) Defendants California Department of Fish and Wildlife, Kirkwood Water District, and the Coelho Family Trust have not yet filed an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41 (a)(1)(A)(i). Therefore, pursuant to Plaintiff's notice, this case is dismissed without prejudice only as to Defendants California Department of Fish and Wildlife, Kirkwood Water District, and the Coelho Family Trust. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

///

///

1

Accordingly, the Clerk of the Court is respectfully directed to terminate only Defendants California Department of Fish and Wildlife, Kirkwood Water District, and the Coelho Family Trust on the docket.

IT IS SO ORDERED.

Dated: **July 22, 2021**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE