UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00706-DAD-EPG<br><br>ORDER RE: NOTICE OF DISMISSAL OF DEFENDANTS CONAWAY PRESERVATION GROUP, LLC, SYCAMORE MUTUAL WATER COMPANY, FEATHER WATER DISTRICT, AND CARTER MUTUAL WATER COMPANY WITHOUT PREJUDICE<br><br>(ECF No. 128) |

On July 30, 2021, Plaintiffs Center for Biological Diversity, Restore the Delta, and Planning and Conservation League filed a notice of voluntary dismissal of Defendants Conaway Preservation Group, LLC, Sycamore Mutual Water Company, Feather Water District, and Carter Mutual Water Company without prejudice. (ECF No. 128.) Defendants Conaway Preservation Group, LLC, Sycamore Mutual Water Company, Feather Water District, and Carter Mutual Water Company have not yet filed an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41 (a)(1)(A)(i). Therefore, pursuant to Plaintiff's notice, this case is dismissed without prejudice only as to Defendants Conaway Preservation Group, LLC, Sycamore Mutual Water Company, Feather Water District, and Carter Mutual Water Company. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the

1. Clerk of the Court is respectfully directed to terminate only Defendants Conaway Preservation Group, LLC, Sycamore Mutual Water Company, Feather Water District, and Carter Mutual Water Company on the docket.

IT IS SO ORDERED.

Dated:  **August 2, 2021**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE