UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00706-DAD-EPG<br><br>ORDER DENYING RAMSEY L. KROPF'S APPLICATION FOR *PRO HAC VICE* ADMISSION WITHOUT PREJUDICE<br><br>(ECF No. 133) |

On September 24, 2021, Ramsey L. Kropf filed an application to appear *pro hac vice* on behalf of Defendants Byron-Bethany Irrigation District, City of Redding, East Bay Municipal Utility District, Placer County Water Agency, and Sacramento County Water Agency. (ECF No. 133.)

Attorney Kropf's application was not accompanied by a receipt or proof that the prescribed fee for the application was paid. *See* E.D. Cal. L.R. 180(b)(iii). Therefore, the Court will deny the application without prejudice. If the application is refiled, Attorney Kropf is encouraged to use the Court's form application for *pro hac vice* admission, a copy of which can be found on the Court's website at http://www.caed.uscourts.gov/.

///

///

1

1    Accordingly, IT IS HEREBY ORDERED that Ramsey L. Kropf's application to appear
2 *pro hac vice* (ECF No. 133) is DENIED without prejudice. The Clerk of Court is directed to serve
3 a copy of this order on Ramsey L. Kropf at Somach Simmons & Dunn, A Professional
4 Corporation, 2033 11th Street, Suite 5, Boulder, CO 80302.

IT IS SO ORDERED.

Dated:   **September 27, 2021**              /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

2