CYNTHIA J. LARSEN (STATE BAR NO. 123994)
clarsen@orrick.com
JUSTIN GIOVANNETTONE (STATE BAR NO. 293794)
jgiovannettone@orrick.com
MARK C. SMITH (STATE BAR NO. 319003)
mark.smith@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:   +1 916 447 9200
Facsimile:    +1 916 329 4900

*Attorneys for Westlands Water District,
Westlands Water District Distribution District No. 1,
Westlands Water District Distribution District No. 2, and
Westlands Water District Financing Corporation*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; RESTORE THE DELTA; and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DEB HAALAND, in her official capacity as Secretary of the Interior; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Federal Defendants,<br><br>CITY OF FOLSOM, CITY OF ROSEVILLE, EAST BAY MUNICIPAL UTILITY DISTRICT, PLACER COUNTY WATER AGENCY, et. al.,<br><br>Defendants. | Case No. 1:20-cv-00706-DAD -EPG<br><br>**STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>DISTRICT JUDGE DALE A. DROZD<br>MAGISTRATE JUDGE ERICA P. GROSJEAN |

Pursuant to Local Rule 144, Plaintiffs Center For Biological Diversity, Restore The Delta, and Planning and Conservation League (collectively, "Plaintiffs"); United States Bureau of Reclamation; Deb Haaland, in her official capacity as Secretary of the Interior; and United States Department of the Interior (collectively, "Federal Defendants"), and Del Puerto Water District, James Irrigation District, Reclamation District 1606, Hills Valley Irrigation District, Kern-Tulare Water District, Santa Clara Valley Water District, Sacramento Municipal Utility District, City of Shasta Lake, Mountain Gate Community Services District, Shasta Community Services District, 4-M Water District, Bella Vista Water District, Colusa County Water District, Corning Water District, Dunnigan Water District, Glide Water District, Kanawha Water District, La Grande Water District, Centerville Community Services District, Davis Water District, Glenn Valley Water District, Myers-Marsh Mutual Water Company, Holthouse Water District, Proberta Water District, Clear Creek Community Services District, County of Colusa, Cortina Water District and LaGrande Water District, City of Folsom, City of Roseville, Orland-Artois Water District, Westside Water District, El Dorado Irrigation District, City of Tracy, City of Orange Cove, Westlands Water District, Westlands Water District Distribution District No. 1, Westlands Water District Distribution District No. 2, Westlands Water District Financing Corporation, Byron-Bethany Irrigation District, East Bay Municipal Utility District, Placer County Water Agency, Sacramento County Water Agency, City of Redding, San Luis Water District, International Water District, City of Coalinga, City of Lindsay, Tranquillity Irrigation District, Pacheco Water District, Mercy Springs Water District, Eagle Field Water District, Laguna Water District, Panoche Water District, Fresno Slough Water District, Central San Joaquin Water Conservation District, Stockton East Water District, Banta-Carbona Irrigation District, West Stanislaus Irrigation District, and Patterson Irrigation District (collectively with all other Defendants except the Federal Defendants, the "Contractor Defendants," and collectively with Plaintiffs and Federal Defendants, the "Parties"), by and through the undersigned counsel, HEREBY STIPULATE AND JOINTLY REQUEST the following:

WHEREAS, Plaintiffs filed their Motion for Summary Judgment ("Motion") on August 17, 2021, with a noticed hearing date of October 19, 2021;

WHEREAS, pursuant to Local Rule 230(c), (d), the deadline for Federal Defendants' and Contractor Defendants' Opposition to Plaintiffs' Motion is currently October 5, 2021, and the deadline for Plaintiffs' Reply in support of their Motion is October 12, 2021;

WHEREAS, Federal Defendants and certain Contractor Defendants plan to file Cross-Motions for Summary Judgment ("Cross-Motions") concurrently with their Oppositions to Plaintiffs' Motion;

WHEREAS, the Parties agree that it would result in increased efficiencies for the Court and the Parties to establish a briefing schedule that would enhance and encourage Contractor Defendants to join Federal Defendants' or co-Contractor Defendants' briefings on the Motion and Cross-Motions;

WHEREAS, in accordance with this agreement, the Parties have agreed that Federal Defendants will file their Opposition to Plaintiffs' Motion for Summary Judgment and Federal Defendants' own Cross-Motion for Summary Judgment (if any) on or before October 5, 2021; Contractor Defendants will file their Oppositions and Cross-Motions for Summary Judgment (if any) on or before October 26, 2021; Plaintiffs will file their Reply in support of their Motion and Opposition to the Cross-Motions on or before December 6, 2021; Federal Defendants will file their Reply in support of their Cross-Motion on or before January 10, 2022; and Contractor Defendants will file their Replies in support of the Cross-Motions on or before January 25, 2021;

WHEREAS, Plaintiffs have requested and the Parties have agreed that the page limit for Plaintiffs' Reply in support of their Motion and Opposition to any Cross-Motions, which will be filed concurrently as one brief, may be equal to the combined number of pages of Federal Defendants' and Contractor Defendants' Oppositions to Plaintiffs' Motion for Summary Judgment and any Cross-Motions for Summary Judgment (briefing pages as used herein does not include caption, table of contents, or table of authorities pages);

1  WHEREAS, the Parties understand that all civil motions set for hearing before the Court
2  will be decided on the papers, unless the Court determines a hearing is necessary, the Parties
3  agree that the hearing on said Motion and Cross-Motions should be set for February 1, 2022;
4  WHEREAS, the undersigned counsel for the Contractor Defendants have notified counsel
5  for all Contractor Defendants appearing in this action of this Stipulation and did not receive any
6  objection;
7  WHEREAS, no previous extensions have been requested or granted regarding Plaintiffs'
8  Motion;
9  NOW, THEREFORE, the Parties, through their respective attorneys of record, HEREBY
10 STIPULATE AND JOINTLY REQUEST that the Court set the following briefing schedule and
11 related parameters:

- Federal Defendants will file their Opposition to Plaintiffs' Motion for Summary Judgment and Federal Defendants' own Cross-Motion for Summary Judgment (if any) on or by October 5, 2021, Federal Defendants' briefing will consist of one combined brief supporting their Opposition and their Cross-Motion;
- Contractor Defendants will file their Oppositions to Plaintiffs' Motion for Summary Judgment and Contractor Defendants' own Cross-Motions for Summary Judgment (if any) on or by October 26, 2021, each Contractor Defendant brief filed will consist in each instance of one combined brief supporting their Opposition and their Cross-Motion;
- Plaintiffs will file their Reply in support of their Motion for Summary Judgment and Opposition to Federal Defendants' and Contractor Defendants' Cross-Motions for Summary Judgment on or by December 6, 2021;

24  ////
25  ////
26  ////

- Plaintiffs Reply in support of their Motion and Opposition to any Cross-Motions for Summary Judgment will consist of one combined brief, with a page limit equal to the total pages of all Federal Defendants' and Contractor Defendants' briefing (briefing pages as used herein does not include caption, table of contents, or table of authorities pages) in support of their Cross-Motions for Summary Judgment and their Oppositions to Plaintiffs' Motion for Summary Judgment;
- Federal Defendants will file their Reply in support of their Cross-Motion for Summary Judgment on or by January 10, 2022;
- Contractor Defendants will file their Replies in support of their Cross Motions for Summary Judgment on or by January 25, 2022;
- The hearing date for the Motion for Summary Judgment and Cross-Motions for Summary Judgment be set for February 1, 2022, but will only occur if the Court deems it necessary.

Respectfully submitted,

Dated:  September 28, 2021        JOHN BUSE
                                  ROSS MIDDLEMISS


                                  _/s/ John Buse_____
                                  Attorneys for Plaintiff
                                  CENTER FOR BIOLOGICAL DIVERSITY

Dated:  September 28, 2021        LAW OFFICE OF E. ROBERT WRIGHT
                                  LAW OFFICE OF ADAM KEATS, PC


                                  _/s/ Adam Keats_____
                                  Attorneys for Plaintiffs
                                  RESTORE THE DELTA AND PLANNING AND
                                  CONSERVATION LEAGUE

| | | |
|---|---|---|
| 1 | Dated:  September 28, 2021 | UNITED STATES DEPARTMENT OF JUSTICE |
| 2 | | JEAN E. WILLIAMS, |
| | | Deputy Assistant Attorney General |
| 3 | | DAVID W. GEHLERT |
| | | JEFFREY SCOTT THOMAS |
| 4 | | |
| 5 | | _/s/ David Gehlert_ |
| | | Attorneys for Federal Defendants |
| 6 | | UNITED STATES BUREAU OF |
| | | RECLAMATION, DEB HAALAND, in her official |
| 7 | | capacity as Secretary of the Interior, UNITED |
| | | STATES DEPARTMENT OF THE INTERIOR |
| 8 | Dated:  September 28, 2021 | YOUNG WOOLDRIDGE, LLP |
| | | ALAN FREDERICK DOUD |
| 9 | | |
| 10 | | _/s/ Alan Doud_ |
| | | Attorneys for Defendants |
| 11 | | DEL PUERTO WATER DISTRICT, |
| | | JAMES IRRIGATION DISTRICT, |
| 12 | | RECLAMATION DISTRICT 1606, |
| | | HILLS VALLEY IRRIGATION DISTRICT, |
| 13 | | KERN-TULARE WATER DISTRICT |
| 14 | Dated:  September 28, 2021 | HANSON BRIDGETT LLP |
| 15 | | ADAM W. HOFMANN |
| 16 | | _/s/ Adam Hoffman_ |
| 17 | | Attorneys for Defendant |
| | | SANTA CLARA VALLEY WATER DISTRICT |
| 18 | Dated:  September 28, 2021 | BARTIKIEWICZ, KRONICK & SHANAHAN |
| 19 | | JENNIFER THOMPSON BUCKMAN |
| 20 | | _/s/ Jennifer Buckman_ |
| 21 | | Attorneys for Defendants |
| | | CITY OF FOLSOM, CITY OF ROSEVILLE, |
| 22 | | ORLAND-ARTOIS WATER DISTRICT, |
| | | WESTSIDE WATER DISTRICT, EL DORADO |
| 23 | | IRRIGATION DISTRICT, CITY OF TRACY, |
| | | CITY OF ORANGE COVE |

| | | |
|---|---|---|
| Dated:  September 28, 2021 | | DOWNEY BRAND LLP<br>MEREDITH E. NIKKEL<br><br>   /s/ Meredith Nikkel<br>Attorneys for Defendants<br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, CITY OF SHASTA LAKE, MOUNTAIN GATE COMMUNITY SERVICES DISTRICT, SHASTA COMMUNITY SERVICES DISTRICT, 4-M WATER DISTRICT, BELLA VISTA WATER DISTRICT, COLUSA COUNTY WATER DISTRICT, CORNING WATER DISTRICT, DUNNIGAN WATER DISTRICT, GLIDE WATER DISTRICT, KANAWHA WATER DISTRICT, LA GRANDE WATER DISTRICT, CENTERVILLE COMMUNITY SERVICES DISTRICT, DAVIS WATER DISTRICT, GLENN VALLEY WATER DISTRICT, MYERS-MARSH MUTUAL WATER COMPANY, HOLTHOUSE WATER DISTRICT, PROBERTA WATER DISTRICT, CLEAR CREEK COMMUNITY SERVICES DISTRICT, COUNTY OF COLUSA, CORTINA WATER DISTRICT AND LAGRANDE WATER DISTRICT |
| Dated:  September 28, 2021 | | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>CYNTHIA J. LARSEN<br><br>   /s/ Cynthia Larsen<br>Attorney for Defendants<br>WESTLANDS WATER DISTRICT, WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 1, WESTLANDS WATER DISTRICT DISTRIBUTION DISTRICT NO. 2, AND WESTLANDS WATER DISTRICT FINANCING CORPORATION |
| Dated:  September 28, 2021 | | DUANE MORRIS LLP<br>TOM BERLINER<br><br>   /s/ Tom Berliner<br>Attorney for Defendant<br>San Luis Water District |

| | | |
|---|---|---|
| 1 | Dated: September 28, 2021 | SOMACH SIMMONS & DUNN |
| 2 | | AARON FERGUSON |

                                            */s/ Aaron Ferguson*
                                            Attorney for Defendants
                                            Byron-Bethany Irrigation District, East Bay Municipal Utility District, Placer County Water Agency, Sacramento County Water Agency, and City of Redding

Dated: September 29, 2021      WELTY WEAVER & CURRIE, PC
                                            PHILIP A. WILLIAMS

                                            */s/ Philip A. Williams*
                                            Attorney for Defendant
                                            International Water District

Dated: September 29, 2021      GRISWOLD, LASALLE, COBB, DOWD & GIN
                                            SEBASTIAN L. SILVEIRA

                                            */s/ Sebastian L. Silveira*
                                            Attorney for Defendant
                                            City of Coalinga, and City of Lindsay

Dated: September 29, 2021      BAKER, MANOCK & JENSEN, P.C.
                                            JESSICA S. JOHNSON

                                            */s/ Jessica S. Johnson*
                                            Attorney for Defendants
                                            Tranquillity Irrigation District, Pacheco Water District, Mercy Springs Water District, Eagle Field Water District, Laguna Water District, Panoche Water District, Fresno Slough Water District

Dated: September 29, 2021      HERUM CRABTREE SUNTAG
                                            JEANNE M. ZOLEZZI

                                            */s/ Jeanne M. Zolezzi*
                                            Attorney for Defendants
                                            Central San Joaquin Water Conservation District, Stockton East Water District, Banta-Carbona Irrigation District, West Stanislaus Irrigation District, and Patterson Irrigation District

# **ORDER**

Pursuant to the Parties' above-stipulation (Doc. No. 137), it is ORDERED that:

- Federal Defendants will file their Opposition to Plaintiffs' Motion for Summary Judgment and Federal Defendants' own Cross-Motion for Summary Judgment (if any) on or by October 5, 2021, Federal Defendants' briefing will consist of one combined brief supporting their Opposition and their Cross-Motion;
- Contractor Defendants will file their Oppositions to Plaintiffs' Motion for Summary Judgment and Contractor Defendants' own Cross-Motions for Summary Judgment (if any) on or by October 26, 2021, each Contractor Defendant brief filed will consist in each instance of one combined brief supporting their Opposition and their Cross-Motion (if any);
- Plaintiffs will file their Reply in support of their Motion for Summary Judgment and Opposition to Federal Defendants' and Contractor Defendants' Cross-Motions for Summary Judgment on or by December 6, 2021;
- Plaintiffs' Reply in support of their Motion and Opposition to any Cross-Motions for Summary Judgment will consist of one combined brief, with a page limit equal to the total pages of Federal Defendants' and Contractor Defendants' briefing (briefing pages as used herein does not include caption, table of contents, or table of authorities pages) in support of their Cross-Motions for Summary Judgment and their Oppositions to Plaintiffs' Motion for Summary Judgment';
- Federal Defendants will file their Reply in support of their Cross-Motions for Summary Judgment on or by January 10, 2022;
- Contractor Defendants will file their Replies in support of the Cross Motions for Summary Judgment on or by January 25, 2022;

- The hearing date for the Motion for Summary Judgment and Cross-Motions for Summary Judgment is set for February 1, 2022, but will only occur if the Court deems it necessary.

IT IS SO ORDERED.

Dated: __**September 30, 2021**__         _____/s/ Dale A. Drozd_____
                                          UNITED STATES DISTRICT JUDGE