Case 1:20-cv-00706-DAD-EPG Document 140 Filed 09/30/21 Page 1 of 2

FILED
SEP 30 2021
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, RESTORE THE DELTA, and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DEB HAALAND, in her official capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR et al.;<br><br>Defendants. | CASE NO. 1:20-CV-00706-DAD-EPG<br><br>**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER** |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ramsey L. Kropf hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following parties: Defendants Byron-Bethany Irrigation District, City Of Redding, East Bay Municipal Utility District, Placer County Water Agency, and Sacramento County Water Agency.

On June 5, 1992, I was admitted to practice and am presently in good standing in the Supreme Court of the State of Colorado. A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association, and there are no disciplinary proceedings against me.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.

Dated: September 24, 2021       Applicant: _/s/ Ramsey L. Kropf_
                                              Ramsey L. Kropf

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Ramsey L. Kropf |
| Law Firm Name: | Somach Simmons & Dunn, A Professional Corporation |
| Address: | 2033 11th Street, Suite 5 |
| City/State/Zip: | Boulder, CO 80302 |
| Phone Number: | (303) 449-2834 |
| City and State of Residence: | Boulder, Colorado |
| Primary Email Address: | rkropf@somachlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for CM/ECF and with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's CM/ECF system:

| | |
|---|---|
| Local Counsel's Name: | Aaron A. Ferguson          Bar No. 271427 |
| Law Firm Name: | Somach Simmons & Dunn, A Professional Corporation |
| Address: | 500 Capitol Mall, Suite 1000 |
| City/State/Zip: | Sacramento, CA 95814 |
| Phone Number: | (916) 446-7979 |
| Facsimile: | (916) 446-8199 |
| Primary Email Address: | aferguson@somachlaw.com |

**ORDER**

The Pro Hac Vice Application of Ramsey L. Kropf is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/30/21

JUDGE, U.S. DISTRICT COURT