TODD KIM, Assistant Attorney General
DAVID W. GEHLERT, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street
South Terrace, Suite 370.
Denver, CO 80202
Telephone:  (303) 844-1386
Facsimile:  (303) 844-1350
david.gehlert@usdoj.gov

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; RESTORE THE DELTA; and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, *et al.,*<br><br>Defendants. | CASE NO.  1:20-cv-00706-DAD-EPG<br><br>**FEDERAL DEFENDANTS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Noticed Date:  Feb. 1, 2022<br>Noticed Time:  None<br>Courtroom: 5, 7th Floor-Fresno<br>Judge:  Hon. Dale A. Drozd |

### TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on February 1, 2022, or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Dale A. Drozd, located in the United States District Court for the Eastern District of California, Fresno Division, Federal Defendants will and hereby do move for summary judgment.  This motion is supported by Federal Defendants' MEMORANDUM IN RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT filed contemporaneously with this notice and the JOINT STATEMENT OF UNDISPUTED FACTS (ECF 143).  Federal Defendants do not request oral argument.

Dated: October 5, 2021

          Respectfully submitted,

          TODD KIM
          Assistant Attorney General

          */s/ David W. Gehlert*
          DAVID W. GEHLERT
          Trial Attorney
          U.S. Department of Justice

          Attorney for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2021, I electronically filed the foregoing **NOTICE OF MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the ECF system, which will automatically send email notification to the attorneys of record.

*/s/ David W. Gehlert*
DAVID W. GEHLERT