Jennifer T. Buckman, SBN 179143
Holly J. Jacobson, SBN 281839
Bartkiewicz Kronick & Shanahan, PC
1011 Twenty-Second Street
Sacramento, California 95816-4907
Telephone: (916) 446-4254
Facsimile: (916) 446-4018
E-Mail: jtb@bkslawfirm.com

Attorneys for City of Folsom, City of Orange Cove, City of Roseville, City of Tracy, El Dorado Irrigation District, Orland-Artois-Water District, and Westside Water District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, RESTORE THE DELTA, and PLANNING AND CONSERVATION LEAGUE<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DEB HAALAND, in her official capacity as Secretary of the Interior; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Federal Defendants,<br><br>CITY OF FOLSOM, et al.,<br>Defendants. | Case No. 1:20-cv-00706-DAD-EPG<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE JOINT STATEMENT OF UNDISPUTED FACTS<br><br>FAC Filed:     April 2, 2021<br><br>Hon. Dale A Drozd |

{00255590.1}

STIPULATION AND PROPOSED ORDER RE JOINT SUF

**STIPULATION REGARDING JOINT STATEMENT OF UNDISPUTED FACTS**

WHEREAS, on April 2, 2021, Plaintiffs filed an Amended Complaint challenging the conversion of certain Central Valley Project ("CVP") contracts under the Water Infrastructure Improvements for the Nation ("WIIN") Act, and the Amended Complaint named each of the contractors whose contracts were being challenged ("Contractor Defendants"); and

WHEREAS, the Amended Complaint alleges that the United States Bureau of Reclamation ("Reclamation"), the Secretary of Interior, and the United States Department of Interior (collectively, "Federal Defendants") has violated the National Environmental Policy Act ("NEPA"), the Endangered Species Act ("ESA") and the federal reclamation laws in converting those contracts; and

WHEREAS, sixteen contracts were in the process of being converted when Plaintiffs filed their Amended Complaint, and the public review period for eight of these contracts has concluded as of September 13, 2021, and these eight repayment contracts are expected to be executed shortly; and

WHEREAS, since repayment contracts have not yet been executed for: (1) the City of Lindsay, (2) the City of Orange Cove, (3) the City of Tracy, (4) the County of Madera, (5) International Water District, (6) Kirkwood Water District, (7) Laguna Water District, and (8) The Coelho Family Trust, the Parties will meet and confer to determine whether an additional Stipulation should be filed to address the contracts for those Parties, should those repayment contracts be finalized and executed; and

WHEREAS, Plaintiffs filed a Motion for Summary Judgment on August 17, 2021, under the federal Administrative Procedures Act, NEPA, and the ESA, seeking judgment finding that Reclamation had violated NEPA and the ESA in converting the contracts; and

WHEREAS, prior to filing the Motion for Summary Judgment, Plaintiffs conferred with counsel for the Federal Defendants, and on August 16, 2021, Plaintiffs sent counsel for the Contractor Defendants an email indicating that they intended to file the Motion for Summary Judgment, stating that Plaintiffs believed it was infeasible to meet and confer with all counsel

\\

for the Contractor Defendants, and offering to meet and confer with counsel for the Contractor Defendants thereafter; and

WHEREAS, the administrative record of proceedings is not yet complete; and

WHEREAS, the Parties agree that the Court can resolve questions of law before the administrative record is complete; and

WHEREAS, Defendants contend they have procedural challenges to Plaintiffs' Motion for Summary Judgment, including challenges based on the evidence Plaintiffs presented in support of their Motion absent the administrative record, the lack of final agency action on the contracts that were not executed when the Amended Complaint was filed, and the limited meet-and-confer prior to the filing of the motion; Plaintiffs dispute all of these contentions; and the Parties recognize that many procedural defects, if any are found, could be cured; and

WHEREAS, the Parties understand that the Court's docket is extremely congested, and avoiding motions based on procedural objections by entering into this Stipulation will promote the interests of judicial economy; and

WHEREAS, Plaintiffs wish to proceed with their pending Motion for Summary Judgment and obtain a decision on the merits as to whether the Federal Defendants violated NEPA and the ESA in the contract conversions.

THEREFORE, the Parties stipulate as follows:

1. For purposes of briefing and ruling on the legal issues of whether Defendants violated NEPA or the ESA, as presented in Plaintiffs' Motion for Summary Judgment and any Cross-Motions filed by Defendants, the Parties and the Court may rely on the facts included in the Joint Statement of Undisputed Facts and the documents attached thereto as Exhibits. The Parties stipulate to the authenticity of the documents attached to the Joint Statement of Undisputed Facts and agree to use these contracts as representative examples of agreements that reflect the changes made to the contracts when they were converted under the WIIN Act.

2. Because the Parties have agreed that the Motions will be heard on the basis of the Joint Statement of Undisputed Facts, Plaintiffs' Statement of Undisputed Facts will be

superseded except for Plaintiffs SUF 20, and the Defendants will not file Statements disputing Plaintiffs' Statement of Undisputed Facts, but may file statements disputing Plaintiffs SUF 20.

3. The inclusion of facts in the Statement of Undisputed Facts should not be deemed an admission of its materiality to the resolution of the motions, nor should these facts be deemed admitted by any Party for any purpose other than the resolution of these Motions. The Parties reserve their rights to contest these facts, as appropriate, in any further proceedings that may occur in this litigation but not in any proceedings or appeals on the Summary Judgment Motion already filed by Plaintiffs or Summary Judgment Motions if any to be filed by Federal Defendants by October 5, 2021 or Summary Judgment Motions if any to be filed by Contractor Defendants by October 26, 2021.

4. The Parties all reserve their rights to seek to introduce appropriate evidence related to the equitable remedies sought. Nothing in this Stipulation limits any Party's ability to rely on additional facts that are properly brought before the Court via a Request for Judicial Notice, stipulation, or other appropriate means of introducing evidence in this case, provided that the deadline for Federal Defendants to do so is October 5, 2021; the deadline for Contractor Defendants to do so is October 26, 2021; and the deadline for Plaintiffs to do so is December 6, 2021.

5. To reduce the burden on the Court, the Parties agree to work in good faith to reach future stipulations regarding factual, evidentiary or procedural issues.

6. To allow Federal Defendants to file their opposition to Plaintiffs' Motion for Summary Judgment by October 5, 2021, Plaintiffs will proceed on their existing Motion for Summary Judgment, as filed August 17, 2021, but the Parties recognize and agree Plaintiffs may file an amended Memorandum of Points and Authorities by October 12, 2021 that replaces citations to Plaintiffs' Statement of Undisputed Facts with citations to the Joint Statement of Undisputed Facts.

[Signatures appear on following pages]

\\

\\

1      Respectfully submitted,

2  Dated: October 5, 2021                JOHN BUSE
3                                        ROSS MIDDLEMISS

4

5                                         */s/ John Buse*
                                          Attorneys for Plaintiff
6                                         CENTER FOR BIOLOGICAL DIVERSITY

7  Dated: October 5, 2021                LAW OFFICE OF E. ROBERT WRIGHT
                                         LAW OFFICE OF ADAM KEATS, PC
8

9                                         */s/ E. Robert Wright*
                                          Attorneys for Plaintiffs
10                                        RESTORE THE DELTA AND PLANNING AND
                                          CONSERVATION LEAGUE
11

12 Dated: October 5, 2021                UNITED STATES DEPARTMENT OF JUSTICE
                                         JEAN E. WILLIAMS,
13                                       Deputy Assistant Attorney General
                                         DAVID W. GEHLERT
14                                       JEFFREY CANDRIAN

15

16                                        */s/ David W. Gehlert*
                                          Attorneys for Federal Defendants
17                                        UNITED STATES BUREAU OF
                                          RECLAMATION, DEB HAALAND, in her
18                                        official capacity as Secretary of the Interior,
                                          UNITED STATES DEPARTMENT OF THE
19                                        INTERIOR

20

21 Dated: October 5, 2021                YOUNG WOOLDRIDGE, LLP
                                         ALAN FREDERICK DOUD
22

23                                        */s/ Alan F. Doud*
                                          Attorneys for Defendants
24                                        DEL PUERTO WATER DISTRICT,
                                          JAMES IRRIGATION DISTRICT,
25                                        RECLAMATION DISTRICT 1606,
                                          HILLS VALLEY IRRIGATION DISTRICT,
26                                        KERN-TULARE WATER DISTRICT

27

28

| | |
|---|---|
| Dated: October 5, 2021 | HANSON BRIDGETT LLP<br>ADAM W. HOFMANN<br><br>  */s/ Adam W. Hofmann*  <br>Attorneys for Defendant<br>SANTA CLARA VALLEY WATER DISTRICT |
| Dated: October 5, 2021 | DOWNEY BRAND LLP<br>REBECCA A. SMITH<br><br>  */s/ Rebecca A. Smith*  <br>Attorneys for Defendants<br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, CITY OF SHASTA LAKE, MOUNTAIN GATE COMMUNITY SERVICES DISTRICT, SHASTA COMMUNITY SERVICES DISTRICT, 4-M WATER DISTRICT, BELLA VISTA WATER DISTRICT, COLUSA COUNTY WATER DISTRICT, CORNING WATER DISTRICT, DUNNIGAN WATER DISTRICT, GLIDE WATER DISTRICT, KANAWHA WATER DISTRICT, LA GRANDE WATER DISTRICT, CENTERVILLE COMMUNITY SERVICES DISTRICT, DAVIS WATER DISTRICT, GLENN VALLEY WATER DISTRICT, MYERS-MARSH MUTUAL WATER COMPANY, HOLTHOUSE WATER DISTRICT, PROBERTA WATER DISTRICT, CLEAR CREEK COMMUNITY SERVICES DISTRICT, COUNTY OF COLUSA, CORTINA WATER DISTRICT AND LAGRANDE WATER DISTRICT |
| Dated: October 5, 2021 | BARTIKIEWICZ, KRONICK & SHANAHAN<br>JENNIFER THOMPSON BUCKMAN<br><br>  */s/ Jennifer T. Buckman*  <br>Attorneys for Defendants<br>CITY OF FOLSOM, CITY OF ROSEVILLE, ORLAND-ARTOIS WATER DISTRICT, WESTSIDE WATER DISTRICT, EL DORADO IRRIGATION DISTRICT, CITY OF TRACY, AND CITY OF ORANGE COVE |

| | | |
|---|---|---|
| Dated: October 5, 2021 | | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>CYNTHIA J. LARSEN |
| | | _/s/ Cynthia J. Larsen_<br>Attorney for Defendants<br>WESTLANDS WATER DISTRICT,<br>WESTLANDS WATER DISTRICT<br>DISTRIBUTION DISTRICT NO. 1,<br>WESTLANDS WATER DISTRICT<br>DISTRIBUTION DISTRICT NO. 2, AND<br>WESTLANDS WATER DISTRICT FINANCING<br>CORPORATION |
| Dated: October 5, 2021 | | SOMACH SIMMONS & DUNN<br>AARON FERGUSON |
| | | _/s/ Aaron Ferguson_<br>Attorney for Defendants<br>BYRON-BETHANY IRRIGATION DISTRICT,<br>EAST BAY MUNICIPAL UTILITY DISTRICT,<br>PLACER COUNTY WATER AGENCY,<br>SACRAMENTO COUNTY WATER AGENCY,<br>AND CITY OF REDDING |

**ORDER**

IT IS SO ORDERED.

Dated: **October 14, 2021**                             /s/ Dale A. Drozd
                                                                      UNITED STATES DISTRICT JUDGE