John Buse (SBN 163156)
Ross Middlemiss (SBN 323737)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800, Oakland, CA 94612
Tel: 510-844-7100
Fax: 510-844-7150
Email: jbuse@biologicaldiversity.org
       rmiddlemiss@biologicaldiversity.org
Attorney for Plaintiff Center for Biological Diversity

E. Robert Wright (SBN 51861)
LAW OFFICE OF E. ROBERT WRIGHT
909 12th Street, Suite 202
Sacramento, California 95814
Tel: (916) 557-1104
Fax: (916) 557-9669
Email: bwrightatty@gmail.com
Attorney for Plaintiffs Restore the Delta and
Planning and Conservation League

Adam Keats (SBN 191157)
LAW OFFICE OF ADAM KEATS, PC
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Tel: (415) 430-9403
Email: adam@keatslaw.org
Attorney for Plaintiffs Restore the Delta and
Planning and Conservation League

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, RESTORE THE DELTA, and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DEB HAALAND, in her official capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR et al.;<br><br>Defendants. | CASE NO. 1:20-CV-00706-DAD-EPG<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE (FED. R. CIV. P. 41(a)(1)) AS TO DEFENDANT RECLAMATION DISTRICT NO. 1004; SUPPORTING STIPULATION |

# NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs CENTER FOR BIOLOGICAL DIVERSITY, RESTORE THE DELTA, and PLANNING AND CONSERVATION LEAGUE hereby dismiss the action against Defendant RECLAMATION DISTRICT NO. 1004, in its entirety, without prejudice.

Dated:  November 8, 2021    /s/ E. Robert Wright
E. Robert Wright
LAW OFFICE OF E. ROBERT WRIGHT

Adam Keats
LAW OFFICE OF ADAM KEATS, PC

Attorneys for Plaintiffs Restore the Delta and Planning and Conservation League

Dated:  November 8, 2021    /s/ John Buse
John Buse
Ross Middlemiss
CENTER FOR BIOLOGICAL DIVERSITY

Attorneys for Plaintiff Center for Biological Diversity

# STIPULATION

The undersigned parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs CENTER FOR BIOLOGICAL DIVERSITY, RESTORE THE DELTA, and PLANNING AND CONSERVATION LEAGUE (collectively, "Plaintiffs") filed the First Amended Complaint (Amended Complaint) with this Court on April 2, 2021;

WHEREAS, Defendant RECLAMATION DISTRICT NO. 1004 received service of process of the Amended Complaint;

WHEREAS, RECLAMATION DISTRICT NO. 1004 has not been engaged with the Bureau of Reclamation regarding the potential conversion of its Central Valley Project water

supply contracts pursuant to the Water Infrastructure Improvements of the Nation Act ("WIIN Act"), Public Law 114-322, and has affirmed to the Bureau of Reclamation that it will not further pursue or otherwise request conversion of its Central Valley Project water supply contract pursuant to the WIIN Act as enacted and effective as of the date of this Stipulation via a letter transmitted to the Bureau of Reclamation on August 3, 2021 (attached hereto as Exhibit 1).

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties hereto through their respective counsel, that Defendant RECLAMATION DISTRICT NO. 1004 will not further pursue or otherwise request conversion of its Central Valley Project water supply contract pursuant to the WIIN Act as enacted and effective as of the date of this Stipulation, and that such acknowledgment and representation serves as the grounds and basis for the foregoing Notice of Dismissal.

Dated:  November 8, 2021

/s/ E. Robert Wright
E. Robert Wright
LAW OFFICE OF E. ROBERT WRIGHT

Adam Keats
LAW OFFICE OF ADAM KEATS, PC

Attorneys for Plaintiffs Restore the Delta and Planning and Conservation League

Dated:  November 8, 2021

/s/ John Buse
John Buse
Ross Middlemiss
CENTER FOR BIOLOGICAL DIVERSITY

Attorneys for Plaintiff Center for Biological Diversity

1 | Dated:  November 8, 2021       /s/ Paul Minasian [by permission jb 11/05/2021]
2 |                                 Paul Minasian
  |                                 Minasian, Meith, Soares, Sexton & Cooper
3 |
  |                                 Attorneys for Defendant Reclamation District No. 1004

# EXHIBIT 1

# RECLAMATION DISTRICT NO. 1004
317 4th Street
Colusa, CA 95932
(530) 458-7459

August 3, 2021

**_Via Electronic Mail Only_**

Ann Lubas-Williams
Regional Financial Manager
U.S. Department of the Interior
Bureau of Reclamation
Mid-Pacific Region
2800 Cottage Way, MP-3400/CGB-3400
Sacramento, CA 95825-1898
ALubasWilliams@usbr.gov

Re: Confirmation of Non Use by Reclamation District No. 1004 of Process of Converting to a Repayment Contract as Authorized Under the Water Infrastructure Improvement for the Nation (WIIN) Act for Contracts Contract No. 14-06-200-940A

Dear Ms. Lubas-Williams:

Reclamation District No. 1004 has not been engaged with the Bureau of Reclamation regarding the potential conversion of its respective Central Valley Project water supply contracts pursuant to the Water Infrastructure Improvement of the Nation Act (WIIN Act), Public Law 114-322. Reclamation District No. 1004 hereby confirms that it will not further pursue or otherwise request, conversion of its respective Central Valley Project water supply contract pursuant to the WIIN Act as enacted and effective as of the date of this letter.

If you have any questions regarding this matter, please do not hesitate to contact the undersigned as appropriate. Your consideration is appreciated.

Sincerely,

RECLAMATION DISTRICT NO. 1004

By: _____

Chairman of the Board

cc: Jacob Berens, jberens@usbr.gov
Ryan Everest, reverest@usbr.gov
Barbara Hidleburg, bhidleburg@usbr.gov
Amy Aufdemberge, amyaufdemberge@sol.doi.gov

Ann Lubas-Williams
RE:   Confirmation of Non Engagement in Process of Converting to a Repayment
      Contract as Authorized Under WIIN Act
August 3, 2021
Page 2

S:\Denise\RD1004\Bur of Recl re Biological Diversity-Ltr - Aug 3 2021.docx

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, November 8, 2021, a true and correct copy of the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE was e-filed with the Clerk of the Court through its CM/ECF system, which automatically transmits notifications to, and effects service upon, all counsel subscribed to receive notice of filings in this action.

/s/ John Buse