UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF RECLAMATION, et al., <br><br> Defendants. | Case No. 1:20-cv-00706-DAD-EPG <br><br> ORDER RE: NOTICE OF DISMISSAL OF DEFENDANT RECLAMATION DISTRICT NO. 1004 WITHOUT PREJUDICE <br><br> (ECF No. 163) |

On November 9, 2021, Plaintiffs Center for Biological Diversity, Restore the Delta, and Planning and Conservation League filed a notice of voluntary dismissal of Defendant Reclamation District No. 1004 without prejudice. (ECF No. 163.) Defendant Reclamation District No. 1004 has not yet filed an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Therefore, pursuant to Plaintiff's notice, this case is dismissed without prejudice only as to Defendant Reclamation District No. 1004. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

///

///

///

///

Accordingly, the Clerk of the Court is respectfully directed to terminate only Defendant Reclamation District No. 1004 on the docket.

IT IS SO ORDERED.

Dated:  **November 10, 2021**                    /s/ Erica P. Grosjean
                                                               UNITED STATES MAGISTRATE JUDGE