UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF RECLAMATION, et al., <br><br> Defendants. | Case No. 1:20-cv-00706-DAD-EPG <br><br> ORDER RE: NOTICES OF DISMISSAL OF DEFENDANTS MAXWELL IRRIGATION DISTRICT AND PAJARO VALLEY WATER MANAGEMENT AGENCY WITHOUT PREJUDICE <br><br> (ECF Nos. 165, 166) |

On November 12, 2021, Plaintiffs Center for Biological Diversity, Restore the Delta, and Planning and Conservation League filed notices of voluntary dismissal of Defendants Maxwell Irrigation District and Pajaro Valley Water Management Agency without prejudice. (ECF No. 163.) Defendants Maxwell Irrigation District and Pajaro Valley Water Management Agency have not yet filed an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41 (a)(1)(A)(i). Therefore, pursuant to Plaintiff's notice, this case is dismissed without prejudice only as to Defendants Maxwell Irrigation District and Pajaro Valley Water Management Agency. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

///

///

///

Accordingly, the Clerk of the Court is respectfully directed to terminate only Defendants Maxwell Irrigation District and Pajaro Valley Water Management Agency on the docket.

IT IS SO ORDERED.

Dated: **November 15, 2021**            /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE

2