BOLD, POLISNER, MADDOW, NELSON & JUDSON
Sharon M. Nagle, Bar No. 179124
Douglas E. Coty, Bar No. 227006
Morgan S. Biggerstaff, Bar No. 318419
2125 Oak Grove Road, Suite 210
Walnut Creek, CA 94598
(925) 933-7777 – Telephone
Email: snagle@bpmnj.com

Attorneys for Defendant Intervenor
CONTRA COSTA WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, RESTORE THE DELTA, and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00706 DAD-EPG<br><br>**DEFENDANT CONTRA COSTA WATER DISTRICT'S JOINDER IN STIPULATION RE JOINT STATEMENT OF UNDISPUTED FACTS** |

On August 17, 2021, Plaintiffs Center for Biological Diversity, Restore the Delta, and Planning and Conservation League ("Plaintiffs") filed a Motion for Summary Adjudication in this action.  On October 5, 2021, Plaintiffs, Federal Defendants, and certain Contractor Defendants filed a Stipulation and Proposed Order re Joint Statement of Undisputed Facts (ECF 142) ("Stipulation") and an agreed upon Joint Statement of Undisputed Facts (ECF 143.) These parties stipulated that the facts included in the Joint Statement of Undisputed Facts and documents attached thereto could be relied upon the Court in consideration of Plaintiffs' Motion for Summary Adjudication. (ECF 142, 2:21-22.) These parties further agreed that Plaintiffs' Statement of Undisputed Facts will be superseded, except for Plaintiffs' SUF 20, which

defendants may dispute. (ECF 142, 2:26-3:2.) On October 14, 2021, the Court signed the Proposed Order re Joint Statement of Undisputed Facts. (ECF 151.)

In the interest of judicial economy, Defendant Contra Costa Water District ("CCWD") wishes to join in the Stipulation and Joint Statement, incorporating herein all recitals and statements therein, including Defendants' reserved rights in paragraphs three and four.

Plaintiffs hereby agree and affirm that CCWD is a party to the Stipulation approved by the Court on October 14, 2021.

Date: December 10, 2021

>           BY:   /s/ Sharon M. Nagle
>                   Sharon M. Nagle
>
>           BOLD, POLISNER, MADDOW, NELSON & JUDSON,
>           Attorneys for Defendant CONTRA COSTA WATER
>           DISTRICT

Date: December 10, 2021

>           BY:  /s/ Ross Middlemiss
>                   (as authorized on November 22, 2021
>                   Ross Middlemiss
>
>           Attorneys for Plaintiff CENTER FOR BIOLOGICAL
>           DIVERSITY

Date: December 10, 2021

>           BY:  /s/ E. Robert Wright
>                   (as authorized on November 22, 2021
>                   E. Robert Wright
>
>           LAW OFFICE OF E. ROBERT WRIGHT, Attorneys for
>           Plaintiffs RESTORE THE DELTA and PLANNING AND
>           CONSERVATION LEAGUE