John Buse (SBN 163156)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800, Oakland, CA 94612
Tel: 510-844-7100
Fax: 510-844-7150
Email: jbuse@biologicaldiversity.org
Attorneys for Plaintiff Center for Biological Diversity

E. Robert Wright (SBN 51861)
LAW OFFICE OF E. ROBERT WRIGHT
909 12th Street, Suite 202
Sacramento, California 95814
Tel: (916) 557-1104
Fax: (916) 557-9669
Email: bwrightatty@gmail.com
Attorney for Plaintiffs Restore the Delta and
Planning and Conservation League

Adam Keats (SBN 191157)
LAW OFFICE OF ADAM KEATS, PC
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
Tel: (415) 430-9403
Email: adam@keatslaw.org
Attorney for Plaintiffs Restore the Delta and
Planning and Conservation League

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, RESTORE THE DELTA and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00706-JLT-EPG<br><br>**PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>**Eastern District Rule 230(m)(2)**<br><br>Judge: Hon. Jennifer L. Thurston |

Plaintiffs and Movants for Summary Judgment Center for Biological Diversity, Restore the Delta, and Planning and Conservation League hereby notify the Court pursuant to Eastern District Rule 230(m)(2) of the following two supplemental authorities. The first is a Ninth Circuit decision filed April 24, 2023, *Murphy Company v. Biden*, 65 F.4th 1122, 1132 (9th Cir. 2023) ("Murphy 'faces a stout uphill climb' against the 'strong presumption that repeals by implication are disfavored.'"). The second is a Ninth Circuit decision filed April 19, 2023, *Jackson v. Amazon.com, Inc.*, 65 F.4th 1093, 1097 (9th Cir. 2023)("'[R]epeals by implication are disfavored, and ... Congress will specifically address preexisting law when it wishes to suspend its normal operations in a later statute.'"). The decisions are cited here as supplemental authorities in support of the arguments in Plaintiffs Combined Brief in Reply to Defendants' Oppositions to Plaintiffs' Motion for Summary Judgment and in Opposition to Defendants' Cross-Motions for Summary Judgment, ECF 170, filed December 6, 2021, in particular pages 17-19 and 21-28 of that Brief.

Dated: May 26, 2023          /s/ E. Robert Wright
                             E. Robert Wright
                             LAW OFFICE OF E. ROBERT WRIGHT
                             Attorney for Plaintiffs Restore the Delta and
                             Planning and Conservation League


                             /s/ John Buse
                             John Buse
                             CENTER FOR BIOLOGICAL DIVERSITY
                             Attorney for Plaintiff Center for Biological Diversity


                             /s/ Adam Keats
                             Adam Keats
                             LAW OFFICE OF ADAM KEATS, PC
                             Attorney for Plaintiffs Restore the Delta and
                             Planning and Conservation League

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case.

Dated: May 26, 2023

                                                        <u>/s/ John Buse</u>
                                                       John Buse