# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; RESTORE THE DELTA; and PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; DEB HAALAND, in her official capacity as Secretary of the Interior; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Federal Defendants,<br><br>CITY OF FOLSOM, CITY OF ROSEVILLE, EAST BAY MUNICIPAL UTILITY DISTRICT, PLACER COUNTY WATER AGENCY, et. al.,<br><br>Defendants. | Case No. 1:20-cv-00706 JLT EPG<br><br>JUDGMENT |

///

///

///

///

///

1  On June 30, 2025, the Court granted motions for summary judgment filed in this action by
2  the U.S. Bureau of Reclamation and U.S. Department of the Interior ("Federal Defendants") and
3  Contractor Defendants[1], and denied the motion for summary judgment filed by Plaintiffs. (Doc.
4  215.) Thus, judgment is entered in favor of Federal Defendants and Contractor Defendants and
5  against Plaintiffs.

6  The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **July 15, 2025**                                                                 _Jennifer L. Thurston_
                                                                                                     UNITED STATES DISTRICT JUDGE

---

[1] Collectively, the Contractor Defendants are Westlands Water District; Westlands Water District Distribution District No. 1; Westlands Water District Distribution District No. 2; Westlands Water District Financing Corporation; 4-M Water District; Bella Vista Water District; Centerville Community Services District; City of Shasta Lake; Clear Creek Community Services District (erroneously referred to on the pleadings as Clear Creek Water District); Colusa County Water District; Corning Water District; Cortina Water District; County of Colusa; Davis Water District; Dunnigan Water District; Glenn Valley Water District; Glide Water District; Holthouse Water District; Kanawha Water District; LaGrande Water District; Mountain Gate Community Services District; Myers-Marsh Mutual Water Company; Proberta Water District; Sacramento Municipal Utility District; Shasta Community Services District; Byron-Bethany Irrigation District; City of Redding; East Bay Municipal Utility District; Placer County Water Agency; Sacramento County Water Agency; City of West Sacramento; Tulare County; Santa Clara Valley Water District; City of Avenal; Stockton East Water District; Banta-Carbona Irrigation District; Patterson Irrigation District; West Stanislaus Irrigation District; Del Puerto Water District; Hills Valley Irrigation District; James Irrigation District; Reclamation District 1606; Tranquillity Irrigation District; Pacheco Water District; Mercy Springs Water District; Eagle Field Water District; Laguna Water District; Panoche Water District; Fresno Slough Water District; San Juan Water District; San Luis Water District; San Benito County Water District; City of Folsom; City of Orange Cove; City of Roseville; City of Tracy; El Dorado Irrigation District; Kirkwood Water District; Orland-Artois Water District; International Water District, Contra Costa Water District, and Westside Water District.