# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF | EASTERN DISTRICT OF CALIFORNIA

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

U.S. District Court case number: | 1:20-cv-00706-JLT-EPG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 5/20/2020

Date of judgment or order you are appealing: | 07/15/2025

Docket entry number of judgment or order you are appealing: | 220

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

CENTER FOR BIOLOGICAL DIVERSITY,
RESTORE THE DELTA and
PLANNING AND CONSERVATION LEAGUE

Is this a cross-appeal? ○ Yes   ● No

If yes, what is the first appeal case number? | NA

Was there a previous appeal in this case? ○ Yes   ● No

If yes, what is the prior appeal case number? | NA

Your mailing address (if pro se):

NA

City: | State: | Zip Code:

Prisoner Inmate or A Number (if applicable): | NA

**Signature** | *John Doe* | **Date** | August 11, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                        *Rev. 06/09/2022*

## PLAINTIFFS-APPELLANTS' REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rules 3-2 and 12-2, Plaintiffs–Appellants Center for Biological Diversity, Restore the Delta, and Planning and Conservation League submit the following Representation Statement of all parties and known counsel to this action.

**Counsel for Plaintiff–Appellant Center for Biological Diversity:**

John Buse
Aruna Prabhala
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Suite 375,
Oakland, CA 94612
Telephone: 510-844-7100
Email: jbuse@biologicaldiversity.org
         aprabhala@biologicaldiversity.org

Is counsel registered for Electronic Filing in the 9th Circuit? Yes

**Counsel for Plaintiff–Appellant Restore the Delta:**

E. Robert Wright
LAW OFFICE OF E. ROBERT WRIGHT
909 12th Street, Suite 202
Sacramento, CA 95814
Telephone: 916-557-1104
Email: bwrightatty@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit? Yes

Adam Keats
LAW OFFICE OF ADAM KEATS, PC
2489 Mission Street, Suite 16
San Francisco, CA 94111
Telephone: 415-964-0070
Email: adam@keatslaw.org

Is counsel registered for Electronic Filing in the 9th Circuit? Yes

**Counsel for Plaintiff–Appellant Planning and Conservation League:**

E. Robert Wright
LAW OFFICE OF E. ROBERT WRIGHT
909 12th Street, Suite 202
Sacramento, CA 95814
Telephone: 916-557-1104
Email: bwrightatty@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit? Yes

Adam Keats
LAW OFFICE OF ADAM KEATS, PC
2489 Mission Street, Suite 16
San Francisco, CA 94111
Telephone: 415-964-0070
Email: adam@keatslaw.org

Is counsel registered for Electronic Filing in the 9th Circuit? Yes


**Counsel for Defendant–Appellee: United States Bureau of Reclamation**

David Gehlert
United States Department of Justice
General Litigation Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1386
Email: david.gehlert@usdoj.gov

Jeffrey Scott Thomas
United States Department of Justice
150 M Street NE
Washington, D.C., DC 20044
Telephone: 202-305-0294
Email: jeffrey.thomas2@usdoj.gov

**Counsel for Defendant–Appellee: United States Department of the Interior**

David Gehlert
United States Department of Justice
General Litigation Section
999 18th Street, South Terrace, Suite 370 Denver, CO 80202
Telephone: 303-844-1386
Email: david.gehlert@usdoj.gov

Jeffrey Scott Thomas
United States Department of Justice

150 M Street NE
Washington, D.C., DC 20044
Telephone: 202-305-0294
Email: jeffrey.thomas2@usdoj.gov

**Counsel for Defendant–Appellee: Doug Burgum, in his official capacity as Secretary of the Interior**

Jeffrey Scott Thomas
United States Department of Justice
150 M Street NE
Washington, D.C., DC 20044
Telephone: 202-305-0294
Email: jeffrey.thomas2@usdoj.gov

**Counsel for Defendant–Appellee: 4-M Water District**

Andrea Clark
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: Banta-Carbona Irrigation District**

Lilliana Katherine Freeman
Herum Crabtree Suntag
5757 Pacific Ave., Suite 222
Stockton, CA 95207
Telephone: 209-472-7700, ext 120
Email: lfreeman@herumcrabtree.com

Jeanne M. Zolezzi
Herum Crabtree Suntag
5757 Pacific Ave., Suite 222
Stockton, CA 95207
Telephone: 209-472-7700-117
Email: jzolezzi@herumcrabtree.com

**Counsel for Defendant–Appellee: Bella Vista Water District**

Rebecca R. Anderson Smith
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5405
Email: rsmith@downeybrand.com

Andrea Clark
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

Brian E. Hamilton
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5340
Email: bhamilton@downeybrand.com

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: Byron Bethany Irrigation District**

Aaron Allan Ferguson
Somach, Simmons and Dunn
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: 916-446-7979
Email: aferguson@somachlaw.com

Andrew Morrow Hitchings
Somach, Simmons & Dunn
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: 916-446-7979 x3822
Email: ahitchings@somachlaw.com

Ramsey L. Kropf
Somach Simmons & Dunn
2033 11th St, Ste 5

Boulder, CO 80302
Telephone: 303-449-2834
Email: rkropf@somachlaw.com

Kelley M. Taber
Somach Simmons & Dunn
Hall of Justice Building
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
916-446-7979
Email: ktaber@somachlaw.com

**Counsel for Defendant–Appellee: Centerville Community Services District**

Collin M. Bogener
Moore & Bogener
1600 West Street
Redding, CA 96001
Telephone: 530-605-0355
Email: cbogener@mooreandbogener.com

Andrea Clark
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: Central San Joaquin Water Conservation District**

Lilliana Katherine Freeman
Herum Crabtree Suntag
5757 Pacific Ave., Suite 222
Stockton, CA 95207
Telephone: 209-472-7700, ext 120
Email: lfreeman@herumcrabtree.com

Reid W. Roberts
11 S. San Joaquin St, Ste 306
Stockton, CA 95202
Telephone: 209-941-8714
Email: reidwroberts@gmail.com

Jeanne M. Zolezzi
Herum Crabtree Suntag
5757 Pacific Ave., Suite 222
Stockton, CA 95207
Telephone: 209-472-7700-117
Email: jzolezzi@herumcrabtree.com

**Counsel for Defendant–Appellee: City of Avenal**

Moses T. Diaz
Public Interest Law Firm, A Professional Corporation
2924 West Main Street
Visalia, CA 93291
Telephone: 559-900-3500
Email: pacer@centralvalleylegal.com

Zishan Lokhandwala
Romaine Lokhandwala Law Group, LLP.
3323 South Fairway Street, Ste. 5
Visalia, CA 93277
Telephone: 559-625-6020
Email: ZishanL@pilf.net

**Counsel for Defendant–Appellee: City of Coalinga**

Megan Nicole Crouch
Griswold LaSalle
111 E Seventh St
Hanford, CA 93230
Telephone: 559-584-6656
Email: dodd@griswoldlasalle.com

Sebastian Louis Silveira
Griswold, LaSalle, Cobb, Dowd & Gin LLP
111 E. 7th Street
Hanford, CA 93230
559-584-6656
Email: silveira@griswoldlasalle.com

Mario Unser Zamora
Griswold, LaSalle, Cobb, Dowd & Gin, LLP
111 East Seventh Street
Hanford, CA 93230
Telephone: 559-584-6656
Email: zamora@griswoldlasalle.com

**Counsel for Defendant–Appellee: City of Folsom**

<u>Jennifer Thompson Buckman</u>
Bartkiewicz Kronick Shanahan PC
1600 K Street Suite 4A
Sacramento, CA 95814
Telephone: 916-446-4254
Email: jtb@bkslawfirm.com

<u>Holly J Jacobson</u>
Bartkiewicz Kronick Shanahan PC
1600 K Street Suite 4A
Sacramento, CA 95814
Telephone: 916-446-4254
Email: hjj@bkslawfirm.com

**Counsel for Defendant–Appellee: City of Huron**

<u>Neal E. Costanzo</u>
Costanzo & Associates
575 E. Locust Ave., Suite 115
Fresno, CA 93720
Telephone: 559-261-0163
Email: ncostanzo@costanzolaw.com

**Counsel for Defendant–Appellee: City of Lindsay**

<u>Mario Unser Zamora</u>
Griswold, LaSalle, Cobb, Dowd & Gin, LLP
111 East Seventh Street
Hanford, CA 93230
Telephone: 559-584-6656
Email: zamora@griswoldlasalle.com

**Counsel for Defendant–Appellee: City of Orange Cove**

<u>Holly J Jacobson</u>
Bartkiewicz Kronick Shanahan PC
1600 K Street Suite 4A
Sacramento, CA 95814
Telephone: 916-446-4254
Email: hjj@bkslawfirm.com

**Counsel for Defendant–Appellee: City of Redding**

<u>Aaron Allan Ferguson</u>
Somach, Simmons and Dunn
500 Capitol Mall, Suite 1000
Sacramento, CA 95814

Telephone: 916-446-7979
Email: aferguson@somachlaw.com

<u>Andrew Morrow Hitchings</u>
Somach, Simmons & Dunn
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: 916-446-7979 x3822
Email: ahitchings@somachlaw.com

<u>Ramsey L. Kropf</u>
Somach Simmons & Dunn
2033 11th St, Ste 5
Boulder, CO 80302
Telephone: 303-449-2834
Email: rkropf@somachlaw.com

<u>Kelley M. Taber</u>
Somach Simmons & Dunn
Hall of Justice Building
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: 916-446-7979
Email: ktaber@somachlaw.com

**Counsel for Defendant–Appellee: City of Roseville**

<u>Jennifer Thompson Buckman</u>
Bartkiewicz Kronick Shanahan PC
1600 K Street Suite 4A
Sacramento, CA 95814
Telephone: 916-446-4254
Email: jtb@bkslawfirm.com

<u>Holly J Jacobson</u>
Bartkiewicz Kronick Shanahan PC
1600 K Street Suite 4A
Sacramento, CA 95814
Telephone: 916-446-4254
Email: hjj@bkslawfirm.com

**Counsel for Defendant–Appellee: City of Shasta Lake**

<u>Andrea Clark</u>
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: City of Tracy**

Jennifer Thompson Buckman
Bartkiewicz Kronick Shanahan PC
1600 K Street Suite 4A
Sacramento, CA 95814
Telephone: 916-446-4254
Email: jtb@bkslawfirm.com

Jessica Johnson
Baker Manock & Jensen, PC
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: jsjohnson@bakermanock.com

Joseph Michael Marchini
Baker Manock & Jensen PC
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: jmarchini@bakermanock.com

**Counsel for Defendant–Appellee: City of West Sacramento**

Eric Nelson Robinson
Kronick, Moskovitz, Tiedemann & Girard
1331 Garden Highway, 2nd Floor
Sacramento, CA 95833
Telephone: 916-321-4500
Email: erobinson@kmtg.com

**Counsel for Defendant–Appellee: Clear Creek Community Services District**

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: Colusa County Water District**

Rebecca R. Anderson Smith
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5405
Email: rsmith@downeybrand.com

Andrea Clark
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

Brian E. Hamilton
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5340
Email: bhamilton@downeybrand.com

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: Contra Costa Water District**

Sharon Margaret Nagle
Bold, Polisner, Maddow, Nelson & Judson
2125 Oak Grove Road, Suite 210
Walnut Creek, CA 94598
Telephone: 925-933-7777
Email: snagle@bpmnj.com

**Counsel for Defendant–Appellee: Corning Water District**

Rebecca R. Anderson Smith
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5405
Email: rsmith@downeybrand.com

Andrea Clark
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

Brian E. Hamilton
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5340
Email: bhamilton@downeybrand.com

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: Cortina Water District**

Andrea Clark
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: County of Colusa**

Rebecca R. Anderson Smith
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5405
Email: rsmith@downeybrand.com

Andrea Clark
Downey Brand LLP
621 Capitol Mall, 18th Floor

Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

<u>Brian E. Hamilton</u>
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5340
Email: bhamilton@downeybrand.com

<u>Meredith E. Nikkel</u>
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: County of Fresno**

<u>Kyle Roberson</u>
County of Fresno Office of County Counsel
2220 Tulare Street, 5th Floor
Fresno, CA 93721
Telephone: 559-600-3479
Email: kroberson@fresnocountyca.gov

**Counsel for Defendant–Appellee: County of Madera**

<u>Michael R. Linden</u>
Aleshire & Wynder
2440 Tulare Street, Suite 410
Fresno, CA 93721
Telephone: 559-445-1580
Email: mlinden@awattorneys.com

**Counsel for Defendant–Appellee: County of Tulare**

<u>Ross William Miller</u>
Tulare County Counsel
2900 W Burrel Ave
Visalia, CA 93291
Telephone: 559-636-4950
Email: rwmiller@tularecounty.ca.gov

**Counsel for Defendant–Appellee: Davis Water District**

Rebecca R. Anderson Smith
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5405
Email: rsmith@downeybrand.com

Andrea Clark
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

Brian E. Hamilton
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5340
Email: bhamilton@downeybrand.com

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: Del Puerto Water District**

Alan Frederick Doud
Young Wooldridge, LLP
1800 30th St, 4th Floor
Bakersfield, CA 93301
Telephone: 661-327-9661
Email: adoud@youngwooldridge.com

Brett Anthony Stroud
Young Wooldridge
Unocal Plaza
1800 30th Street, Fourth Floor
Bakersfield, CA 93301-5298
Telephone: 661-327-9661
Email: brettstroud@outlook.com

**Counsel for Defendant–Appellee: Dunnigan Water District**

Rebecca R. Anderson Smith
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5405
Email: rsmith@downeybrand.com

Andrea Clark
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

Brian E. Hamilton
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5340
Email: bhamilton@downeybrand.com

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: Eagle Field Water District**

Kaitlin S. Bursey
Baker Manock & Jensen
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: ksbursey@bakermanock.com

Jessica Johnson
Baker Manock & Jensen, PC
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: jsjohnson@bakermanock.com

Joseph Michael Marchini
Baker Manock & Jensen PC
5260 N. Palm Avenue, Suite 201

Fresno, CA 93704
Telephone: 559-432-5400
Email: jmarchini@bakermanock.com

**Counsel for Defendant–Appellee: East Bay Municipal Utility District**

<u>Aaron Allan Ferguson</u>
Somach, Simmons and Dunn
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: 916-446-7979
Email: aferguson@somachlaw.com

<u>Andrew Morrow Hitchings</u>
Somach, Simmons & Dunn
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: 916-446-7979 x3822
Email: ahitchings@somachlaw.com

<u>Ramsey L. Kropf, PHV</u>
Somach Simmons & Dunn
2033 11th St, Ste 5
Boulder, CO 80302
Telephone: 303-449-2834
Email: rkropf@somachlaw.com

<u>Kelley M. Taber</u>
Somach Simmons & Dunn
Hall of Justice Building
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: 916-446-7979
Email: ktaber@somachlaw.com

**Counsel for Defendant–Appellee: El Dorado Irrigation District**

<u>Jennifer Thompson Buckman</u>
Bartkiewicz Kronick Shanahan PC
1600 K Street Suite 4A
Sacramento, CA 95814
Telephone: 916-446-4254
Email: jtb@bkslawfirm.com

<u>Holly J Jacobson</u>
Bartkiewicz Kronick Shanahan PC
1600 K Street Suite 4A
Sacramento, CA 95814
Telephone: 916-446-4254

Email: hjj@bkslawfirm.com

Elizabeth Louise Leeper
2890 Mosquito Road
Placerville, CA 95667
Telephone: 530-642-4144
Email: eleeper@eid.org

Brian D. Poulsen, Jr.
2890 Mosquito Road
Placerville, CA 95667
Telephone: 530-642-4144
Email: bpoulsen@eid.org

**Counsel for Defendant–Appellee: Fresno Slough Water District**

Kaitlin S. Bursey
Baker Manock & Jensen
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: ksbursey@bakermanock.com

**Counsel for Defendant– Appellee: Glenn Valley Water District**

Rebecca R. Anderson Smith
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5405
Email: rsmith@downeybrand.com

Andrea Clark
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

Brian E. Hamilton
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5340
Email: bhamilton@downeybrand.com

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor

Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: Glide Water District**

Rebecca R. Anderson Smith
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5405
Email: rsmith@downeybrand.com

Andrea Clark
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

Brian E. Hamilton
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5340
Email: bhamilton@downeybrand.com

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: Hills Valley Irrigation District**

Alan Frederick Doud
Young Wooldridge, LLP
1800 30th St, 4th Floor
Bakersfield, CA 93301
Telephone: 661-327-9661
Email: adoud@youngwooldridge.com

Brett Anthony Stroud
Young Wooldridge
Unocal Plaza
1800 30th Street, Fourth Floor
Bakersfield, CA 93301-5298
Telephone: 661-327-9661

Email: brettstroud@outlook.com

**Counsel for Defendant–Appellee: Holthouse Water District**

<u>Meredith E. Nikkel</u>
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: International Water District**

<u>David E. Holland</u>
Law Offices of David E. Holland, A Professional Corporation
3265 W. Figarden Dr, Suite 301
Fresno, CA 93711
Telephone: 559-260-2382
Email: dholland@irrigationlaw.com

<u>Philip Andrew Williams</u>
Law Offices of Philip A. Williams
202 West Perkins Street, Ste B
Ukiah, CA 95482
Telephone: 707-234-3435
Email: pwilliams@weltyweaver.com

**Counsel for Defendant–Appellee: James Irrigation District**

<u>Alan Frederick Doud</u>
Young Wooldridge, LLP
1800 30th St, 4th Floor
Bakersfield, CA 93301
Telephone: 661-327-9661
Email: adoud@youngwooldridge.com

<u>Brett Anthony Stroud</u>
Young Wooldridge
Unocal Plaza
1800 30th Street, Fourth Floor
Bakersfield, CA 93301-5298
Telephone: 661-327-9661
Email: brettstroud@outlook.com

**Counsel for Defendant–Appellee: Kanawha Water District**

<u>Rebecca R. Anderson Smith</u>
Downey Brand LLP
621 Capitol Mall, 18th Floor

Sacramento, CA 95814
Telephone: 916-520-5405
Email: rsmith@downeybrand.com

Andrea Clark
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

Brian E. Hamilton
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5340
Email: bhamilton@downeybrand.com

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: Kern-Tulare Water District**

David E. Cameron
Atkinson, Andelson, Loya, Ruud & Romo
2151 River Plaza Drive, Suite 300
Sacramento, CA 95833
Telephone: 916-920-6968
Email: david.cameron@aalrr.com

Alan Frederick Doud
Young Wooldridge, LLP
1800 30th St, 4th Floor
Bakersfield, CA 93301
Telephone: 661-327-9661
Email: adoud@youngwooldridge.com

Brett Anthony Stroud
Young Wooldridge
Unocal Plaza
1800 30th Street, Fourth Floor
Bakersfield, CA 93301-5298
Telephone: 661-327-9661
Email: brettstroud@outlook.com

**Counsel for Defendant–Appellee: La Grande Water District**

<u>Meredith E. Nikkel</u>
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: Laguna Water District**

<u>Kaitlin S. Bursey</u>
Baker Manock & Jensen
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: ksbursey@bakermanock.com

<u>Jessica Johnson</u>
Baker Manock & Jensen, PC
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: jsjohnson@bakermanock.com

<u>Joseph Michael Marchini</u>
Baker Manock & Jensen PC
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: jmarchini@bakermanock.com

**Counsel for Defendant–Appellee: Lower Tule River Irrigation District**

<u>Alex M. Peltzer</u>
Peltzer & Richardson, LC
3746 West Mineral King Avenue
Visalia, CA 93291
Telephone: 559-372-2400
Email: apeltzer@prlawcorp.com

**Counsel for Defendant–Appellee: Mercy Springs Water District**

<u>Kaitlin S. Bursey</u>
Baker Manock & Jensen
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: ksbursey@bakermanock.com

1
2
3
4

<u>Jessica Johnson</u>
Baker Manock & Jensen, PC
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: jsjohnson@bakermanock.com

5
6
7
8

<u>Joseph Michael Marchini</u>
Baker Manock & Jensen PC
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: jmarchini@bakermanock.com

9

**Counsel for Defendant–Appellee: Mountain Gate Community Services District**

10
11
12
13

<u>Collin M. Bogener</u>
Moore & Bogener
1600 West Street
Redding, CA 96001
Telephone: 530-605-0355
Email: cbogener@mooreandbogener.com

14
15
16
17

<u>Andrea Clark</u>
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

18
19
20
21

<u>Meredith E. Nikkel</u>
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

22

**Counsel for Defendant–Appellee: Myers-Marsh Mutual Water Company**

23
24
25
26

<u>Meredith E. Nikkel</u>
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

27
28

**Counsel for Defendant–Appellee: Orland-Artois Water District**

<u>Jennifer Thompson Buckman</u>
Bartkiewicz Kronick Shanahan PC
1600 K Street Suite 4A
Sacramento, CA 95814
Telephone: 916-446-4254
Email: jtb@bkslawfirm.com

<u>Holly J Jacobson</u>
Bartkiewicz Kronick Shanahan PC
1600 K Street Suite 4A
Sacramento, CA 95814
Telephone: 916-446-4254
Email: hjj@bkslawfirm.com

**Counsel for Defendant–Appellee: Pacheco Water District**

<u>Kaitlin S. Bursey</u>
Baker Manock & Jensen
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: ksbursey@bakermanock.com

<u>Jessica Johnson</u>
Baker Manock & Jensen, PC
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: jsjohnson@bakermanock.com

<u>Joseph Michael Marchini</u>
Baker Manock & Jensen PC
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: jmarchini@bakermanock.com

**Counsel for Defendant–Appellee: Panoche Water District**

Kaitlin S. Bursey
Baker Manock & Jensen
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: ksbursey@bakermanock.com

Jessica Johnson
Baker Manock & Jensen, PC
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: jsjohnson@bakermanock.com

Joseph Michael Marchini
Baker Manock & Jensen PC
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: jmarchini@bakermanock.com

**Counsel for Defendant–Appellee: Patterson Irrigation District**

Lilliana Katherine Freeman
Herum Crabtree Suntag
5757 Pacific Ave., Suite 222
Stockton, CA 95207
Telephone: 209-472-7700, ext 120
Email: lfreeman@herumcrabtree.com

Jeanne M. Zolezzi
Herum Crabtree Suntag
5757 Pacific Ave., Suite 222
Stockton, CA 95207
Telephone: 209-472-7700-117
Email: jzolezzi@herumcrabtree.com

**Counsel for Defendant–Appellee: Placer County Water Agency**

Aaron Allan Ferguson
Somach, Simmons and Dunn
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: 916-446-7979
Email: aferguson@somachlaw.com

Andrew Morrow Hitchings
Somach, Simmons & Dunn
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: 916-446-7979 x3822
Email: ahitchings@somachlaw.com

Ramsey L. Kropf, PHV
Somach Simmons & Dunn
2033 11th St, Ste 5

Boulder, CO 80302
Telephone: 303-449-2834
Email: rkropf@somachlaw.com

Kelley M. Taber
Somach Simmons & Dunn
Hall of Justice Building
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: 916-446-7979
Email: ktaber@somachlaw.com

**Counsel for Defendant–Appellee: Proberta Water District**

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: Reclamation District 1606**

Alan Frederick Doud
Young Wooldridge, LLP
1800 30th St, 4th Floor
Bakersfield, CA 93301
Telephone: 661-327-9661
Email: adoud@youngwooldridge.com

Brett Anthony Stroud
Young Wooldridge
Unocal Plaza
1800 30th Street, Fourth Floor
Bakersfield, CA 93301-5298
Telephone: 661-327-9661
Email: brettstroud@outlook.com

**Counsel for Defendant–Appellee: Sacramento County Water Agency**

Aaron Allan Ferguson
Somach, Simmons and Dunn
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: 916-446-7979
Email: aferguson@somachlaw.com

Andrew Morrow Hitchings
Somach, Simmons & Dunn

500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: 916-446-7979 x3822
Email: ahitchings@somachlaw.com

Ramsey L. Kropf, PHV
Somach Simmons & Dunn
2033 11th St, Ste 5
Boulder, CO 80302
Telephone: 303-449-2834
Email: rkropf@somachlaw.com

Kelley M. Taber
Somach Simmons & Dunn
Hall of Justice Building
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: 916-446-7979
Email: ktaber@somachlaw.com

**Counsel for Defendant–Appellee: Sacramento Municipal Utility District**

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: San Benito County Water District**

William Thomas Chisum
Kronick Moskovitz Tiedemann & Girard
1331 Garden Highway, 2nd Floor
Sacramento, CA 95833
Telephone: 916-321-4500
Email: wchisum@kmtg.com

Daniel Joseph O'Hanlon
Kronick, Moskovitz, Tiedemann & Girard
1331 Garden Highway, 2nd Floor
Sacramento, CA 95833
Telephone: 916-321-4500
Email: dohanlon@kmtg.com

**Counsel for Defendant–Appellee: San Juan Water District**

Kristen Troy Castanos
Stoel Rives LLP

500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916-447-0700
Email: kristen.castanos@stoel.com

<u>Elizabeth Pridgen Ewens</u>
Stoel Rives LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916-447-0700
Email: elizabeth.ewens@stoel.com

**Counsel for Defendant–Appellee: San Luis Water District**

<u>Jolie-Anne S. Ansley</u>
Duane Morris LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105
Telephone: 415-957-3000
Email: jsansley@duanemorris.com

<u>Thomas M. Berliner</u>
Duane Morris LLP
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA 94105
Telephone: 415-957-3000
Email: tmberliner@duanemorris.com

**Counsel for Defendant–Appellee: Santa Clara Valley Water District**

<u>Sean Griffin Herman</u>
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: 415-777-3200
Email: sherman@hansonbridgett.com

<u>Nathan Andrew Metcalf</u>
Hanson Bridgett LLP
425 Market Street, 20th Floor
San Francisco, CA 94105
Telephone: 415-995-5838
Email: nmetcalf@hansonbridgett.com

**Counsel for Defendant–Appellee: Shasta Community Services District**

<u>Collin M. Bogener</u>
Moore & Bogener
1600 West Street

Redding, CA 96001
Telephone: 530-605-0355
Email: cbogener@mooreandbogener.com

Andrea Clark
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-444-1000
Email: aclark@downeybrand.com

Meredith E. Nikkel
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5211
Email: mnikkel@downeybrand.com

**Counsel for Defendant–Appellee: Shasta County Water Agency**

Gretchen M. Stuhr
City of Redding
777 Cypress Ave.
Redding, CA 96001
532-225-4050
gstuhr@cityofredding.org

**Counsel for Defendant–Appellee: Stockton East Water District**

Lilliana Katherine Freeman
Herum Crabtree Suntag
5757 Pacific Ave., Suite 222
Stockton, CA 95207
Telephone: 209-472-7700, ext 120
Email: lfreeman@herumcrabtree.com

Jeanne M. Zolezzi
Herum Crabtree Suntag
5757 Pacific Ave., Suite 222
Stockton, CA 95207
Telephone: 209-472-7700-117
Email: jzolezzi@herumcrabtree.com

**Counsel for Defendant–Appellee: Tranquility Irrigation District**

Kaitlin S. Bursey
Baker Manock & Jensen
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704

Telephone: 559-432-5400
Email: ksbursey@bakermanock.com

Jessica Johnson
Baker Manock & Jensen, PC
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: jsjohnson@bakermanock.com

Joseph Michael Marchini
Baker Manock & Jensen PC
5260 N. Palm Avenue, Suite 201
Fresno, CA 93704
Telephone: 559-432-5400
Email: jmarchini@bakermanock.com

**Counsel for Defendant–Appellee: Tri Valley Water District**

Alex M. Peltzer
Peltzer & Richardson, LC
3746 West Mineral King Avenue
Visalia, CA 93291
Telephone: 559-372-2400
Email: apeltzer@prlawcorp.com

**Counsel for Defendant–Appellee: Westlands Water District**

Justin R. Giovannettone
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: 916-447-9200
Email: jgiovannettone@orrick.com

Cynthia J. Larsen
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: 916-329-7970
Email: clarsen@orrick.com

**Counsel for Defendant–Appellee: Westlands Water District Distribution District No. 1**

Justin R. Giovannettone
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: 916-447-9200

Email: jgiovannettone@orrick.com

Cynthia J. Larsen
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: 916-329-7970
Email: clarsen@orrick.com

**Counsel for Defendant–Appellee: Westlands Water District Distribution District No. 2**

Justin R. Giovannettone
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: 916-447-9200
Email: jgiovannettone@orrick.com

Cynthia J. Larsen
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: 916-329-7970
Email: clarsen@orrick.com

**Counsel for Defendant–Appellee: Westlands Water District Financing Corporation**

Justin R. Giovannettone
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: 916-447-9200
Email: jgiovannettone@orrick.com

Cynthia J. Larsen
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814
Telephone: 916-329-7970
Email: clarsen@orrick.com

**Counsel for Defendant–Appellee: Westside Water District**

Jennifer Thompson Buckman
Bartkiewicz Kronick Shanahan PC
1600 K Street Suite 4A
Sacramento, CA 95814
Telephone: 916-446-4254
Email: jtb@bkslawfirm.com

Holly J Jacobson
Bartkiewicz Kronick Shanahan PC
1600 K Street Suite 4A
Sacramento, CA 95814
Telephone: 916-446-4254
Email: hjj@bkslawfirm.com

**Counsel for Defendant–Appellee: West Stanislaus Irrigation District**

Lilliana Katherine Freeman
Herum Crabtree Suntag
5757 Pacific Ave., Suite 222
Stockton, CA 95207
Telephone: 209-472-7700, ext 120
Email: lfreeman@herumcrabtree.com

Jeanne M. Zolezzi
Herum Crabtree Suntag
5757 Pacific Ave., Suite 222
Stockton, CA 95207
Telephone: 209-472-7700-117
Email: jzolezzi@herumcrabtree.com

Respectfully submitted on this 11th day of August, 2025,

/s/ E. Robert Wright
E. Robert Wright
LAW OFFICE OF E. ROBERT WRIGHT
Attorney for Plaintiffs-Appellants:
Restore the Delta and
Planning and Conservation League

/s/ John T. Buse
John T. Buse
Aruna Prabhala
CENTER FOR BIOLOGICAL DIVERSITY
Attorney for Plaintiff-Appellant:
Center for Biological Diversity

/s/ Adam Keats
Adam Keats
LAW OFFICE OF ADAM KEATS, PC
Attorney for Plaintiffs-Appellants:
Restore the Delta and
Planning and Conservation League

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case.

Dated: August 11, 2025

/s/ John Buse
John Buse