UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION; et al.,<br><br>Defendants - Appellees. | No. 25-5137<br>D.C. No.<br>1:20-cv-00706-JLT-EPG<br>Eastern District of California, Fresno<br><br>MANDATE |

The judgment of this Court, entered August 17, 2026, Amended October 28, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT